IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL ACTION |
| v. ) | |
| ) | No. 12-20099-01-KHV |
| MENDY READ-FORBES, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

On July 1, 2020, defendant filed a document titled Order to Show Cause To United States Attorney's Office And This Court Of Why Mendy Read-Forbes Should Not Be Released Due To Multiple Due Process Violations And Sixth Amendment Violations Now By The Prosecution As Shown In Re CCA Recordings Case, Black, And Carter Case 16-20032-JAR and Mendy Read Forbes Case 12-20099-KHV (Doc. #405). Because a party is not permitted to file an "order," the Court strikes the document as an unauthorized filing.

On July 7 and 9, 2020, defendant filed motions to provide additional information related to her compassionate release motion. See Motion To Provide Additional Information To This Court Regarding Movant's Compassionate Release Under 3582(c)(A)(1) [] And Motion To Reconsider Or Renew Her Compassionate Release (Doc. #375) (Doc. #406) filed July 7, 2020; Motion To Provide Additional Information To Court Regarding COVID-19 Outbreak At Carswell (Doc. #409) filed July 9, 2020. The Court will consider defendant's motions as supplemental memoranda in support of Movant's Emergency Motion Due To COVID Due To Emergency Lockdown And Outbreak At FMC Carswell Under 3582(c)(A)(1)(i) (Renewal) (Doc. #404) filed July 6, 2020. To that limited extent, the Court sustains defendant's motions.

**IT IS THEREFORE ORDERED** that the Order to Show Cause To United States Attorney's Office And This Court Of Why Mendy Read-Forbes Should Not Be Released Due To Multiple Due Process Violations And Sixth Amendment Violations Now By The Prosecution As Shown In Re CCA Recordings Case, Black, And Carter Case 16-20032-JAR and Mendy Read Forbes Case 12-20099-KHV (Doc. #405) is **STRICKEN.**

**IT IS FURTHER ORDERED** that defendant's Motion To Provide Additional Information To This Court Regarding Movant's Compassionate Release Under 3582(c)(A)(1) [] And Motion To Reconsider Or Renew Her Compassionate Release (Doc. #375) (Doc. #406) filed July 7, 2020 and defendant's Motion To Provide Additional Information To Court Regarding COVID-19 Outbreak At Carswell (Doc. #409) filed July 9, 2020 are **SUSTAINED in part**.  The Court will consider defendant's motions as supplemental memoranda in support of Movant's Emergency Motion Due To COVID Due To Emergency Lockdown And Outbreak At FMC Carswell Under 3582(c)(A)(1)(i) (Renewal) (Doc. #404) filed July 6, 2020.

Dated this 6th day of August, 2020 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge
