# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|
| Date of Birth: | ▉▉/1975 | Sex: | F     Race: WHITE | Facility: | CRW |
| Note Date: | 07/26/2020 12:15 | Provider: | Ajibola, Oluwatosin RN | Unit: | Z01 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**          Provider:   Ajibola, Oluwatosin RN

Clarification on Acetaminophen 325 MG Tab if inmate can have it as a KOP. Per Dr. Bollinger, inmate can have acetaminophen 325mg as a KOP.

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Ajibola, Oluwatosin RN on 07/26/2020 12:20

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | |
|---|---|---|---|
| Inmate Name: READ-FORBES, MENDY | | | Reg #: 22253-031 |
| Date of Birth: ▮▮/1975 | Sex: F | Race: WHITE | Facility: CRW |
| Encounter Date: 07/22/2020 15:32 | Provider: Johnson, Beth RN/UR | | Unit: I01 |

Injury Assessment - Non-work related encounter performed at Health Services.

**SUBJECTIVE:**

**INJURY 1      Provider:** Johnson, Beth RN/UR Nurse

**Date of Injury:** 07/22/2020 15:00       **Date Reported for Treatment:** 07/22/2020 15:31

**Work Related:** No       **Work Assignment:** UNASSG

**Pain Location:**

Pain Scale:      0

Pain Qualities:

**Where Did Injury Happen (Be specific as to location):**

Common area on 2 South.

**Cause of Injury (Inmate's Statement of how injury occurred):**

The other girl hit me in my face.

**Symptoms (as reported by inmate):**

I am fine.

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/22/2020 | 15:33 | 83 | | | Johnson, Beth RN/UR Nurse |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/22/2020 | 15:33 CRW | 20 | Johnson, Beth RN/UR Nurse |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/22/2020 | 15:33 CRW | 156/91 | | | | Johnson, Beth RN/UR Nurse |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/22/2020 | 15:33 CRW | 98 | Room Air | Johnson, Beth RN/UR Nurse |

**Exam Comments**

Pt states she was assaulted by another inmate in the common area on 2 South. She denies any complaints associated with this assault. Pt left side of face noted with minimal redness, no edema noted; pt exhibited insolent behavior towards medical and correctional staff which included cussing and being verbally assaultive; pt was not in any physical distress;

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

See previous note

| Inmate Name: | READ-FORBES, MENDY | | | | Reg #: | 22253-031 |
| Date of Birth: | ▆▆▆/1975 | Sex: | F | Race: WHITE | Facility: | CRW |
| Encounter Date: | 07/22/2020 15:32 | Provider: | Johnson, Beth RN/UR | | Unit: | I01 |

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/22/2020 | Counseling | Access to Care | Johnson, Beth | No Evidence of Learning |
| 07/22/2020 | Counseling | Compliance - Treatment | Johnson, Beth | No Evidence of Learning |
| 07/22/2020 | Counseling | Safety/Injury Prevention | Johnson, Beth | No Evidence of Learning |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**   No

Completed by Johnson, Beth RN/UR Nurse on 07/22/2020 15:42

Requested to be cosigned by  Robinson-Brown, La Tonjia Chelese MD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | | Reg #: | 22253-031 |
| Date of Birth: | /1975 | Sex: | F | | Race: | WHITE |
| Encounter Date: | 07/22/2020 15:32 | Provider: | Johnson, Beth RN/UR | | Facility: | CRW |

Cosigned by Robinson-Brown, La Tonjia Chelese MD on 07/23/2020 10:55.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: READ-FORBES, MENDY | | | | Reg #: 22253-031 |
| Date of Birth: ▇▇▇/1975 | | Sex: F   Race: WHITE | | Facility: CRW |
| Encounter Date: 07/20/2020 12:36 | | Provider: Shackelford, Janet M.D. | | Unit: I03 |

Physician - Sick Call Note encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT **1**       Provider:  Shackelford, Janet M.D.

Chief Complaint:  GENERAL

Subjective:      45 y/o female
seen in unit due to covid 19 clinic restrictions.
Didn't put in a sick call slip.

PMH: BMI 33. HTN, h/o costochondritis,  Mental health, s/p bariatric surgery

Patient past 7-10 days some coughing with some yellow mucus, headaches, no mild SOB sometimes hearing wheezing.  No GI Sx or excessive fatigue. Some loss of taste and smell.
Would like some medication as commissary closed.

Exam: normal , minimal cough here nonproductive

Plan
reviewed Sx of covid 19 and notify staff if new Sx or if any worsening cough , sob fever.
request Tylenol/cough meds as commissary closed.

Pain:           Not Applicable

## OBJECTIVE:

### Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/20/2020 | 12:35 CRW | 97.3 | 36.3 | | Shackelford, Janet M.D. |

### Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/20/2020 | 12:35 | 73 | | | Shackelford, Janet M.D. |

### Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/20/2020 | 12:35 CRW | 15 | Shackelford, Janet M.D. |

### Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/20/2020 | 12:35 CRW | 153/68 | Left Arm | Sitting | Adult-regular | Shackelford, Janet M.D. |

### SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/20/2020 | 12:35 CRW | 98 | | Shackelford, Janet M.D. |

### Exam:

**General**

**Affect**

Yes: Pleasant, Cooperative

| Inmate Name: | READ-FORBES, MENDY | | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|---|
| Date of Birth: | ▇▇▇ /1975 | Sex: | F | Race: WHITE | Facility: | CRW |
| Encounter Date: | 07/20/2020 12:36 | Provider: | Shackelford, Janet M.D. | | Unit: | I03 |

**Exam:**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

**Musculoskeletal**

**Gait**

Yes: Normal Gait

**Tibia / Fibula**

No: Edema

**ASSESSMENT:**

Cough, R05 - Current - *covid 19 positive*

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Acetaminophen 325 MG Tablet | 07/20/2020 12:36 |

**Prescriber Order:**     650 mg Orally  - three times a day PRN x 21 day(s)

Indication:   Confirmed case COVID-19

| | guaiFENesin Tablets | 07/20/2020 12:36 |
|---|---|---|

**Prescriber Order:**     600 mg Orally  -  Two Times a Day PRN x 14 day(s) -- covid 19 cough

Indication:   Cough

**Disposition:**

Follow-up at Sick Call as Needed

Return Immediately if Condition Worsens

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/20/2020 | Counseling | Plan of Care | Shackelford, Janet | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**  No

Completed by Shackelford, Janet M.D. on 07/20/2020 12:55

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | | Reg #: | 22253-031 |
| Date of Birth: | ▓▓▓▓/1975 | Sex:` | F | Race: WHITF | Facility: | CRW |
| Note Date: | 07/18/2020 14:25 | Provider: | Sotayo, O. APRN,FNP-C | | Unit: | I03 |

Admin Note - General Administrative Note encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Sotayo, O. APRN,FNP-C

Unit officer reported that this 45yrs old WF has been coughing and asked to be tested for COVID-19 rapid test.

Patient states "I have not been coughing, I have hoarse voice because I was screaming all morning call the inmate for the phone line." Vital signs done as recorded, mild hoarseness of voice heard, but no other significant findings; however patient was offered COVID-19 rapid test.

Patient refused rapid test- states she has been swabbed twice for the test that takes about a week. Patient states "I will let someone know if I feel bad."

Upon arrival to OPC, BEMR reviewed; saw two different COVID-19 PCR lab orders.

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/18/2020 | 14:25 CRW | 98.0 | 36.7 | | Sotayo, O. APRN,FNP-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/18/2020 | 14:25 | 72 | | | Sotayo, O. APRN,FNP-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/18/2020 | 14:25 CRW | 20 | Sotayo, O. APRN,FNP-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/18/2020 | 14:25 CRW | 132/99 | | | | Sotayo, O. APRN,FNP-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/18/2020 | 14:25 CRW | 99 | Room Air | Sotayo, O. APRN,FNP-C |

**Copay Required:** No        **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Sotayo, O. APRN,FNP-C on 07/18/2020 14:38

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | Reg #: | 22253-031 |
| Date of Birth: | ▉/1975 | Sex:  F    Race: WHITE | Facility: | CRW |
| Note Date: | 07/14/2020 16:37 | Provider:  Bollinger, Timothy DO | Unit: | I03 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:  Bollinger, Timothy DO
Sars-CoV-2 test order

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-C-COVID-19 Novel Coronavirus | One Time | 07/22/2020 00:00 | Routine |

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:**  No

Completed by Bollinger, Timothy DO on 07/14/2020 16:39

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|
| Date of Birth: | ▉/1975 | Sex: | F    Race: WHITE | Facility: | CRW |
| Note Date: | 07/03/2020 14:50 | Provider: | Sotayo, O. APRN,FNP-C | Unit: | I03 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE **1**       Provider:  Sotayo, O. APRN,FNP-C
Order for COVID-19 Asymptomatic Novel coronavirus.

**New Laboratory Requests:**

| <u>Details</u> | <u>Frequency</u> | <u>Due Date</u> | <u>Priority</u> |
|---|---|---|---|
| Lab Tests-C-COVID-19 Asymptomatic Novel Coronavirus | One Time | 07/20/2020 00:00 | Routine |
| Labs requested to be reviewed by: | Robinson-Brown, La Tonjia Chelese MD | | |

**Copay Required:** No           **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Sotayo, O. APRN,FNP-C on 07/03/2020 14:51

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|
| Date of Birth: | ▉/1975 | Sex: | F    Race: WHITE | Facility: | CRW |
| Note Date: | 06/29/2020 16:07 | Provider: | Meisamy, Lili D.O. | Unit: | I03 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**         Provider:   Meisamy, Lili D.O.
Inmate evaluated on 6/16.  Effexor needs renewal.  It was left off.

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 675043-CRW | Venlafaxine ER/XR 24 Hour Cap  75 MG | 06/29/2020 16:07 |

**Prescriber Order:**        Take three capsules (225 MG) by mouth each day *consent form on file * x 180 day(s)

Indication:   Unspecified Trauma- And Stressor-Related Disorder

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Meisamy, Lili D.O. on 06/29/2020 16:08

# Bureau of Prisons
## Health Services
## Clinical Encounter

| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|
| Date of Birth: | ▮▮▮/1975 | Sex: | F   Race:  WHITE | Facility: | CRW |
| Encounter Date: | 06/18/2020 13:08 | Provider: | Robinson-Brown, La | Unit: | I03 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1        Provider:** Robinson-Brown, La Tonjia Chelese

**Chief Complaint:** Chronic Care Clinic

**Subjective:**  45 yo WF from Kansas City MO, scheduled for release 2/2/2031

CC: " Left breast/Rib pain sharp pain and hurts with deep breaths. It is really swollen since last Friday night. "

Pt seen on NCC1 on 6/16/20 by IHP and diagnosed with Costochondritis and started on Ibuprofen.

1-GASTROINTESTINAL: h/o gastric bypass surgery for wt loss. Describes h/o Pernicious Anemia, Current HBG 12.7,
normal. Will order B12 & Vit D

2-HYPERTENSION: Currently on Triamterene/ HCTZ- controlled flowsheet reviewed. Will check Cholesterol.

3-ORTHO: H/O L knee instability & wears brace but not wearing at this visit. No complaints.

4. Neurology- BEMR documented Jan 4, 2020 "passed out" and was sent back to unit. Feb 2020 had episode and laid on the bed until it passed. No has little ones all the time. Feels like she has "hallucinations and in another world." She waits for them to go away. Dropping objects from her hands. H&P Record reflects that last seizure was 5 years ago. Documented NCC1 visit 1/2/20. LABS for EEG.

ADDITIONAL COMPLAINTS
1.Pt reports that mother had seizures that began at 48 y.o. onset.(NOTE: PCP note states possible MI). She reports that she aspirated and choked from a seizure.

**Pain:**  Not Applicable

**Seen for clinic(s):** Neurology
**Added to clinic(s):** Neurology

**OBJECTIVE:**

**Exam Comments**
O-
General: AOx3, Pain when lying supine and with LLD position.
HEENT- WNL
Eyes: PERRLA
Ears-Bilateral TM's intact, no discharge or erythema.
Chest/Breast: tenderness left sternal border and the left lateral breast edge
Lungs: CTA- Pain with deep inspiration
Heart: RRR NL S1 & S2 no M/R/G
ABD: NT, ND and no masses
EXT: no calf tenderness or edema
Neuro: II-IXII intact
Reflexes: 2/4  U/L ext

| Inmate Name: READ-FORBES, MENDY | | | Reg #: 22253-031 |
|---|---|---|---|
| Date of Birth: ▮▮/1975 | Sex: F Race: WHITE | | Facility: CRW |
| Encounter Date: 06/18/2020 13:08 | Provider: Robinson-Brown, La | | Unit: I03 |

#### Comments

1. R/O Seizures- EEG.

2.CP due to Costoconditis- continue with Ibuprofen daily TID 800mg as instructed. Tordol IM 60 mg now. EKG and Echo

3. Will order B12 & Vit D & lipids annual labs.

4. C/O Dizziness- Pt gives h/o seizures which on initial exam was remote > 5yrs. Now has c/o possible seizures. (Asking about Keppra for seizures.)

#### ASSESSMENT:

Hypertension, Benign Essential, 401.1 - Remission

Chest pain, unspecified, R079 - Resolved

Chest pain, unspecified, R079 - Current - *Costochondritis*

Dizziness and giddiness, R42 - Current - *R/O seizures- see CCV 6/18/20*

Vitamin B12 deficiency anemia, D519 - Current

#### PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Ketorolac Injection 30 MG/ML | 06/18/2020 13:08 |

**Prescriber Order:** 60 mg Intramuscularly one time x 1 day(s) Pill Line Only

**Indication:** Chest pain, unspecified

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-V-Vitamin B6 | One Time | 07/02/2020 00:00 | Routine |
| Lab Tests-V-Vitamin B12 | | | |
| Lab Tests-V-Vitamin D, 25-Hydroxy | | | |
| Lab Tests-C-CBC | One Time | 05/17/2021 00:00 | Routine |
| Lab Tests-L-Lipid Profile | | | |
| Lab Tests-T-TSH | | | |
| Lab Tests-V-Vitamin B12 | | | |
| Lab Tests-V-Vitamin D, 25-Hydroxy | | | |
| Lab Tests-C-Comprehensive Metabolic Profile (CMP) | | | |
| Lab Tests-U-Urinalysis w/Reflex to Microscopic | | | |

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| Ultrasound-Echo-General | One Time | | 08/18/2020 | Routine |

**Specific reason(s) for request (Complaints and findings):**

45 y.o. possible syncope episodes x 2 with "feeling different." New onset of symptoms.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Specialty Procedure - In house | 08/18/2020 | 08/18/2020 | Routine | No | |

**Subtype:**

EEG onsite

**Reason for Request:**

45 y.o. w/f with c/o possible seizure episodes with syncope episode x 2 and "Feeling different" Pt reports seizure history (> 5 years). New onset of symptoms.

**Provisional Diagnosis:**

| Inmate Name: | READ-FORBES, MENDY | | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|---|
| Date of Birth: | 1975 | Sex: | F   Race: | WHITE | Facility: | CRW |
| Encounter Date: | 06/18/2020 13:08 | Provider: | Robinson-Brown, La | | Unit: | I03 |

R/O Seizures

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| EKG | One Time | | syncope episodes per pt | Robinson-Brown, La Tonjia Chelese MD |

**Order Date:**   06/18/2020

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chronic Care Visit | 05/31/2021 00:00 | Physician 11 |

last CCV 6/8/2020
GI-bypass surgery b-12/ Vit D, ortho, Neuro- suspected seizures

**Disposition:**

Follow-up at Chronic Care Clinic as Needed
Will Be Placed on Callout

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/18/2020 | Counseling | Access to Care | Robinson-Brown, La Tonjia Chelese | Verbalizes Understanding |

**Copay Required:** No             **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Robinson-Brown, La Tonjia Chelese MD on 06/18/2020 17:13

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | ███/1975 | Sex: | F   Race:  WHITE | Facility: | CRW |
| Encounter Date: | 06/16/2020 10:42 | Provider: | Mathews, Manu Contract | Unit: | I03 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**       **Provider:** Mathews, Manu Contract Physician

**Chief Complaint:** MENTAL HEALTH

**Subjective:** I carried out a full diagnostic evaluation for this inmate. I reviewed the records available within BEMR and evaluated the medication list, checked the MAR for compliance and went over the relevant sections in the PDS for collateral information and psychological assessments and incorporated relevant sections of that information into my evaluation and decision making process. I carried out a full new diagnostic evaluation with medication management as I was unable to gather adequate information from the records to make such a diagnostic assessment.

Presenting complaint:

Mood swings: All her life starting in teens, moods fluctuate within minutes between elation, irritability and depression. No consistent periods of depression or mania. No Si HI AH VH. Mind is constantly racing and feels hyper a lot.

Sleep disturbance: Initial insomnia due to racing mind.

Anxiety symptoms: Panic attacks with racing heart, palpitation, sweatiness, closing in of the rooms, depersonalization lasting less than 20 minutes: Denied. Constantly elevated levels of anxiety that is worsened with triggers yes. Social phobia denies. Agoraphobia with fear of open spaces denied.

No OCD or phobias

Has had chronic SI without plans for many years.

Past Psychiatric History:

Pre incarceration diagnosis: Bipolar, PTSD, Borderline PD.

Past psych hospitalization: Denied

Suicide/Homicide attempts: Yes

Medications that helped: Trileptal.

Medications that did not help:

Personal history of drug and alcohol use: Denied.

Family History:

Mental illness: Denied

| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|
| Date of Birth: | ███/1975 | Sex: | F    Race:  WHITE | Facility: | CRW |
| Encounter Date: | 06/16/2020 10:42 | Provider: | Mathews, Manu Contract | Unit: | I03 |

Drug and alcohol addiction: Denied

Medical problems: Denied

Past Medical history: Denied

Past Surgical history: Bariatric surgery.

History of Physical/Sexual/Emotional abuse: Denied

**Pain:** No

**Pain Assessment**

| | |
|---|---|
| **Date:** | 06/14/2020 17:56 |
| **Location:** | Breast-Left |
| **Quality of Pain:** | Aching |
| **Pain Scale:** | 7 |
| **Intervention:** | Awaiting for IHP |
| **Trauma Date/Year:** | |
| **Injury:** | |
| **Mechanism:** | |
| **Onset:** | 1-2 Days |
| **Duration:** | 1-2 Days |
| **Exacerbating Factors:** | Unknown |
| **Relieving Factors:** | Unknown |
| **Reason Not Done:** | |
| **Comments:** | |

**Seen for clinic(s):** Mental Health

**ROS:**
  **Psychiatric**
    **General**
      Yes: Within Normal Limits, Mood Impaired

**OBJECTIVE:**

**Exam:**
  **Mental Health**
    **Posture**
      Yes: Within Normal Limits, Upright
    **Grooming/Hygiene**
      Yes: Within Normal Limits
      No: Appropriate Grooming
    **Facial Expressions**
      Yes: Within Normal Limits

| Inmate Name: | READ-FORBES, MENDY | | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|---|
| Date of Birth: | ███/1975 | Sex: | F | Race: WHITE | Facility: | CRW |
| Encounter Date: | 06/16/2020 10:42 | Provider: | Mathews, Manu Contract | | Unit: | I03 |

**Exam:**

No: Appropriate Expression

**Affect**

Yes: Within Normal Limits

**Speech/Language**

Yes: Within Normal Limits

**Mood**

Yes: Within Normal Limits

**Thought Process**

Yes: Appropriate

No: Perseveration, Echolalia, Clanging

**Thought Content**

No: Feeling of Unreality, Depersonalization, Delusional, Suicidal or Homicidal Ideation

**Perceptions**

No: Illusions, Hallucinations-Auditory, Hallucinations-Visual

**Orientation**

Yes: Within Normal Limits

**Attention**

Yes: Within Normal Limits

**Recent Memory**

Yes: Within Normal Limits, Appropriate

**Remote Memory**

Yes: Within Normal Limits

**Learning Ability**

Yes: Within Normal Limits

**ASSESSMENT:**

Bipolar disorder, 296.80 - Remission

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | OXcarbazepine Tablet | | 06/16/2020 10:42 |
| | **Prescriber Order:** | 300 mg Orally - Two Times a Day x 180 day(s) | |
| | **Indication:** Bipolar disorder | | |
| | Mirtazapine Tablet | | 06/16/2020 10:42 |
| | **Prescriber Order:** | 15 mg Orally at bedtime x 180 day(s) | |
| | **Indication:** Borderline personality disorder | | |

**Disposition:**

Follow-up in 2 Months

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

| Inmate Name: READ-FORBES, MENDY | | Reg #: 22253-031 |
Date of Birth: ████/1975 Sex: F Race: WHITE Facility: CRW
Encounter Date: 06/16/2020 10:42 Provider: Mathews, Manu Contract Unit: I03

| **Date Initiated** | **Format** | **Handout/Topic** | **Provider** | **Outcome** |
|---|---|---|---|---|
| 06/16/2020 | Counseling | Compliance - Treatment | Mathews, Manu | Verbalizes Understanding |

**Copay Required:** No  **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Mathews, Manu Contract Physician on 06/16/2020 11:05

Requested to be cosigned by Meisamy, Lili D.O..

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | ▮▮▮/1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 06/16/2020 10:42 | Provider: | Mathews, Manu Contract | Facility: | CRW |

**Cosigned by Meisamy, Lili D.O. on 06/17/2020 07:46.**

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | ▮▮▮/1975 | Sex: | F    Race:  WHITE | Facility: | CRW |
| Encounter Date: | 06/15/2020 09:18 | Provider: | Okoh, Chucky FNP-C | Unit: | I03 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**          **Provider:** Okoh, Chucky FNP-C

**Chief Complaint:** Other Problem

**Subjective:** 45 yo Caucasian female was seen at NCC1 on 6/14/20 for possible costochondritis from muscle strain. Patient was requesting for muscle relaxer, Ibuprofen and possible binder for pain. Denies shortness of breath, CP, nausea, and no vomiting.

**Pain:** Yes

**Pain Assessment**

| | |
|---|---|
| **Date:** | 06/14/2020 17:56 |
| **Location:** | Breast-Left |
| **Quality of Pain:** | Aching |
| **Pain Scale:** | 7 |
| **Intervention:** | Awaiting for IHP |
| **Trauma Date/Year:** | |
| **Injury:** | |
| **Mechanism:** | |
| **Onset:** | 1-2 Days |
| **Duration:** | 1-2 Days |
| **Exacerbating Factors:** | Unknown |
| **Relieving Factors:** | Unknown |
| **Reason Not Done:** | |
| **Comments:** | |

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/15/2020 | 09:19 CRW | 97.5 | 36.4 | | Okoh, Chucky FNP-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/15/2020 | 09:19 | 73 | | | Okoh, Chucky FNP-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/15/2020 | 09:19 CRW | 18 | Okoh, Chucky FNP-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/15/2020 | 09:19 CRW | 133/87 | | | | Okoh, Chucky FNP-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|

| Inmate Name: | READ-FORBES, MENDY | | | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | [redacted]/1975 | | Sex: | F | Race: WHITE | Facility: | CRW |
| Encounter Date: | 06/15/2020 09:18 | | | Provider: Okoh, Chucky FNP-C | | Unit: | I03 |

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/15/2020 | 09:19 CRW | 97 | | Okoh, Chucky FNP-C |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Eyes**

**General**

Yes: PERRLA, Extraocular Movements Intact

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

**Musculoskeletal**

**Chest Wall**

Yes: Normal Bony Landmarks, Tenderness

No: Crepitus

**Exam Comments**

Mild tenderness to palpation on costosternal border of left rib 8-9 and cartilage of rib 10-11

**Comments**

Patient informed that muscle relaxer, and abdominal binder not indicated for treatment of costochondritis from muscle strain.

**ASSESSMENT:**

Chest pain, unspecified, R079 - Resolved - *Likely costochondritis from strain on cartilage*

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | Ibuprofen Tablet | | 06/15/2020 09:18 |
| | **Prescriber Order:** | 800 mg Orally - three times a day PRN x 5 day(s) -- Take all medications as prescribed for acute pain | |
| | **Indication:** Chest pain, unspecified | | |

**Disposition:**

Follow-up at Sick Call as Needed

Return To Sick Call if Not Improved

**Other:**

1. Rx Ibuprofen 800 mg for pain
2. Apply warm compress as tolerated as needed for comfort
3. Rest - Avoiding pushing or lifting heavy object
4. Encourage to increase fluid intake
5. Patient verbalized understanding to instructions..

| Inmate Name:   READ-FORBES, MENDY | | Reg #:   22253-031 |
| Date of Birth:   ███/1975 | Sex:   F   Race:   WHITE | Facility:   CRW |
| Encounter Date:  06/15/2020 09:18 | Provider:  Okoh, Chucky FNP-C | Unit:   I03 |

2.Heat or ice. Try placing hot compresses or a heating pad on the painful area several times a day. ...
3.Rest

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/15/2020 | Counseling | Compliance - Treatment | Okoh, Chucky | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Okoh, Chucky FNP-C on 06/15/2020 10:10

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | ▓/1975 | Sex: | F    Race:WHITE | Facility: | CRW |
| Note Date: | 06/15/2020 06:37 | Provider: | Bollinger, Timothy DO | Unit: | I03 |

Cosign Note - Clinical Encounter Cosign encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**       **Provider:** Bollinger, Timothy DO
       IHP/APP cosigned as MOD.  PCP to review IHP note


**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:**  No

Completed by Bollinger, Timothy DO on 06/15/2020 06:38
Requested to be reviewed by  Robinson-Brown, La Tonjia Chelese MD.

Review documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|
| Date of Birth: | ▮▮▮ 1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 06/15/2020 06:37 | Provider: | Bollinger, Timothy DO | Facility: | CRW |

**Reviewed by Robinson-Brown, La Tonjia Chelese MD on 07/02/2020 11:44.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: READ-FORBES, MENDY | | | | Reg #: 22253-031 |
| Date of Birth: ███/1975 | | Sex: F Race: WHITE | | Facility: CRW |
| Encounter Date: 06/14/2020 18:20 | | Provider: Miller, Jason DO | | Unit: I03 |

Physician - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**          **Provider:** Miller, Jason DO

**Chief Complaint:** Muscle/Joint Ache

**Subjective:** 45yo IM with h/o breast implants presents to NCC1 for 2 day history of left chest pain radiating to her back with swelling after someone squeezed her around her chest.  She reports increase in swelling and tenderness under her left breast and along her sternum.  Denies shortness of breath, nausea, vomiting.

**Pain:** Yes

**Pain Assessment**

| | |
|---|---|
| **Date:** | 06/14/2020 17:56 |
| **Location:** | Breast-Left |
| **Quality of Pain:** | Aching |
| **Pain Scale:** | 7 |
| **Intervention:** | Awaiting for IHP |
| **Trauma Date/Year:** | |
| **Injury:** | |
| **Mechanism:** | |
| **Onset:** | 1-2 Days |
| **Duration:** | 1-2 Days |
| **Exacerbating Factors:** | Unknown |
| **Relieving Factors:** | Unknown |
| **Reason Not Done:** | |
| **Comments:** | |

**ROS:**

**General**

**Constitutional Symptoms**

No: Chills, Fever

**Cardiovascular**

**General**

Yes: Within Normal Limits

**Pulmonary**

**Respiratory System**

Yes: Within Normal Limits

**Musculoskeletal**

**General**

Yes: Swelling, Upper Back Pain

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|

| Inmate Name: | READ-FORBES, MENDY | | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|---|
| Date of Birth: | /1975 | Sex: | F | Race: WHITE | Facility: | CRW |
| Encounter Date: | 06/14/2020 18:20 | Provider: | Miller, Jason DO | | Unit: | I03 |

| **Date** | **Time** | **Fahrenheit** | **Celsius** | **Location** | **Provider** |
|---|---|---|---|---|---|
| 06/14/2020 | 17:30 CRW | 97.4 | 36.3 | Temporal | Lopez-Rosario, Suhaydee RN |

**Pulse:**

| **Date** | **Time** | **Rate Per Minute** | **Location** | **Rhythm** | **Provider** |
|---|---|---|---|---|---|
| 06/14/2020 | 17:30 | 78 | Via Machine | Regular | Lopez-Rosario, Suhaydee RN |

**Respirations:**

| **Date** | **Time** | **Rate Per Minute** | **Provider** |
|---|---|---|---|
| 06/14/2020 | 17:30 CRW | 17 | Lopez-Rosario, Suhaydee RN |

**Blood Pressure:**

| **Date** | **Time** | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
|---|---|---|---|---|---|---|
| 06/14/2020 | 17:30 CRW | 131/87 | Right Arm | Sitting | Adult-regular | Lopez-Rosario, Suhaydee RN |

**SaO2:**

| **Date** | **Time** | **Value(%)** | **Air** | **Provider** |
|---|---|---|---|---|
| 06/14/2020 | 17:30 CRW | 99 | Room Air | Lopez-Rosario, Suhaydee RN |

**Exam:**
   **General**
      **Appearance**
         Yes: Appears Well, Alert and Oriented x 3
   **Pulmonary**
      **Observation/Inspection**
         Yes: Within Normal Limits
   **Cardiovascular**
      **Observation**
         Yes: Within Normal Limits
   **Abdomen**
      **Inspection**
         Yes: Within Normal Limits
   **Musculoskeletal**
      **Chest Wall**
         Yes: Normal Bony Landmarks, Tenderness
         No: Swelling, Erythema, Crepitus

**Exam Comments**

tender to palpation on costosternal border of left rib 8-9 and cartilage of rib 10-11

**ASSESSMENT:**

Chest pain, unspecified, R079 - Current

**PLAN:**

**New Medication Orders:**

| **Rx#** | **Medication** | | **Order Date** |
|---|---|---|---|
| | Ibuprofen Tablet | | 06/14/2020 18:20 |
| | **Prescriber Order:** | 600mg Orally  one time x 1 day(s) | |
| | **Indication:** Chest pain, unspecified | | |

| Inmate Name: | READ-FORBES, MENDY | | | | Reg #: | 22253-031 |
| Date of Birth: | ▮▮▮/1975 | Sex: | F | Race: WHITE | Facility: | CRW |
| Encounter Date: | 06/14/2020 18:20 | Provider: | Miller, Jason DO | | Unit: | I03 |

**New Medication Orders:**

| Rx# | Medication | Order Date |
|-----|-----------|-----------|
| | **Start Now:** Yes | |
| | **Night Stock Rx#:** | |
| | **Source:** Pyxis | |
| | **Admin Method:** Self Administration | |
| | **Stop Date:** 06/15/2020 18:19 | |
| | **MAR Label:** 600mg Orally  one time x 1 day(s) | |
| | **One Time Dose Given:** No | |

**Disposition:**

Follow-up at Chronic Care Clinic as Needed

**Other:**

Likely costochondritis from strain on cartilage
Ibuprofen 600mg x 1.  If no improvement in the next couple days, return to clinic for XR

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---------------|--------|--------------|----------|---------|
| 06/14/2020 | Counseling | Access to Care | Miller, Jason | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**   No

Completed by Miller, Jason DO on 06/14/2020 18:29

Requested to be cosigned by  Bollinger, Timothy DO.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | /1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 06/14/2020 18:20 | Provider: | Miller, Jason DO | Facility: | CRW |

**Cosigned with New Encounter Note by Bollinger, Timothy DO on 06/15/2020 06:37.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | | Reg #: | 22253-031 |
| Date of Birth: | ████1975 | Sex: | F   Race:  WHITE | | Facility: | CRW |
| Encounter Date: | 06/14/2020 17:30 | Provider: | Lopez-Rosario, Suhaydee | | Unit: | I03 |

Nursing - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**          **Provider:** Lopez-Rosario, Suhaydee RN

**Chief Complaint:** Pain
**Subjective:**   "I feel like my breast implant fell off the muscle."
**Pain:**          Yes
**Pain Assessment**
  **Date:**              06/14/2020 17:56
  **Location:**          Breast-Left
  **Quality of Pain:**   Aching
  **Pain Scale:**        7
  **Intervention:**      Awaiting for IHP
  **Trauma Date/Year:**
  **Injury:**
  **Mechanism:**
  **Onset:**             1-2 Days
  **Duration:**          1-2 Days
  **Exacerbating Factors:** Unknown
  **Relieving Factors:**  Unknown
  **Reason Not Done:**
  **Comments:**

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/14/2020 | 17:30 CRW | 97.4 | 36.3 | Temporal | Lopez-Rosario, Suhaydee RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/14/2020 | 17:30 | 78 | Via Machine | Regular | Lopez-Rosario, Suhaydee RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/14/2020 | 17:30 CRW | 17 | Lopez-Rosario, Suhaydee RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/14/2020 | 17:30 CRW | 131/87 | Right Arm | Sitting | Adult-regular | Lopez-Rosario, Suhaydee RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/14/2020 | 17:30 CRW | 99 | Room Air | Lopez-Rosario, Suhaydee RN |

| Inmate Name: | READ-FORBES, MENDY | | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|---|
| Date of Birth: | ▆▆▆/1975 | Sex: | F | Race: WHITE | Facility: | CRW |
| Encounter Date: | 06/14/2020 17:30 | Provider: | Lopez-Rosario, Suhaydee | | Unit: | I03 |

| **Date** | **Time** | **Value(%) Air** | **Provider** |
|---|---|---|---|

**ASSESSMENT:**

Pain - Other

Patient arrive NCC1 Unit after Correctional Officer called, with steady gait around 5:30 pm. Alert and oriented x3. Patient states "I feel like my breast implant fell off the muscle." She verbalize that her roommate was trying to "pop" her back and "squeeze" her from the back and she felt that the left breast implant came out. Her breast implants are 16 years old. Patient rates her pain 7/10 and tender to touch n the middle of the chest. Respirations even and unlabored. As per IHP instructions Ibuprofen 600mg administered as prescribed. Instructed to return if symptoms worsens and to follow up with her PCP. Patient return to her unit at 6:22 pm with no problems, stable and steady gait. Alert and oriented x3. Notify to her unit officer.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Discharged to Housing Unit-No Restrictions

**Patient Education Topics:**

| **Date Initiated** | **Format** | **Handout/Topic** | **Provider** | **Outcome** |
|---|---|---|---|---|
| 06/14/2020 | Counseling | Access to Care | Lopez-Rosario, Suhaydee | Verbalizes Understanding |

**Copay Required:** Yes        **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Lopez-Rosario, Suhaydee RN on 06/14/2020 18:25

Requested to be cosigned by Miller, Jason DO.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|
| Date of Birth: | ▮▮▮/1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 06/14/2020 17:30 | Provider: | Lopez-Rosario, | Facility: | CRW |

**Cosigned by Miller, Jason DO on 06/14/2020 18:29.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|
| Date of Birth: | /1975 | Sex: | F    Race: WHITE | Facility: | CRW |
| Note Date: | 06/08/2020 11:17 | Provider: | Tamez, Ariel LVN | Unit: | I03 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**      **Provider:** Tamez, Ariel LVN
    Renew. Pt missed dose on 6/6/20 due to order being expired.

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Cyanocobalamin inj | 06/08/2020 11:17 |

    **Prescriber Order:**   1000mcg Intramuscularly  One Time Dose Given PRN x 0 day(s) Pill Line Only -- now (make up dose for 6/6/20)

  **Start Now:** Yes

    **Night Stock Rx#:**

    **Source:** Pyxis

    **Admin Method:** Pill Line

    **Stop Date:** 06/08/2020 11:19

    **MAR Label:** 1000mcg Intramuscularly  One Time Dose Given PRN x 0 day(s) Pill Line Only -- now (make up dose for 6/6/20)

    **One Time Dose Given:** Given Now

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 677055-CRW | Cyanocobalamin (Vit B-12) 1000 MCG/ML Inj 1 ml | 06/08/2020 11:17 |

    **Prescriber Order:**   Inject 1000mcg (1 ml) Intra-Muscularly every month on the 6th clinic x 90 day(s) Pill Line Only

    **Indication:** Postgastric surgery syndromes, Vitamin B12 deficiency anemia, Bariatric surgery status

**Copay Required:** No         **Cosign Required:**  Yes
**Telephone/Verbal Order:**  Yes      **By:**  Robinson-Brown, La Tonjia Chelese MD
**Telephone or Verbal order read back and verified.**


Completed by Tamez, Ariel LVN on 06/08/2020 11:20
Requested to be cosigned by  Robinson-Brown, La Tonjia Chelese MD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|
| Date of Birth: | /1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 06/08/2020 11:17 | Provider: | Tamez, Ariel LVN | Facility: | CRW |

**Cosigned by Robinson-Brown, La Tonjia Chelese MD on 06/09/2020 14:50.**

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|
| Date of Birth: | ▇ 1975 | Sex: | F     Race: WHITE | Facility: | CRW |
| Note Date: | 06/03/2020 09:55 | Provider: | Robinson-Brown, La | Unit: | I03 |

Cosign Note - Lab Report Cosign encounter performed at Health Services.
**Administrative Notes:**

   **ADMINISTRATIVE NOTE   1**          **Provider:** Robinson-Brown, La Tonjia Chelese MD
           Review of Labs:
           Wound Culture of abscess Result: Light growth of Group B Streptococcus isolated.

           Pt was treated w/ Clindamycin. No other complaints noted from sick call.


**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Robinson-Brown, La Tonjia Chelese MD on 06/03/2020 09:58

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: ▮▮▮/1975 | Sex: F | Race: WHITE | Facility: | CRW |
| Encounter Date: 05/16/2020 22:35 | Provider: Qureshi, Arfan DO | | Unit: | I03 |

Physician - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**       **Provider:** Qureshi, Arfan DO

**Chief Complaint:** Other Problem

**Subjective:** 45 y.o. W/F C/O boil on rectal/ vaginal area x several days. Pt was seen in clinic for evaluation. Pt was started on Clindamycin for the boil. Pt was started in PCN VK by Dr. Larry Dentist for oral abscess. Per chart review physician D/W Dr. Larry to change med for current treatment for genital lesion as ABX will cover both. Pt currently complaining of having nausea when taking both ABX at the same time. Denies any fevers, chills, SOB, nausea, vomiting, or any other symptom's.

**Pain:** No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/16/2020 | 22:12 CRW | 97.4 | 36.3 | | Smiles, Juliette RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/16/2020 | 22:12 | 88 | | | Smiles, Juliette RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/16/2020 | 22:12 CRW | 16 | Smiles, Juliette RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/16/2020 | 22:12 CRW | 137/94 | | | | Smiles, Juliette RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/16/2020 | 22:12 CRW | 97 | Room Air | Smiles, Juliette RN |

**ROS Comments**

ROS negative unless otherwise stated in HPI

**Comments**

GENERAL APPEARANCE: Well developed, well nourished, alert and cooperative, and appears to be in no acute distress.
HEAD: normocephalic.
EYES: PERRL, EOMI. Fundi normal, vision is grossly intact.
THROAT: Oral cavity and pharynx normal. No inflammation, swelling, exudate, or lesions. Teeth and gingiva in good general condition.
CARDIAC: Normal S1 and S2. Rhythm is regular. There is no peripheral edema, cyanosis or pallor.
LUNGS: Clear to auscultation and percussion without rales, rhonchi, wheezing or diminished breath sounds.
ABDOMEN: Positive bowel sounds. Soft, nondistended, nontender. No guarding or rebound. No masses.
NEUROLOGICAL: CN II-XII intact. Strength and sensation symmetric and intact throughout.

| Inmate Name:   READ-FORBES, MENDY | | Reg #:   22253-031 |
|---|---|---|
| Date of Birth:   ████/1975 | Sex:   F   Race:   WHITE | Facility:   CRW |
| Encounter Date:  05/16/2020 22:35 | Provider:   Qureshi, Arfan DO | Unit:   I03 |

## ASSESSMENT:

Carbuncle, unspecified, L0293 - Current

## PLAN:

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 687391-CRW | *Penicillin VK 500 MG Tab* | *05/16/2020 22:35* |

        **Prescriber Order:**   *Take one tablet (500 MG) by mouth every six hours until gone*

        **Discontinue Type:**   *When Pharmacy Processes*

        **Discontinue Reason:** *new order written*

        **Indication:**

## Disposition:

Discharged to Housing Unit-No Restrictions

## Other:

Will discontinue PCN according to previous note as clindamycin should cover both boil and teeth abcess according to previous note and discussion with dentist per chart review. Can follow up in clinic

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/16/2020 | Counseling | Access to Care | Qureshi, Arfan | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Qureshi, Arfan DO on 05/16/2020 22:43

Requested to be cosigned by  Parra, Beatriz MD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|
| Date of Birth: | 1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 05/16/2020 22:35 | Provider: | Qureshi, Arfan DO | Facility: | CRW |

**Cosigned by Parra, Beatriz MD on 05/27/2020 10:24.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|
| Date of Birth: | 1975 | Sex: | F      Race: WHITE | Facility: | CRW |
| Note Date: | 05/15/2020 15:57 | Provider: | Robinson-Brown, La | Unit: | I03 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**      **Provider:** Robinson-Brown, La Tonjia Chelese MD

Re-order CT Scan. Review of chart. Found existing CT Scan request by PCP for August 2020. Therefore new order not required.

**Copay Required:** No      **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Robinson-Brown, La Tonjia Chelese MD on 05/15/2020 16:03
Requested to be reviewed by  Langham, Charles MD/CD.
Review documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | 1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 05/15/2020 15:57 | Provider: | Robinson-Brown, La | Facility: | CRW |

**Reviewed by Langham, Charles MD/CD on 05/18/2020 13:14.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|
| Date of Birth: | ████ 1975 | Sex: | F   Race:   WHITE | Facility: | CRW |
| Encounter Date: | 05/15/2020 11:31 | Provider: | Robinson-Brown, La | Unit: | I03 |

Physician - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1        Provider:** Robinson-Brown, La Tonjia Chelese

**Chief Complaint:** Skin Problem

**Subjective:** 45 y.o. W/F C/O boil on rectal/ vaginal area x several days. Pt reports that she pressed on the area until discharge came out and bleeding started. Pt brought to clinic for evaluation. She was seen by this physician with the same complaint on a prior encounter. Pt was started in PCN VK by Dr. Larry Dentist for oral abscess. D/W Dr. Larry to change med for current treatment for genital lesion. ABX will cover both.

D/W pt about repeat CT Scan in 5-6 mos for Liver mass. Also about GI consultation and approval for Dicyclomine use.

**Pain:** Not Applicable

**OBJECTIVE:**

**Exam Comments**

Open Wound- 2 cm oval shaped ulcer appearing lesion c/w boil that is currently draining and healing.

**ASSESSMENT:**

Carbuncle, unspecified, L0293 - Current - *left inner gluteal/ vulvar area*

**PLAN:**

**New Medication Orders:**

| Rx# | **Medication** | | **Order Date** |
|---|---|---|---|
| | Clindamycin HCl Capsule | | 05/15/2020 11:31 |
| | **Prescriber Order:** | 300 mg Orally  -  three times a day x 10 day(s) | |
| | **Indication:** Carbuncle, unspecified | | |

**New Laboratory Requests:**

| **Details** | **Frequency** | **Due Date** | **Priority** |
|---|---|---|---|
| Lab Tests-C-Culture, Wound/Abscess | One Time | 05/16/2020 00:00 | Routine |
| **Additional Information:** | | | |
| Left gluteal/ vulvar region | | | |

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

Wound culture sent today.

**Patient Education Topics:**

| **Date Initiated** | **Format** | **Handout/Topic** | **Provider** | **Outcome** |
|---|---|---|---|---|
| 05/15/2020 | Counseling | Access to Care | Robinson-Brown, La Tonjia Chelese | Verbalizes Understanding |

**Copay Required:** Yes        **Cosign Required:** No

| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | ███ 1975 | Sex: | F    Race:   WHITE | Facility: | CRW |
| Encounter Date: | 05/15/2020 11:31 | Provider: | Robinson-Brown, La | Unit: | I03 |

**Telephone/Verbal Order:**   No

Completed by Robinson-Brown, La Tonjia Chelese MD on 05/15/2020 11:47

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|
| Date of Birth: | ▇▇▇ 1975 | Sex: | F      Race: WHITE | Facility: | CRW |
| Note Date: | 05/09/2020 09:15 | Provider: | Brant, Robert LCSW | Unit: | I03 |

Social Work - Reduction in Sentence encounter performed at Housing Unit.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Brant, Robert LCSW
*Late entry due to time constraints. Interaction occurred on 05-08-2020.*

SW staff hand delivered warden's response to pt's RIS request. Pt's denial letter was provided to pt at the housing unit.

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Brant, Robert LCSW on 05/09/2020 09:15

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name:  READ-FORBES, MENDY | | | Reg #:  22253-031 |
| Date of Birth: ████ 1975 | Sex:  F   Race:  WHITE | | Facility:  CRW |
| Encounter Date:  05/08/2020 10:58 | Provider:  Robinson-Brown, La | | Unit:  I03 |

Physician - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1          Provider:** Robinson-Brown, La Tonjia Chelese

**Chief Complaint:** Abdominal Pain

**Subjective:** Still having IBS problems need Dicyclomine to stop diarrhea. Was supposed to have GI consult in 2 wks but did not happen." 8/10 cramping pain.  Pt also C/O boil on rectal/ vaginal area.

Gi consult most likely postposed due to Covid -19 confinement.

Review of chart. CT Scan 1/22/20-- 1.3mm & 9 mm lesion ant and medial Aspect of the right lobe near surface.
Recommended f/u 5-6 months.

U/S 1/22/20- only Diffuse Fatty Liver found and no mass seen.

CBC/CMP 5/5/20- wnl and not c/w chronic diarrhea as stated by patient. Also pt refused additional stool testing ordered by PCP.

**Pain:** Not Applicable

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/08/2020 | 10:30 CRW | 98.2 | 36.8 | | Robinson-Brown, La Tonjia Chelese MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/08/2020 | 10:30 | 82 | | | Robinson-Brown, La Tonjia |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/08/2020 | 10:30 CRW | 16 | Robinson-Brown, La Tonjia Chelese MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/08/2020 | 10:30 CRW | 120/90 | | | | Robinson-Brown, La Tonjia |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/08/2020 | 10:30 CRW | 98 | Room Air | Robinson-Brown, La Tonjia Chelese MD |

**Comments**

1. Liver mass- Will reorder CT Scan for 7/2020. (Note that U/S was Normal & no mass).
2. Chronic Diarrhea- Not c/w lab testing. Will recommend Pt to wait for evaluation by GI to determine if Dicyclomine is required. Most likely due to dumping syndrome due to pt h/o Bariatric Surgery.
3. "Boil" / Lesion on rectal or genital area. Could no evaluate pt on unit. Will place on callout to exam.

**ASSESSMENT:**

| Inmate Name: READ-FORBES, MENDY | | Reg #: 22253-031 |
|---|---|---|
| Date of Birth: ▇▇▇1975 | Sex:   F   Race: WHITE | Facility: CRW |
| Encounter Date: 05/08/2020 10:58 | Provider: Robinson-Brown, La | Unit:   I03 |

Diarrhea, unspecified, R197 - Current

Liver disease, unspecified, K769 - Current - *Diffuse Fatty Liver w/ normal LFT's*

Unsp cond assoc w female genital organs and menstrual cycle, N949 - Current - *Genital Boil ??--Will place on call out to exam.*

**PLAN:**

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Radiology | 07/10/2020 | 07/10/2020 | Routine | No | |

    **Subtype:**
        on site CT Scan
    **Reason for Request:**
        45 y.o. W/F c/o chronic Diarrhea and h/o bariatric surgery had CT Scan 1/22/20-- 1.3mm & 9 mm lesion ant
        and medial aspect of the right lobe near surface.  Recommended f/u CT in 5-6 months.
    **Provisional Diagnosis:**
        Liver masse on CT/ Normal U/S of liver

**Disposition:**

    Follow-up at Sick Call as Needed
    Will Be Placed on Callout

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/11/2020 | Counseling | Access to Care | Robinson-Brown, La Tonjia Chelese | Verbalizes Understanding |

**Copay Required:** Yes      **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Robinson-Brown, La Tonjia Chelese MD on 05/11/2020 15:51

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|
| Date of Birth: | 1975 | Sex: | F    Race: WHITE | Facility: | CRW |
| Note Date: | 04/20/2020 15:20 | Provider: | Marri, Sudha FNP | Unit: | Z01 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**        **Provider:** Marri, Sudha FNP

    Inmate c/o the nurse that she has abdominal crams and  was getting Dycyclomine before coming to prison which worked well for her abdominal cramps for IBS. Apparently there is no diagnosis of IBS in her chart. She does have history of gastric bypass Row in Y surgery total body lift.  will perform some labs- cbc/cmp - after discussing  with Dr. jowdy

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:**  No

Completed by Marri, Sudha FNP on 04/20/2020 15:34

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|
| Date of Birth: | ███/1975 | Sex: | F      Race: WHITE | Facility: | CRW |
| Note Date: | 04/20/2020 15:19 | Provider: | Marri, Sudha FNP | Unit: | Z01 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**      **Provider:** Marri, Sudha FNP
       lab orders.

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-C-CBC w/diff | One Time | 04/30/2020 00:00 | Routine |
| Lab Tests-C-Comprehensive Metabolic Profile (CMP) | | | |

      **Labs requested to be reviewed by:**     Jowdy, James DO

**Copay Required:** No      **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Marri, Sudha FNP on 04/20/2020 15:21

# Bureau of Prisons
# Health Services
# Clinical Encounter

| Inmate Name: READ-FORBES, MENDY | | Reg #: 22253-031 |
|---|---|---|
| Date of Birth: ▮▮/1975 | Sex: F   Race: WHITE | Facility: CRW |
| Encounter Date: 04/17/2020 12:21 | Provider: Tamez, Ariel LVN | Unit: Z01 |

Nursing - Sick Call Note encounter performed at Special Housing Unit.

**SUBJECTIVE:**

**COMPLAINT  1**          **Provider:** Tamez, Ariel LVN

**Chief Complaint:** Other Problem

**Subjective:** I need a bottom bunk. My (abd) mesh is coming undone. I can feel it. I've been had an upper bunk.

**Pain:** No

**OBJECTIVE:**

**ASSESSMENT:**

Other

Pt seen during daily SHU rounds

O: AAO x4, NAD. Chart review shows postgastric surgery symptoms and fairly extensive ortho hx including L knee joint instability, knee and ankle pain, L thumb trigger finger, CTS, etc.

A: Risk for injury; Risk for falls. Pt does not meet normal criteria for bottom bunk, but in the nursing judgement of this writer, Pt should have a temporary bottom bunk in the interest of safety to prevent potential injury and/or falls.

P: No climbing registration and temporary bottom bunk added to MDS for 3 months.

**PLAN:**

**Disposition:**

Discharged to Housing Unit with Restrictions
Follow-up Daily

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/17/2020 | Counseling | Safety/Injury Prevention | Tamez, Ariel | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Tamez, Ariel LVN on 04/17/2020 12:46

Requested to be reviewed by  Jowdy, James DO.

Review documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | ▉1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 04/17/2020 12:21 | Provider: | Tamez, Ariel LVN | Facility: | CRW |

**Reviewed by Jowdy, James DO on 04/17/2020 14:03.**

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | ▮▮/1975 | Sex: F | Race: WHITE | Facility: | CRW |
| Note Date: | 04/03/2020 10:35 | Provider: | Jowdy, James DO | Unit: | I03 |

Review Note - Document Review encounter performed at Health Services.

**Administrative Notes:**

**ADMINISTRATIVE NOTE  1**        **Provider:** Jowdy, James DO

Pt w/ stated h/o diarrhea.
prior labs for h. pylori & c.diff neg.
needing ovo-parasite labs to determine need for Abx
Noted: Pt near baseline b.w. since intake, 1.5+ pgs of commissary junk food monthly, h/o gastric bypass,
which is likely cause for diarrhea.

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/02/2020 | 17:18 CRW | 97.6 | 36.4 | | Robinson-Brown, La Tonjia Chelese MD |
| 03/20/2020 | 08:16 CRW | 97.2 | 36.2 | Temporal | Ananti, Chinwe-Ngozi RN |
| 03/06/2020 | 10:47 CRW | 97.5 | 36.4 | | Reyes, Hernan MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/02/2020 | 17:18 | 70 | | | Robinson-Brown, La Tonjia |
| 03/20/2020 | 08:16 | 64 | | Regular | Ananti, Chinwe-Ngozi RN |
| 03/06/2020 | 10:47 | 75 | | | Reyes, Hernan MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/02/2020 | 17:18 CRW | 16 | Robinson-Brown, La Tonjia Chelese MD |
| 03/20/2020 | 08:16 CRW | 18 | Ananti, Chinwe-Ngozi RN |
| 03/06/2020 | 10:47 CRW | 18 | Reyes, Hernan MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/02/2020 | 17:18 CRW | 152/100 | | | | Robinson-Brown, La Tonjia |
| 03/20/2020 | 08:16 CRW | 134/80 | | Sitting | | Ananti, Chinwe-Ngozi RN |
| 03/06/2020 | 10:47 CRW | 114/81 | | | | Reyes, Hernan MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 04/02/2020 | 17:18 CRW | 99 | Room Air | Robinson-Brown, La Tonjia Chelese MD |
| 03/20/2020 | 08:16 CRW | 99 | Room Air | Ananti, Chinwe-Ngozi RN |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|

| Inmate Name: | READ-FORBES, MENDY | | | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | ▓▓▓/1975 | | Sex: | F | Race: WHITE | Facility: | CRW |
| Note Date: | 04/03/2020 10:35 | | Provider: | Jowdy, James DO | | Unit: | I03 |

| **Date** | **Time** | **Inches** | **Cm** | **Provider** |
|---|---|---|---|---|
| 03/06/2020 | 10:47 CRW | 64.0 | 162.6 | Reyes, Hernan MD |

**Weight:**

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|---|---|---|---|---|---|
| 03/20/2020 | 08:16 CRW | 177.0 | 80.3 | | Ananti, Chinwe-Ngozi RN |
| 03/06/2020 | 10:47 CRW | 175.0 | 79.4 | | Reyes, Hernan MD |

**Discontinued Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| | *metroNIDAZOLE Tablet* | *04/03/2020 10:35* |

    **Prescriber Order:**    *500 mg Orally  -   Two Times a Day x 7 day(s) -- for persistent diarrhea*

    **Discontinue Type:**    *When Pharmacy Processes*

    **Discontinue Reason:** *Order changed*

    **Indication:**

**New Laboratory Requests:**

| **Details** | **Frequency** | **Due Date** | **Priority** |
|---|---|---|---|
| Lab Tests-C-Culture, Stool | One Time | 04/07/2020 00:00 | Routine |
| Lab Tests-C-Culture, Rectal/Stool (VRE Screen) | | | |
| Lab Tests-O-O & P, stool | | | |

**Copay Required:** No        **Cosign Required:** No

**Telephone/Verbal Order:**  No

Completed by Jowdy, James DO on 04/03/2020 10:40

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | 1975 | Sex: | F      Race: WHITE | Facility: | CRW |
| Note Date: | 04/03/2020 10:17 | Provider: | Sotayo, O. APRN,FNP-C | Unit: | I03 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Sotayo, O. APRN,FNP-C
Pt c/o dental abscess to right upper molar. Dental staff notified.


**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Sotayo, O. APRN,FNP-C on 04/03/2020 10:18

# Bureau of Prisons
# Health Services
# Clinical Encounter

| Inmate Name: | READ-FORBES, MENDY | | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|---|
| Date of Birth: | ███ 1975 | Sex: | F   Race:   WHITE | | Facility: | CRW |
| Encounter Date: | 04/02/2020 17:09 | Provider: | Robinson-Brown, La | | Unit: | I03 |

Physician - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT   1**        **Provider:** Robinson-Brown, La Tonjia Chelese

**Chief Complaint:** GASTROINTESTINAL

**Subjective:** 45 y.o. W/F with c/o months of liquid bowel movements reviewed prior encounters and GI consult pending. CT-scan of ABD showed liver mass possible sclerosing hemangioma. F/U CT scheduled. Pt had trial of Doxycycline w/o resolution. Stool cultures , C.Diff and H. Pylori negative.

Pt c/o dental abscess right upper molar. C/O Severe pain.


O-
Limited exam due to Sick call restrictions.

A/P
1. Diarrhea persistent- would recommend a trial of Flagyl x 7 days since Doxycycline did not resolve symptoms.
Must R/O dumping syndrome due to previous h/o Roux-en-Y gastric bypass.
2. Dental Abscess- pt instructed to notify staff w/ dental rounds.
3. Elevated BP- pt report taking BP meds but attributes pain to cause of BP elevation.

**Pain:** Not Applicable

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/02/2020 | 17:18 CRW | 97.6 | 36.4 | | Robinson-Brown, La Tonjia Chelese MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/02/2020 | 17:18 | 70 | | | Robinson-Brown, La Tonjia |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/02/2020 | 17:18 CRW | 16 | Robinson-Brown, La Tonjia Chelese MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/02/2020 | 17:18 CRW | 152/100 | | | | Robinson-Brown, La Tonjia |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 04/02/2020 | 17:18 CRW | 99 | Room Air | Robinson-Brown, La Tonjia Chelese MD |

**ASSESSMENT:**

Bariatric surgery status, Z9884 - Current

Diarrhea, unspecified, R197 - Current

| Inmate Name: READ-FORBES, MENDY | | Reg #: 22253-031 |
| Date of Birth: ▮/1975 | Sex: F   Race: WHITE | Facility: CRW |
| Encounter Date: 04/02/2020 17:09 | Provider: Robinson-Brown, La | Unit: I03 |

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
| --- | --- | --- |
| | metroNIDAZOLE Tablet | 04/02/2020 17:09 |

**Prescriber Order:**   500 mg Orally  -  Two Times a Day x 7 day(s) -- for persistent diarrhea

**Indication:** Postgastric surgery syndromes, Diarrhea, unspecified

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
| --- | --- | --- | --- | --- |
| 04/02/2020 | Counseling | Access to Care | Robinson-Brown, La Tonjia Chelese | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Robinson-Brown, La Tonjia Chelese MD on 04/02/2020 17:28

Requested to be cosigned by Langham, Charles MD/CD.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by Jowdy, James DO.

Review documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | ████ 1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 04/02/2020 17:09 | Provider: | Robinson-Brown, La | Facility: | CRW |

**Reviewed with New Encounter Note by Jowdy, James DO on 04/03/2020 10:35.**

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | 1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 04/02/2020 17:09 | Provider: | Robinson-Brown, La | Facility: | CRW |

**Cosigned by Langham, Charles MD/CD on 04/03/2020 12:21.**

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | ▮▮/1975 | Sex: | F      Race: WHITE | Facility: | CRW |
| Note Date: | 03/26/2020 09:48 | Provider: | Marri, Sudha FNP | Unit: | I03 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE  1**          **Provider:** Marri, Sudha FNP

45 y/o WF with h/o Roux-en-Y gastric bypass. Inmate  here to enquire about dicyclomine for stated IBS.  She stated she was prescribed Dicyclomine  outside.  she was seen for diarrhea and stomach cramps and  also completed  course of ATB Antibiotics recently. Awaiting GI consult. Educated inmate to wait for GI consult for definitive diagnosis and Tx for IBS. Meanwhile if she has any problems she can contact medical as needed. Pt Verbalized understanding of Instructions.

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Marri, Sudha FNP on 03/26/2020 09:58

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: READ-FORBES, MENDY | | | Reg #: 22253-031 |
| Date of Birth: ▓▓▓▓ 1975 | Sex: F   Race: WHITE | | Facility: CRW |
| Encounter Date: 03/23/2020 14:14 | Provider: Bass, John OD | | Unit: I03 |

Optometry - Optometry Exam encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Bass, John OD

**Chief Complaint:** Eyes/Vision Problems
**Subjective:**   far in blurry  near is good
**Pain:**      No

**Vision Screen on** 03/23/2020 14:15

Blindness:

| | | |
|---|---|---|
| Distance Vision:   Right Eye: 20/50 | Left Eye: 20/30 | Both Eyes: |
| Near Vision:   Right Eye: | Left Eye: | Both Eyes: |

With Corrective Lenses

| | | |
|---|---|---|
| Distance Vision:   Right Eye: | Left Eye: | Both Eyes: |
| Near Vision:   Right Eye: | Left Eye: | Both Eyes: |

Present Glasses - Distance      Refraction - Distance

| | Sphere | Cylinder | Axis | Add | | | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|---|
| R: | | | | | | R: | -0.75 | -0.50 | 76 | +1 |
| L: | | | | | | L: | 0.00 | -1.00 | 109 | +1 |

Color Test:

Tonometry:   L: 15      R: 13

Comments:   44 yo WF
Ohx: none, lasik 2002
FOhx: None

**OBJECTIVE:**

**Exam:**

**Eyes**

**General**
Yes: PERRLA

**Slit Lamp**
Yes: Normal Exam

**Conjunctiva and Sclera**
Yes: Within Normal Limits

**Cornea and Lens**
Yes: Normal Appearing

**Fundus Exam**
Yes: Grossly Normal Retina

**Exam Comments**

New glasses inmate only want distance Rx

| | | | | |
|---|---|---|---|---|
| Inmate Name: READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: ▉/1975 | Sex: F | Race: WHITE | Facility: | CRW |
| Encounter Date: 03/23/2020 14:14 | Provider: Bass, John OD | | Unit: | I03 |

HTN no retinopathy
No signs of glaucoma today

RTC 1 year

**ASSESSMENT:**

Astigmatism, H52209 - Current

Myopia, H5210 - Current

**PLAN:**

**Other:**

New glasses inmate only want distance Rx

HTN no retinopathy
No signs of glaucoma today

RTC 1 year

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/23/2020 | Counseling | Plan of Care | Bass, John | Verbalizes Understanding |

**Spec Rx:   Completed on**   03/23/2020 14:23
   **Sphere Right:** -0.75
   **Sphere Left:** 0.00
   **Cylinder Right:** -0.50
   **Cylinder Left:** -1.00
   **Axis Right:** 76
   **Axis Left:** 109
   **Pupillary Width Distance Right:** 28.5
   **Pupillary Width Distance Left:** 28.5
   **Pupillary Width Near Right:** 26.5
   **Pupillary Width Near Left:** 26.5
   **Frame Material:** Polycarbonate
   **Frame Style:** FC 704
   **Frame Color:** Brown
   **Eye Size:** 49
   **Bridge Size:** 18
   **Temple Length and Style:** 140

**Copay Required:** No              **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Bass, John OD on 03/23/2020 14:24
Requested to be cosigned by Jowdy, James DO.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | /1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 03/23/2020 14:14 | Provider: | Bass, John OD | Facility: | CRW |

Cosigned by Jowdy, James DO on 03/26/2020 14:21.

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: READ-FORBES, MENDY | | | | Reg #: 22253-031 |
| Date of Birth: ███/1975 | | Sex: F   Race: WHITE | | Facility: CRW |
| Encounter Date: 03/20/2020 12:34 | | Provider: Marri, Sudha FNP | | Unit: I03 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

    **COMPLAINT  1**      **Provider:** Marri, Sudha FNP

    **Chief Complaint:** Diarrhea

    **Subjective:**    45 y/o WF with h/o Roux-en-Y gastric bypass comes to sick call c/o  loose diarrhea 3-4 times daily. No blood or
mucous, no fever or chills. Appetite is fair. " I have history of IBS and  its out of control. Having spasms that feel like labor pains. My doctor outside had me on dicyclomine 20 mg." Inmate denies fever, chills, HA, dizziness, CP, SOB, nausea, vomiting.

O:Vitals stable
NAD appears well.
Abd:BS +ve x4 No hepatosplenomegaly
Lungs clear
Heart: RRR
Does not seem to be dehydrated.

Diarrhea:  R/o IBS Vs Dumping syndrome:
GI consult pending.
Completed a course of ATB.
Negative for Fecal leucocytes/Ova and parasite/No c diff
Plenty of fluids.
Notify medical if  there is blood or mucus in stool

    **Pain:**    Yes

    **Pain Assessment**

| | |
|---|---|
| **Date:** | 03/20/2020 12:57 |
| **Location:** | Abdomen - Diffuse |
| **Quality of Pain:** | Aching |
| **Pain Scale:** | 7 |
| **Intervention:** | Eval |
| **Trauma Date/Year:** | |
| **Injury:** | |
| **Mechanism:** | |
| **Onset:** | 1-5 Years |
| **Duration:** | 12-24 Hours |
| **Exacerbating Factors:** | None |
| **Relieving Factors:** | None |
| **Reason Not Done:** | |
| **Comments:** | |

**OBJECTIVE:**

**ASSESSMENT:**

Diarrhea, unspecified, R197 - Current

Generated 03/20/2020 13:01 by Marri, Sudha FNP      Bureau of Prisons - CRW      Page 1 of 2

| Inmate Name:   READ-FORBES, MENDY | | | Reg #:    22253-031 |
| Date of Birth:          /1975 | Sex:     F     Race:   WHITE | | Facility:  CRW |
| Encounter Date:  03/20/2020 12:34 | Provider:  Marri, Sudha FNP | | Unit:       I03 |

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/20/2020 | Counseling | Access to Care | Marri, Sudha | Verbalizes Understanding |

**Copay Required:** Yes     **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Marri, Sudha FNP on 03/20/2020 13:01

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: READ-FORBES, MENDY | | | | Reg #: 22253-031 |
| Date of Birth: ███/1975 | | Sex: F   Race: WHITE | | Facility: CRW |
| Encounter Date: 03/06/2020 10:43 | | Provider: Reyes, Hernan MD | | Unit: I04 |

Physician - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Reyes, Hernan MD

**Chief Complaint:** Diarrhea

**Subjective:**     45 y/o WF with h/o Roux-en-Y gastric bypass comes to sick call c/o losing weight and increased BMs. Has BM with every meal and 3-4 times per day. It is liquid, no blood or mucous, no fever or chills. Appetite is fair.
Had similar episode several years ago and was told she had a bowel intestine and was subsequently treated with dicyclomine, with relief. Has been here 14 months, no GI visits.

Had been seen one month ago and had a stool culture.

**Pain:**     Not Applicable

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/06/2020 | 10:47 CRW | 97.5 | 36.4 | | Reyes, Hernan MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/06/2020 | 10:47 | 75 | | | Reyes, Hernan MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/06/2020 | 10:47 CRW | 18 | Reyes, Hernan MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/06/2020 | 10:47 CRW | 114/81 | | | | Reyes, Hernan MD |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 03/06/2020 | 10:47 CRW | 64.0 | 162.6 | Reyes, Hernan MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 03/06/2020 | 10:47 CRW | 175.0 | 79.4 | | Reyes, Hernan MD |

**Exam Comments**
Alert, in NAD
Cor: RR, no murmur
Lungs: clear
Abd: non-tender, BS normal

**ASSESSMENT:**

Postgastric surgery syndromes, 564.2 - Current - *Labs are normal, suspect dumping syndrome. Will recommend fiber.*

| Inmate Name: | READ-FORBES, MENDY | | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|---|
| Date of Birth: | ▮▮▮/1975 | Sex: | F | Race: WHITE | Facility: | CRW |
| Encounter Date: | 03/06/2020 10:43 | Provider: | Reyes, Hernan MD | | Unit: | I04 |

## PLAN:

**New Medication Orders:**

| Rx# | Medication | | | Order Date |
|---|---|---|---|---|
| | Doxycycline Hyclate Capsule/Tablet | | | 03/06/2020 10:43 |
| | **Prescriber Order:** | 100 mg Orally  -   Two Times a Day x 7 day(s) | | |
| | **Indication:** Postgastric surgery syndromes | | | |

## OTC REPORTED

### New OTC:

| Medication | OTC Source | Start Date | Stop Date |
|---|---|---|---|
| Calcium Polycarbophil 625 MG Tab | Commissary-Recommended | 03/06/2020 | |

**Order Detail:** one tab bid with 8 oz water

## New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Gastroenterology | 04/23/2020 | 04/23/2020 | Routine | No | |

**Subtype:**

Irritable Bowel Syndrome Consult

**Reason for Request:**

45 y/o WF with h/o Roux en y surgery now with frequent loose stool. Had been treated for IBS in the past.
All labs normal. Please evaluate, thank you.

**Provisional Diagnosis:**

s/p Bariatric surgery
R.o IBS vs dumping syndrome.

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Fecal Occult Blood | Daily | 3 days | check daily x 3 days please. | Reyes, Hernan MD |
| | **Order Date:** | 03/06/2020 | | |

**Disposition:**

Follow-up at Chronic Care Clinic as Needed

**Other:**

Trial of doxycycline for possible bacterial overgrowth

FOB x 3 days

GI consult

OTC fiber recommended.

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/06/2020 | Counseling | Plan of Care | Reyes, Hernan | Verbalizes Understanding |

**Copay Required:** Yes           **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Reyes, Hernan MD on 03/06/2020 11:07

| | | | | |
|---|---|---|---|---|
| Inmate Name: READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: ____/1975 | Sex: F | Race: WHITE | Facility: | CRW |
| Encounter Date: 03/06/2020 10:43 | Provider: Reyes, Hernan MD | | Unit: | I04 |

Requested to be cosigned by Jowdy, James DO.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | ▆▆▆ 1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 03/06/2020 10:43 | Provider: | Reyes, Hernan MD | Facility: | CRW |

**Cosigned by Langham, Charles MD/CD on 03/06/2020 12:44.**

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | ▮1975 | Sex: | F   Race: WHITE | Facility: | CRW |
| Note Date: | 03/02/2020 09:40 | Provider: | McNeely, Sheri LPN | Unit: | I04 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

   **ADMINISTRATIVE NOTE   1**       **Provider:** McNeely, Sheri LPN
      Pap smear completed today.

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-G-GC (Neisseria gono)/Chlamydia, PAP Vial | One Time | 03/03/2020 00:00 | Routine |
| Lab Tests-P-PAP ThinPrep and HPV | | | |

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Pap Smear | 03/02/2023 00:00 | MLP 04 |
| Pap done 3-2-20 | | |

**Copay Required:** No        **Cosign Required:** Yes

**Telephone/Verbal Order:**   No

Completed by McNeely, Sheri LPN on 03/02/2020 09:43

Requested to be cosigned by  Shackelford, Janet M.D..

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|
| Date of Birth: | 1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 03/02/2020 09:40 | Provider: | McNeely, Sheri LPN | Facility: | CRW |

**Cosigned by Shackelford, Janet M.D. on 03/02/2020 11:21.**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| Inmate Name: READ-FORBES, MENDY | | Reg #: 22253-031 |
|---|---|---|
| Date of Birth: ████ 1975 | Sex: F   Race: WHITE | Facility: CRW |
| Encounter Date: 03/02/2020 09:35 | Provider: Shackelford, Janet M.D. | Unit: I04 |

Physician - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Shackelford, Janet M.D.

**Chief Complaint:** OB/GYN

**Subjective:** 45 y/o G4 P2022 ( c section x 2)
h/o abnormal pap.
h/o 2/2017 hysterectomy, cautery of endometriosis and LSO for dypsplasia and adenomyosis

PMH:
--Ortho knee and ankle,  obesity s/p gastric bypass, abdominal wall hernia, mental health, HTN
--liver hemangioma possible on CT scan.
PSH:
--Cholecystectomy, rhinopasty (after trauma), 2 tummy tucks, excess skin removal, gastric bypass.
--c section x 2, hysterectomy LSO
SOCIAL:  No fhx breast, colon or ovarian cancer.
ALLERGIES: none
LABS:
Pap 9/2015 LSIL HPV +
Pap 8/2016 NILM HPV +
2/2017 pathology  Cervix CIN 2-3 (no mention if margin clear), adenomyosis, disordered prolif. endomet.
CT 6/2019 Uterus absent, 2.6 cm right ovarian follicle
CT 12/13/19 uterus absent, 4 x 4.4 cm right adnexial cystic area. possible liver hemangiomas
pelvic u/s  1/29/2020  Right ovary 1.5 and 2.6 cm cysts.
1/21/2020 CA 125 8
2/12/2020 CMP WNL lipid WNL hgb 12.1  hgb a1c 6.3 (pre diabetes)

3/2/2020
Here today to review gyne testing.  Notified are following a right ovarian cyst which has been stable
and no Rx needed.  Discussed she has been delcling pap smears last time 1/2020.  Advised
to do a few pap smears to make sure the hystectomy removed all the dysplasia and verify HPV is gone.  If gone repeat
pap HPV in 3 years and if hpv POSITIVE  repeat pap hPV in 1year.  Small risk small cervix or upper vagina with HPV can become cancer in future.  Patient agrees to exam today.  same 4 cm ovary smooth circular
sl nonmobile right adnexia ovary palpable c/w small ov. cyst.
Pelvic u/s in 3-4 months for stability.

**Pain:** No

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/02/2020 | 09:20 CRW | 96.2 | 35.7 | | McNeely, Sheri LPN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|

| Inmate Name: | READ-FORBES, MENDY | | | | | | Reg #: | 22253-031 |
| Date of Birth: | 1975 | | Sex: | F | Race: WHITE | | Facility: | CRW |
| Encounter Date: | 03/02/2020 09:35 | | Provider: | Shackelford, Janet M.D. | | | Unit: | I04 |

| **Date** | **Time** | **Rate Per Minute** | **Location** | **Rhythm** | **Provider** |
|---|---|---|---|---|---|
| 03/02/2020 | 09:20 | 77 | | | McNeely, Sheri LPN |

**Respirations:**

| **Date** | **Time** | **Rate Per Minute** | **Provider** |
|---|---|---|---|
| 03/02/2020 | 09:20 CRW | 17 | McNeely, Sheri LPN |

**Blood Pressure:**

| **Date** | **Time** | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
|---|---|---|---|---|---|---|
| 03/02/2020 | 09:20 CRW | 127/90 | | | | McNeely, Sheri LPN |

**SaO2:**

| **Date** | **Time** | **Value(%)** | **Air** | **Provider** |
|---|---|---|---|---|
| 03/02/2020 | 09:20 CRW | 99 | Room Air | McNeely, Sheri LPN |

**Weight:**

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|---|---|---|---|---|---|
| 03/02/2020 | 09:20 CRW | 173.0 | 78.5 | | McNeely, Sheri LPN |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed

**Genitourinary**

**Vagina-External**

Yes: Within Normal Limits

**Vagina-Internal**

Yes: Within Normal Limits, Well Rugated Walls, Discharge-White and Curdy

**Cervix**

Yes: Absent

No: Lesion(s), Mass(es)

**Uterus**

Yes: Absent

**Adnexa**

Yes: Mass(es)

No: Tenderness

**ASSESSMENT:**

Acquired absence of both cervix and uterus, Z90710 - Current

Benign neoplasm of unspecified ovary, D279 - Current

Dysplasia of cervix uteri, unspecified, N879 - Current

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | ███975 | Sex: F   Race: WHITE | | Facility: | CRW |
| Encounter Date: | 03/02/2020 09:35 | Provider: Shackelford, Janet M.D. | | Unit: | I04 |

Will Be Placed on Callout

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/02/2020 | Counseling | Plan of Care | Shackelford, Janet | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Shackelford, Janet M.D. on 03/02/2020 09:52

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | | Reg #: | 22253-031 |
| Date of Birth: | ▮▮/1975 | Sex: | F | Race: WHITE | Facility: | CRW |
| Note Date: | 02/11/2020 12:56 | Provider: | Fisher, Catherine NP-C | | Unit: | I04 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**        **Provider:** Fisher, Catherine NP-C
        Med refill request:


        I wasn't on the call out for my B-12 shot I believe it needs renewed please and thank you

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 658394-CRW | Triamterene/ HCTZ 37.5 MG/25 MG Tab | 02/11/2020 12:56 |

    **Prescriber Order:**    Take one tablet  by mouth each day to control blood pressure x 180 day(s)

                **Indication:** Hypertension, Benign Essential

| | | |
|---|---|---|
| 667321-CRW | Cyanocobalamin (Vit B-12) 1000 MCG/ML Inj | 02/11/2020 12:56 |
| | 1 ml | |

    **Prescriber Order:**    Inject 1000mcg (1 ml) Intra-Muscularly every month on the 6th clinic x 90 day(s) Pill Line Only

                **Indication:** Postgastric surgery syndromes, Vitamin B12 deficiency anemia, Bariatric surgery
                        status

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:**  No

Completed by Fisher, Catherine NP-C on 02/11/2020 12:57

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|
| Date of Birth: | ▆▆▆/1975 | Sex: F | Race: WHITE | Facility: | CRW |
| Note Date: | 02/06/2020 09:41 | Provider: | Jowdy, James DO | Unit: | I04 |

Review Note - Report Review encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE 1** **Provider:** Jowdy, James DO
    CT scan w/ liver node ant med R lobe needing repeat study 6 mos

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| CT-Abdomen/Pelvis-Abdomen | One Time | | 08/04/2020 | Routine |

    **Specific reason(s) for request (Complaints and findings):**

    CT scan w/ liver node ant med R lobe needing repeat study 6 mos

**Copay Required:** No      **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Jowdy, James DO on 02/06/2020 09:48

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|
| Date of Birth: | ▉/1975 | Sex: | F      Race: WHITE | Facility: | CRW |
| Note Date: | 02/04/2020 08:32 | Provider: | Shackelford, Janet M.D. | Unit: | I04 |

Admin Note - Report Review encounter performed at Health Services.
**Administrative Notes:**

   **ADMINISTRATIVE NOTE   1          Provider:** Shackelford, Janet M.D.

   Pelvic u/s  1/29/2020
   with small stable right ovarian cyst.
   right ovary 2.6 and 1.5 cm cyst
   order f/u ultrasound

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| Ultrasound-Transvaginal-General | One Time | | 05/28/2020 | Routine |

   **Specific reason(s) for request (Complaints and findings):**

   44 y/o  h/o stable right ovarian cyst.
   2/2017 LAVH cautery endometriosis

   CT 6/2019 Uterus absent, 2.6 cm right ovarian follicle
   CT 12/13/19 uterus absent, 4 x 4.4 cm right adnexial cystic area.
   1/29/20 2.6 and 1.5 right ovary cyst. CA 125 WNL

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Shackelford, Janet M.D. on 02/04/2020 08:36

# Bureau of Prisons
# Health Services
# Clinical Encounter

| Inmate Name: | READ-FORBES, MENDY | | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|---|
| Date of Birth: | /1975 | Sex: | F | Race: WHITE | Facility: | CRW |
| Encounter Date: | 01/24/2020 13:15 | Provider: | | Ananti, Chinwe-Ngozi RN | Unit: | I04 |

Admin Note - General Administrative Note encounter at Health Services.

**Reason Not Done:** Refused

**Comments:** Patient refused female preventive health visit 1/24/2020.

**Cosign Required:** No

Completed by Ananti, Chinwe-Ngozi RN on 01/24/2020 13:18.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| Inmate Name: | READ-FORBES, MENDY | | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|---|
| Date of Birth: | ███/1975 | Sex: | F | Race: WHITE | Facility: | CRW |
| Encounter Date: | 01/23/2020 08:56 | Provider: | Yee, Jordan MD | | Unit: | I04 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**          **Provider:** Yee, Jordan MD

**Chief Complaint:** Behavioral Health Problem

**Subjective:** I am dealing with many issues, such as, lesions in my liver, rule out returning of my ovarian cancer, waiting for the court to vacate my case, to clear my name so that I can go out and practice law again. I was taking Effexor 225 mg daily at Waseca, BOP, before she came here. "I want to be put back on this dosage of med. No side effect. I do better with Effexor and to help me cope with my issues now."
Will taper up Effexor to 225 mg daily and evaluate for effect.

**Pain:** Not Applicable

**Seen for clinic(s):** Mental Health

**ROS:**

**Psychiatric**

**General**

Yes: Mood-Erratic, Anxiety-Severe, Weight Loss

No: Sleep Impaired, Energy Impaired, Appetite Impaired, Concentration-Decreased, Memory Impaired, Hallucinations, Suicide/Self-Harm Thoughts, Homicide/Other Harm Thoughts

**OBJECTIVE:**

**Exam:**

**Mental Health**

**Posture**

Yes: Within Normal Limits

No: Involuntary Movements

**Grooming/Hygiene**

Yes: Appropriate Grooming

**Facial Expressions**

Yes: Appropriate Expression

**Affect**

Yes: Sad

**Speech/Language**

Yes: Appropriate

**Mood**

Yes: Dysphoric

**Thought Process**

Yes: Goal Directed

**Thought Content**

Yes: Appropriate

**Perceptions**

Yes: Appropriate

| Inmate Name: READ-FORBES, MENDY | | | Reg #: 22253-031 |
|---|---|---|---|
| Date of Birth: ▓▓▓/1975 | Sex: F Race: WHITE | | Facility: CRW |
| Encounter Date: 01/23/2020 08:56 | Provider: Yee, Jordan MD | | Unit: I04 |

**Exam:**

> **Orientation**
>> Yes: Alert and Oriented x 3

**ASSESSMENT:**

Depressive DO, not elsewhere classified, 311 - Current

**PLAN:**

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Venlafaxine Oral 24 Hour Capsule (ER/XR) | 01/23/2020 08:56 |

> **Prescriber Order:** Orally Mouth (1) 37.5 mg - daily x 7 day(s) -- mood, self carry *** (2) 75 mg - daily x 7 day(s) *** (3) 150 mg - daily x 7 day(s) *** (4) 225 mg - daily x 159 day(s)
>
> **Indication:** Depressive DO, not elsewhere classified

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 633230-CRW | *Citalopram 20 MG Tab* | 01/23/2020 08:56 |

> **Prescriber Order:** *Take one tablet (20 MG) by mouth each day *consent form on file **
>
> **Discontinue Type:** *When Pharmacy Processes*
>
> **Discontinue Reason:** *discontinue*
>
> **Indication:**

**Other Active Medications**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| 667321-CRW | Cyanocobalamin (Vit B-12) 1000 MCG/ML Inj 1 ml | 02/05/2020 | Inject 1000mcg (1 ml) Intra-Muscularly every month on the 6th clinic |
| 658394-CRW | Triamterene/ HCTZ 37.5 MG/25 MG Tab | 02/11/2020 | Take one tablet by mouth each day to control blood pressure |

**Other Active IVs:**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| | **No IVs to be Reconciled.** | | |

**Other Active OTCs:**

| Medication | OTC Source | Start Date | Stop Date |
|---|---|---|---|
| multiple vitamins | Commissary-Recommended | 04/09/2018 | |

> **Order Details:**

**Allergies**
No Known Allergies

**Disposition:**

> Follow-up in 1 Year

**Patient Education Topics:**

| Date Initiated Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|

| Inmate Name: | READ-FORBES, MENDY | | | | Reg #: | 22253-031 |
| Date of Birth: | /1975 | Sex: | F | Race:  WHITE | Facility: | CRW |
| Encounter Date: | 01/23/2020 08:56 | Provider: | Yee, Jordan MD | | Unit: | I04 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/23/2020 | Counseling | Plan of Care | Yee, Jordan | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  Yes

**Telephone/Verbal Order:**   No

Completed by Yee, Jordan MD on 01/23/2020 09:13

Requested to be cosigned by  Meisamy, Lili D.O..

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|
| Date of Birth: | 1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 01/23/2020 08:56 | Provider: | Yee, Jordan MD | Facility: | CRW |

**Cosigned by Meisamy, Lili D.O. on 01/23/2020 13:20.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: 22253-031 |
| Date of Birth: | ▉ 1975 | Sex: F | Race: WHITE | Facility: CRW |
| Encounter Date: | 01/22/2020 12:54 | Provider: | Downing, Bryan RN/IDC | Unit: I04 |

Infectious Disease - Contact Investigation encounter performed at Housing Unit.

## SUBJECTIVE:

**COMPLAINT 1**       **Provider:** Downing, Bryan RN/IDC

**Chief Complaint:** No Complaint(s)
**Subjective:** I'm not sick

44 YO white female
Evaluated for possible exposure to Influenza Like Illness
Pt. is afebrile with no complaints of Influenza Like Illness Symptoms at this time
Pt. instructed to report to Medical staff if symptoms, esp. fever appear.
**Pain:** No

## OBJECTIVE:
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/22/2020 | 12:58 CRW | 97.2 | 36.2 | Temporal | Downing, Bryan RN/IDC |

### Exam Comments
Pt. is afebrile with no complaints of Influenza Like Illness Symptoms at this time

## ASSESSMENT:

No Significant Findings/No Apparent Distress

Pt. is afebrile with no complaints of Influenza Like Illness Symptoms at this time

Pt. instructed to report to Medical staff if symptoms, esp. fever appear.

## PLAN:

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/22/2020 | Counseling | Access to Care | Downing, Bryan | Verbalizes Understanding |

Pt. instructed to report to Medical staff if symptoms, esp. fever appear.

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Downing, Bryan RN/IDC on 01/22/2020 12:59
Requested to be cosigned by Jowdy, James DO.
Cosign documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | 1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 01/22/2020 12:54 | Provider: | Downing, Bryan RN/IDC | Facility: | CRW |

**Cosigned by Jowdy, James DO on 01/22/2020 14:40.**

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | | Reg #: | 22253-031 |
| Date of Birth: | /1975 | Sex: | F | Race: WHITE | Facility: | CRW |
| Note Date: | 01/16/2020 08:43 | Provider: | Shackelford, Janet M.D. | | Unit: | I04 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**       **Provider:** Shackelford, Janet M.D.

Requested by PCP to review last CT scan.

44 y/o female
Pap 9/21/2015 LSIL HPV +
Pap 9/2016 NILM HPV +
2/2017 LAVH cautery endometriosis, pathology cervix CIN 2-3 adenomyosis
and disordered prolif endometrium.

refused pap pelvic 1/2019
CT 6/2019 Uterus absent, 2.6 cm right ovarian follicle
CT 12/13/19 uterus absent, 4 x 4.4 cm right adnexial cystic area.  possible
liver hemangiomas

Will order CA 125 and pelvic u/s to delineate this.
Put on call out to see if desires pap pelvic and discuss risks of
vaginal dysplasia if refuses.

**ASSESSMENTS:**

Benign neoplasm of unspecified ovary, D279 - Current

Dysplasia of cervix uteri, unspecified, N879 - Current

Patient's noncompliance with other medical treatment and regimen, Z9119 - Current

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-C-CA 125 | One Time | 01/17/2020 00:00 | Routine |

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| Ultrasound-Transvaginal-General | One Time | | 02/19/2020 | Routine |

**Specific reason(s) for request (Complaints and findings):**

44 y/o s/p 2017 TVH with CIN 2-3 and adenomyosis. endometriosis seen then.

CT 12/13/19  4.4 x 4 cm right adnexial cystic lesion.  advise ultrasound to
check if ovarian.

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Clinical Encounter | 02/25/2020 00:00 | Physician 02 |

f/u after pelvic u/s
see note 1/16/2020

44 y/o female
TVH 2017 with CIN 2-3  no mention if margin clear
refused pap pelvic 1/2019

| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|
| Date of Birth: | ▮▮▮/1975 | Sex: | F       Race: WHITE | Facility: | CRW |
| Note Date: | 01/16/2020 08:43 | Provider: | Shackelford, Janet M.D. | Unit: | I04 |

| <u>Activity</u> | <u>Date Scheduled</u> | <u>Scheduled Provider</u> |
|---|---|---|

CT 6/2019  Uterus absent,  2.6 cm right ovarian follicle
CT 12/13/19 uterus absent, 4 x 4.4 cm right adnexial cystic area.

Will order CA 125 and pelvic u/s to delineate this.
Put on call out to see if desires pap pelvic and to obtain
a gyne history.

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Shackelford, Janet M.D. on 01/16/2020 08:59

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | | Reg #: | 22253-031 |
| Date of Birth: | ███ 1975 | Sex: | F | Race: WHITE | Facility: | CRW |
| Encounter Date: | 01/10/2020 14:29 | Provider: | Marri, Sudha FNP | | Unit: | I04 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**       **Provider:** Marri, Sudha FNP

**Chief Complaint:** Diarrhea

**Subjective:** 44 yo WF c/o of nausea, some vomiting and diarrhea for past 10 days or more. Inmate says she has almost 6-7 liquidy diarrhea. No hematochezia or hematemesis. Inmate denies fevers, chills, HA, dizziness, CP, SOB, nausea, vomiting, abdominal pain.  She lost 3 lbs from 12/20/2019 which she claims that weight is  charted wrong.

Inmate stated  "I cant keep food down and have weight loss- believe connected to possible liver problem, Hernia, mesh recently scanned for. What ever I eat it is coming out either this way or that way. I don't believe in these medical facilities. I am a very intelligent woman and How can you tell when they charted 20 peoples weight that's its always correct."

O:  Vitals stable. Very argumentative
Does not look dehydrated at all

Alert and oriented x 3, NAD.
ENT: Hearing grossly intact. . Conjunctiva pink  and moist. Sclera without icterus. Buccal mucosa is moist and pink.
RESP:  Lungs clear to auscultation without adventitious sounds.
CV:  RRR. Normal S1 and single S2. .
Integu: No sigs of dehydration
Pinch test negative
GI: Bowel sounds normoactive.
MUSCULOSKELETAL: Full range of motion.
NEURO: Cranial nerves II-VII  grossly intact.
PSYCH: WNL. Affect appropriate

1. N/V/ Diarrhea:
Oral rehydration
If condition gets worse  seek medical help.

2. Weight loss:
Lost 10 lbs in 2 months
had Gastric Bypass in 2004
will do lab work cbc/cmp/ H pylori
stool studies

3. Liver US to r/o atypical lesions vs hemangiomas suggested benefit from CT scan of abdomen/pelvis.

**Pain:** No

## OBJECTIVE:

## ASSESSMENT:

Diarrhea, unspecified, R197 - Current - *N/V/D with weight loss*

| Inmate Name:  READ-FORBES, MENDY | | Reg #:  22253-031 |
|---|---|---|
| Date of Birth:  ████/1975 | Sex:  F  Race:  WHITE | Facility:  CRW |
| Encounter Date:  01/10/2020 14:29 | Provider:  Marri, Sudha FNP | Unit:  I04 |

## PLAN:

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-F-Fecal Leukocytes | One Time | 01/17/2020 00:00 | Routine |
| Lab Tests-C-Culture, Stool | | | |
| Lab Tests-H-H. Pylori Antigen, stool | | | |
| Lab Tests-O-O & P, stool | | | |
| Lab Tests-C-CBC w/diff | | | |
| Lab Tests-T-T4, Free | | | |
| Lab Tests-T-TSH | | | |
| Lab Tests-C-Comprehensive Metabolic Profile (CMP) | | | |
| Lab Tests-C-Clostridium difficile Toxin, stool | | | |

    **Labs requested to be reviewed by:**    Jowdy, James DO

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| Ultrasound-Liver-General | One Time | | 01/31/2020 | Routine |

    **Specific reason(s) for request (Complaints and findings):**

        liver lesions vs hemagiomas

**Disposition:**

Discharged to Housing Unit with Convalescence
Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Return Immediately if Condition Worsens

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/10/2020 | Counseling | Plan of Care | Marri, Sudha | Verbalizes Understanding |

**Copay Required:** Yes    **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Marri, Sudha FNP on 01/10/2020 15:16

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | 975 | Sex: | F      Race: WHITE | Facility: | CRW |
| Note Date: | 01/06/2020 07:43 | Provider: | Parra, Beatriz MD | Unit: | I04 |

Cosign Note - Clinical Encounter Cosign encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**      **Provider:** Parra, Beatriz MD

        MOD NOTE: Patient evaluated over the weekend by IHP for the following complaint:
        S. This is a 44F with PMH of abdominal hernia with mesh placement who reports RLQ
        abdominal pain x 5 days when she feels her hernia "pop out". The pain is a 5/10 and she
        describes it as "paralyzing". She reports N/V as well. She denies fevers, chills, HA, dizziness,
        CP, SOB, or bladder problems.
        Assesment:
        Postgastric surgery syndromes, 564.2 - Current

**Copay Required:** No      **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Parra, Beatriz MD on 01/06/2020 07:45
Requested to be reviewed by  Jowdy, James DO.

Review documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | ███/1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 01/06/2020 07:43 | Provider: | Parra, Beatriz MD | Facility: | CRW |

**Reviewed by Jowdy, James DO on 01/07/2020 14:05.**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | |
|---|---|
| Inmate Name: READ-FORBES, MENDY | Reg #: 22253-031 |
| Date of Birth: ▆▆/1975 | Sex: F   Race: WHITE   Facility: CRW |
| Encounter Date: 01/04/2020 22:11 | Provider: Nwofor, Adeline O RN   Unit: I04 |

Injury Assessment - Non-work related encounter performed at Health Services.

**SUBJECTIVE:**

**INJURY  1**      **Provider:**   Nwofor, Adeline O RN

    **Date of Injury:**   01/04/2020 21:40      **Date Reported for Treatment:**   01/04/2020 22:18

    **Work Related:**   No      **Work Assignment:**   UNASSG

    **Pain Location:**

    **Pain Scale:**   0

    **Pain Qualities:**

    **Where Did Injury Happen (Be specific as to location):**

      In my room at 2 south bed # 233L

    **Cause of Injury (Inmate's Statement of how injury occurred):**

      I was weak and dizzy during count time I fell down when I got up for count .

    **Symptoms (as reported by inmate):**

      Denies pain

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/04/2020 | 22:11 CRW | 96.7 | 35.9 | Temporal | Nwofor, Adeline O RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/04/2020 | 22:11 | 90 | Via Machine | | Nwofor, Adeline O RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 01/04/2020 | 22:11 CRW | 18 | Nwofor, Adeline O RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 01/04/2020 | 22:11 CRW | 125/68 | Left Arm | Sitting | | Nwofor, Adeline O RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/04/2020 | 22:11 CRW | 99 | Room Air | Nwofor, Adeline O RN |

**Exam:**
**General**
  **Affect**
    Yes: Cooperative
  **Appearance**
    Yes: Appears Well, Alert and Oriented x 3

| Inmate Name: READ-FORBES, MENDY | | | Reg #: 22253-031 |
| Date of Birth: ██████ 1975 | Sex: F | Race: WHITE | Facility: CRW |
| Encounter Date: 01/04/2020 22:11 | Provider: Nwofor, Adeline O RN | | Unit: I04 |

**Exam:**

No: Appears Distressed

**ASSESSMENT:**

Condition Stable

INMATE present to NCC1 for assessment accompanied by the compound officer via wheelchair. Inmate alert and oriented x3, respiration even and unlabored. Inmate states she has been having weakness and dizziness for three days and diarrhea/vomiting for one week. states she came earlier to NCC1 for eval., but this evening during count time she stood up for count and fell. Inmate states "I was a little out of it but they told me not to get up when I fell'. Inmates she feels better now, denies any chest pain or discomfort at this time . IHP notified , no new order received . Inmate encouraged on fluid intake. Per IHP inmate can go back to the unit.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

**Other:**

IHP notified.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/04/2020 | Counseling | Access to Care | Nwofor, Adeline | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Nwofor, Adeline O RN on 01/04/2020 23:35

Requested to be cosigned by  Robertson, Dwain MD.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by  Jowdy, James DO.

Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | ▮▮▮/1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 01/04/2020 22:11 | Provider: | Nwofor, Adeline O RN | Facility: | CRW |

**Cosigned by Robertson, Dwain MD on 01/05/2020 06:09.**

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | █████/1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 01/04/2020 22:11 | Provider: | Nwofor, Adeline O RN | Facility: | CRW |

**Reviewed by Jowdy, James DO on 01/07/2020 14:05.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | | Reg #: | 22253-031 |
| Date of Birth: | ▓/1975 | Sex: | F   Race:   WHITE | | Facility: | CRW |
| Encounter Date: | 01/04/2020 18:45 | Provider: | Robertson, Dwain MD | | Unit: | I04 |

Physician - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**        **Provider:** Robertson, Dwain MD

**Chief Complaint:** Abdominal Pain

**Subjective:**   S. This is a 44F with PMH of abdominal hernia with mesh placement who reports RLQ abdominal pain x 5 days when she feels her hernia "pop out". The pain is a 5/10 and she describes it as "paralyzing". She reports N/V as well. She denies fevers, chills, HA, dizziness, CP, SOB, or bladder problems.

O. See vitals.
GEN: in NAD. Resting very comfortably.
HEENT: NCAT. CN2-12 intact
CV: Appears well perfused.
RESP: Breathing even and unlabored.
ABD: Soft, ND. +BS. TTP in  RLQ without rebound and guarding. Unable to produce hernia with Valsalva maneuver.
EXT: moving all extremities against gravity.

A/P: abdominal pain possibly due to hernia. I recommended she try OTC Tylenol or ibuprofen for her issues and follow up in clinic Monday.

**Pain:**          Not Applicable

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/04/2020 | 18:50 CRW | 97.1 | 36.2 | | Robertson, Dwain MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/04/2020 | 18:50 | 102 | | | Robertson, Dwain MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 01/04/2020 | 18:50 CRW | 17 | Robertson, Dwain MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 01/04/2020 | 18:50 CRW | 121/93 | | | | Robertson, Dwain MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/04/2020 | 18:50 CRW | 99 | Room Air | Robertson, Dwain MD |

**ASSESSMENT:**

Postgastric surgery syndromes, 564.2 - Current

| Inmate Name:  READ-FORBES, MENDY | | | Reg #:   22253-031 |
| Date of Birth: ▮▮▮/1975 | Sex:  F  Race:  WHITE | | Facility:  CRW |
| Encounter Date:  01/04/2020 18:45 | Provider:  Robertson, Dwain MD | | Unit:  I04 |

**PLAN:**

**Disposition:**

Discharged to Housing Unit with Convalescence
Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/04/2020 | Counseling | Diagnosis | Robertson, Dwain | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**   No

Completed by Robertson, Dwain MD on 01/04/2020 18:52

Requested to be cosigned by  Parra, Beatriz MD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | /1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 01/04/2020 18:45 | Provider: | Robertson, Dwain MD | Facility: | CRW |

**Cosigned with New Encounter Note by Parra, Beatriz MD on 01/06/2020 07:43.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| Inmate Name: | READ-FORBES, MENDY | | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|---|
| Date of Birth: | ▮▮▮/1975 | Sex: | F   Race:   WHITE | | Facility: | CRW |
| Encounter Date: | 12/20/2019 08:47 | Provider: | Fisher, Catherine NP-C | | Unit: | I04 |

Mid Level Provider – Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1    Provider:** Fisher, Catherine NP-C

**Chief Complaint:** Ears/Hearing Problem

**Subjective:** S: 44 yr old WF presents with c/o sever right ear pain that radiates to right jaw, & intermittent dizziness x 4 days. OTC meds have not been effective.

**Pain:** Yes

**Pain Assessment**

| | |
|---|---|
| **Date:** | 12/20/2019 08:50 |
| **Location:** | Multiple Locations |
| **Quality of Pain:** | Aching |
| **Pain Scale:** | 8 |
| **Intervention:** | OTC Meds |
| **Trauma Date/Year:** | |
| **Injury:** | |
| **Mechanism:** | |
| **Onset:** | 3-5 Days |
| **Duration:** | 3-5 Days |
| **Exacerbating Factors:** | None |
| **Relieving Factors:** | None |
| **Reason Not Done:** | |
| **Comments:** | |

**ROS:**

**General**

**Constitutional Symptoms**

Yes: Fever

No: Anorexia, Chills, Easily Tired, Fatigue

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/20/2019 | 08:51 CRW | 97.1 | 36.2 | Temporal | Fisher, Catherine NP-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/20/2019 | 08:51 | 73 | Brachial | | Fisher, Catherine NP-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/20/2019 | 08:51 CRW | 18 | Fisher, Catherine NP-C |

**Blood Pressure:**

| Inmate Name: | READ-FORBES, MENDY | | | | Reg #: | 22253-031 |
| Date of Birth: | /1975 | Sex: F | Race: WHITE | | Facility: | CRW |
| Encounter Date: | 12/20/2019 08:47 | Provider: | Fisher, Catherine NP-C | | Unit: | I04 |

| **Date** | **Time** | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
|------|------|-------|----------|----------|-----------|----------|
| 12/20/2019 | 08:51 CRW | 124/86 | Left Arm | Sitting | | Fisher, Catherine NP-C |

**SaO2:**

| **Date** | **Time** | **Value(%)** | **Air** | | **Provider** |
|------|------|----------|-----|--|----------|
| 12/20/2019 | 08:51 CRW | 99 | Room Air | | Fisher, Catherine NP-C |

**Weight:**

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|------|------|-----|-----|---------------|----------|
| 12/20/2019 | 08:52 CRW | 182.0 | 82.6 | | Fisher, Catherine NP-C |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

No: Irritable, Agitated

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed

**Head**

**General**

Yes: Symmetry of Motor Function, Atraumatic/Normocephalic

**Eyes**

**General**

Yes: PERRLA, Extraocular Movements Intact

**Ears**

**Tympanic Membrane**

Yes: Erythema R, Bulging R, Injected R

No: Within Normal Limits R, Not Visualized (Cerumen) R, Pearly R, Landmarks Normal R

**Canal**

Yes: Within Normal Limits R, Patent R

No: Draining R, Ecchymosis R

**External Ear**

Yes: Within Normal Limits R

**Nose**

**General**

Yes: Nares Patent, Turbinates Normal

No: Congestion, Inflamed Turbinates

**Face**

**General**

Yes: Symmetric

**Sinus/Maxilla**

Yes: Maxillary Sinus Tenderness

No: Non-Tender to Palpation R, Within Normal Limits R, Frontal Sinus Tenderness R

**Lips**

**General**

Yes: Within Normal Limits, Vesicular Eruptions

| Inmate Name:  READ-FORBES, MENDY | | | Reg #: | 22253-031 |
|---|---|---|---|---|
| Date of Birth: ▮▮▮/1975 | Sex:  F | Race:  WHITE | Facility: | CRW |
| Encounter Date: 12/20/2019 08:47 | Provider: | Fisher, Catherine NP-C | Unit: | I04 |

**Exam:**

**Mouth**

**General**

Yes: Within Normal Limits

**Mucosa**

Yes: Within Normal Limits

**Pharynx**

Yes: Erythema, Uvula Midline

No: Within Normal Limits, Inflammation, Tonsilar Exudate, Abscess, Uvula Deviation

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation, Vesicular Breath Sounds Bilaterally

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

**Abdomen**

**Auscultation**

Yes: Normo-Active Bowel Sounds

**Palpation**

Yes: Within Normal Limits, Soft

No: Guarding, Rigidity

**Exam Comments**

Mild pharyngeal erythema noted.

**ASSESSMENT:**

Otitis media, H6690 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Amoxicillin Capsule | 12/20/2019 08:47 | 500  mg Orally  -  three times a day x 10 day(s) -- Take 1 tablet by mouth 3 x per day x 10 days for right ear ingection. |

**Indication:** Otitis media

**Disposition:**

Follow-up at Sick Call as Needed

Follow-up at Chronic Care Clinic as Needed

**Other:**

OTC Meds for pain.

Salt water gargles

RTC if s/s worsen or do not improve

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | ▮▮▮/1975 | Sex: | F   Race:   WHITE | Facility: | CRW |
| Encounter Date: | 12/20/2019 08:47 | Provider: | Fisher, Catherine NP-C | Unit: | I04 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|----------------|--------|---------------|----------|---------|
| 12/20/2019 | Counseling | Plan of Care | Fisher, Catherine | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Fisher, Catherine NP-C on 12/20/2019 09:00

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | ▅/1975 | Sex: | F    Race: WHITE | Facility: | CRW |
| Note Date: | 12/06/2019 07:17 | Provider: | Marri, Sudha FNP | Unit: | I04 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

   **ADMINISTRATIVE NOTE    1**        **Provider:** Marri, Sudha FNP
        Orders for BUN and creatinine for CT

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-B-BUN | One Time | 12/09/2019 00:00 | Routine |
| Lab Tests-C-Creatinine | | | |
| **Labs requested to be reviewed by:** | Jowdy, James DO | | |

**Copay Required:** No        **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Marri, Sudha FNP on 12/06/2019 07:20

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | 1975 | Sex: | F    Race: WHITE | Facility: | CRW |
| Note Date: | 11/25/2019 09:38 | Provider: | Jowdy, James DO | Unit: | I04 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

   **ADMINISTRATIVE NOTE   1**          **Provider:** Jowdy, James DO
      re-write CT order for in-house now that CT at facility is working & prior order not yet fulfilled.

**New Radiology Request Orders:**

| <u>Details</u> | <u>Frequency</u> | <u>End Date</u> | <u>Due Date</u> | <u>Priority</u> |
|---|---|---|---|---|
| CT-Abdomen/Pelvis-Abdomen | One Time | | 12/04/2019 | Routine |

   **Specific reason(s) for request (Complaints and findings):**
      44yo WF w/ liver mass c/w sclerotic hemangioma on recent CT w/ radiology recommending f/u in 6 mos repeat CT

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Jowdy, James DO on 11/25/2019 09:43

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | ▮▮▮/1975 | Sex: | F   Race:   WHITE | Facility: | CRW |
| Encounter Date: | 11/14/2019 13:00 | Provider: | Parra, Beatriz MD | Unit: | I04 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT   1**          **Provider:** Parra, Beatriz MD

**Chief Complaint:** Chronic Care Clinic

**Subjective:**   44 yo WF from Kansas City MO, scheduled for release 2030
Here for follow up chronic care.
cc: " I am having the same  L ankle discomfort, improved with PT, now with discomfort on thumbs and feet, I think I have Osteoarthritis. I also want results from the CT that was just done."
Chronic Care Clinics
GI: h/o gastric bypass surgery for wt loss. Describes h/o Pernicious Anemia, Current HBG 13, normal Iron, TIBC, ferritin, B12, labs Oct 2019 nl Vit D
HTN: BP today 126/89, well controlled on Triamtirene/HCTZ. Cholesterol 167/LDL 93 GFR >60
ORTHO: h/o L knee instability & wears brace. no complaints. L ankle as above. PT treatment July 2019.
GENERAL/ OBESITY: Bariatric Surgery status. BMI 32.4  lost 7 lbs in the last few months.
PMH: G4P2, 2 mc
PSH: Gastric Bypass, TAH w/o BSO due to cervical cancer. states prior only having R ovary; states vol cosmetic B/L breast augment
Allergies: Pt's allergies reviewed & changes applied. See Chart: Allergies for most recent patient allergy list.
Meds: reviewed in BEMR
FMHx: Mom: dec 50, possible MI; Dad: 73 describes CVD, MI, strokes, HTN ; Sibs:
SocHx: highest edu level: JD, -Tob, EtOH: - abuse, Drugs: - abuse, social support upon release: self , Plan in life upon release: practice law, get re-boarded
Preventative Medicine:
- Self Breast Exams: q 1-2 mos
- Mammo: in 2017 before incar.
- last WWE/Pap: Aug 2016 before incar. states nml.
- Vaccines:
o Flu: utd in 2019
o Pneumovax: sept 2017
o TdAP: states sept 2017
- Guardisil: denies
>50: FOBT n/a

**Pain:**   Yes

**Pain Assessment**

| | |
|---|---|
| **Date:** | 11/14/2019 13:19 |
| **Location:** | Multiple Locations |
| **Quality of Pain:** | Aching |
| **Pain Scale:** | 3 |
| **Intervention:** | OTC med |
| **Trauma Date/Year:** | |
| **Injury:** | |
| **Mechanism:** | |
| **Onset:** | 5+ Years |
| **Duration:** | 5+ Years |

| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | /1975 | Sex: F | Race: WHITE | Facility: | CRW |
| Encounter Date: | 11/14/2019 13:00 | Provider: | Parra, Beatriz MD | Unit: | I04 |

**Exacerbating Factors:** prolonged standing, prolonged walking

**Relieving Factors:** OTC

**Reason Not Done:**

**Comments:**

**Seen for clinic(s):** Gastrointestinal, General, Hypertension

**ROS:**

**Breasts**

**General**

Yes: Within Normal Limits

**General**

**Constitutional Symptoms**

No: Chills, Easily Tired, Fatigue, Fever, Fever-high with chills, Fever-reoccuring

**Integumentary**

**Skin**

Yes: Within Normal Limits

**HEENT**

**Eyes**

Yes: Within Normal Limits

**Cardiovascular**

**Arteries and Veins**

Yes: Within Normal Limits

**Pulmonary**

**Respiratory System**

Yes: Within Normal Limits

**GI**

**General**

Yes: Gastrectomy or jejunoileal bypass status, Weight Gain, Weight Loss

No: Constipation, Dyspepsia, Flatulence, Hx of Hepatitis, Incontinence of Stool, Jaundice, Reflux, Stools Black

**GU**

**General**

No: Chronic renal failure

**Musculoskeletal**

**General**

Yes: Arthritis, Finger pain, Foot pain, Knee Pain

**Neurological**

**Autonomic System**

Yes: Within Normal Limits

No: Syncope, Hx Seizures

**Sensory System**

Yes: Within Normal Limits, Numbness

**OBJECTIVE:**
**Temperature:**

| Inmate Name: | READ-FORBES, MENDY | | | | Reg #: | 22253-031 |
| Date of Birth: | �as/1975 | Sex: | F   Race:  WHITE | | Facility: | CRW |
| Encounter Date: | 11/14/2019 13:00 | Provider: | Parra, Beatriz MD | | Unit: | I04 |

| **Date** | **Time** | **Fahrenheit** | **Celsius** | **Location** | **Provider** |
|---|---|---|---|---|---|
| 11/14/2019 | 08:12 CRW | 96.8 | 36.0 | Temporal | Ananti, Chinwe-Ngozi RN |

**Pulse:**

| **Date** | **Time** | **Rate Per Minute** | **Location** | **Rhythm** | **Provider** |
|---|---|---|---|---|---|
| 11/14/2019 | 08:12 | 75 | | Regular | Ananti, Chinwe-Ngozi RN |

**Respirations:**

| **Date** | **Time** | **Rate Per Minute** | **Provider** |
|---|---|---|---|
| 11/14/2019 | 08:12 CRW | 18 | Ananti, Chinwe-Ngozi RN |

**Blood Pressure:**

| **Date** | **Time** | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
|---|---|---|---|---|---|---|
| 11/14/2019 | 08:12 CRW | 126/89 | | Sitting | | Ananti, Chinwe-Ngozi RN |

**SaO2:**

| **Date** | **Time** | **Value(%)** | **Air** | **Provider** |
|---|---|---|---|---|
| 11/14/2019 | 08:12 CRW | 99 | Room Air | Ananti, Chinwe-Ngozi RN |

**Weight:**

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|---|---|---|---|---|---|
| 11/14/2019 | 08:12 CRW | 189.0 | 85.7 | | Ananti, Chinwe-Ngozi RN |

**Exam:**
**Diagnostics**
    **Laboratory**
        Yes: Results
**General**
    **Affect**
        Yes: Pleasant, Cooperative
    **Appearance**
        Yes: Appears Well, Alert and Oriented x 3
        No: Appears Distressed
    **Nutrition**
        Yes: BMI reviewed (enter in comments)
**Skin**
    **General**
        Yes: Within Normal Limits
**Head**
    **General**
        Yes: Symmetry of Motor Function
        No: Atraumatic/Normocephalic, Facial Asymmetry
    **Temporal Mandibular Joint**
        Yes: Normal Exam
**Eyes**
    **General**
        Yes: PERRLA, Extraocular Movements Intact
    **Eye Tests**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | ████ 1975 | Sex: | F   Race:   WHITE | Facility: | CRW |
| Encounter Date: | 11/14/2019 13:00 | Provider: | Parra, Beatriz MD | Unit: | I04 |

**Exam:**

> No: Cover-Uncover Test Normal

**Neck**

**General**

> Yes: Supple, Symmetric, Trachea Midline
>
> No: Growth/Mass(es), Abrasion(s), Trauma

**Thyroid**

> Yes: Within Normal Limits
>
> No: Nodule, Tenderness

**Musculoskeletal**

> Yes: Full ROM

**Vascular**

> Yes: Carotid Pulse Normal
>
> No: Jugular Venous Distension, Carotid Bruits

**Pulmonary**

**Observation/Inspection**

> No: Respiratory Distress

**Auscultation**

> Yes: Clear to Auscultation

**Cardiovascular**

**Observation**

> Yes: Normal Rate, Regular Rhythm

**Auscultation**

> Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
>
> No: M/R/G, S3, S4

**Peripheral Vascular**

**General**

> No: Non-Pitting Edema, Pitting Edema, Tenderness

**Abdomen**

**Inspection**

> Yes: Scar(s), Striae, Obese, Hernia(s), Incisional Hernia

**Palpation**

> Yes: Soft
>
> No: Within Normal Limits, Guarding, Rigidity, Tenderness on Palpation

**Musculoskeletal**

**Elbow**

> Yes: Normal Exam, Full Range of Motion

**Wrist/Hand/Fingers**

> Yes: Normal Active ROM

**Neurologic**

**Cranial Nerves (CN)**

> Yes: Within Normal Limits

**Motor System-General**

> Yes: Normal Exam
>
> No: Involuntary Movements

| Inmate Name: READ-FORBES, MENDY | | Reg #: 22253-031 |
|---|---|---|
| Date of Birth: [ ]/1975 | Sex: F   Race: WHITE | Facility: CRW |
| Encounter Date: 11/14/2019 13:00 | Provider: Parra, Beatriz MD | Unit: I04 |

**Exam:**

### ROS Comments

baseline 2017 was normal

### Exam Comments

Patient comes in ambulatory, awake and alert x3 cooperative.

VS normal, BMI 32.4
HEENT: PERRLA EOMI not JVD not Bruits
CHEST: CTA
HEART: RRR S1S2 not murmurs or gallops
ABD: Patient had whole body lift and circunferencital scar. ABD soft, has a hernia on the right side where she has a mesh
EXT: Tender knees, ankle and  MCP on thumbs, had PT evaluation and treatment July 2019

LAB: Normal Iron, B12, Vit D. Her Protein normal on available lab. Lipids normal.
     CT abdominal wall hernia containing fat and mesenteric vessels neck is 2x2 cms.
     A follow up CT in 6 months requested by Dr Jowdy.

## ASSESSMENT:

Gen psych exam, see health prob list, V70.2 - Resolved

Hypertension, Benign Essential, 401.1 - Current - *BP 126/89 on 11/14/2019 on Triamtirene / HCTZ 37.5/25 Cholesterol 167 ldl 93 GFR >60*

Open angle with borderline findings, 365.01 - Current

Postgastric surgery syndromes, 564.2 - Current - *Iron 75/ B12 574 on supplement for post gastric bypass. Will continue to monitor*

Bariatric surgery status, Z9884 - Current - *Row in Y surgery followed by total body lift*

Cellulitis and abscess of mouth, K122 - Resolved

Encounter for exam and observation following alleged adult rape [PREA Exam], Z0441 - Resolved

Nutritional anemia, unspecified, D539 - Current - *Iron 75 mg/dl Sep 2019. (secondary to h/o gastric bypass).*

Pain in unspecified joint, M2550 - Current

Pain, unspecified, R52 - Resolved

Retained dental root, K083 - Resolved

Sprain of knee, S8390XA - Resolved

Sprain of ligament of  ankle, S93409S - Resolved

Trigger finger, unspecified finger, M6530 - Current

Vitamin B12 deficiency anemia, D519 - Current - *HBG  13.1 cells size normal on B12 supplement.*

Vitamin D deficiency, E559 - Current - *Vitamin D 20 ( normal on February 2019)*

## PLAN:

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Optometry | 02/14/2020 | 02/14/2020 | Routine | No | |
| **Subtype:** | | | | | |
| onsite clinic | | | | | |
| **Reason for Request:** | | | | | |

| Inmate Name: | READ-FORBES, MENDY | | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|---|
| Date of Birth: | 975 | Sex: | F | Race: WHITE | Facility: | CRW |
| Encounter Date: | 11/14/2019 13:00 | Provider: | Parra, Beatriz MD | | Unit: | I04 |

44 years old HTN WF with glaucoma needs Optometry for funduscopy and monitoring of Glaucoma

**Provisional Diagnosis:**

HTN/Glaucoma

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chronic Care Visit | 05/14/2020 00:00 | Physician 04 |
| CC 11/14/2019 HTN/GI/ORTHO Care 1 | | |

**Disposition:**

Follow-up at Chronic Care Clinic as Needed
Will Be Placed on Callout
Follow-up in 6 Months
Follow-up in 1 Year

**Other:**

Patient stable to follow up with Dr Jowdy next year, lab work already ordered by Dr Jowdy. Also follow up on CT of the abdomen requested by Dr Jowdy.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/14/2019 | Counseling | Plan of Care | Parra, Beatriz | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Parra, Beatriz MD on 11/14/2019 14:15

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | | Reg #: | 22253-031 |
| Date of Birth: | ▇1975 | Sex: | F | Race: WHITE | Facility: | CRW |
| Note Date: | 11/07/2019 10:49 | Provider: | Okoh, Chucky FNP-C | | Unit: | I04 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1      Provider:** Okoh, Chucky FNP-C

    Medication renewal - Denies need for medical evaluation. She is stable on her medications.

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 658392-CRW | Cyanocobalamin (Vit B-12) 1000 MCG/ML Inj | 11/07/2019 10:49 | Inject 1000mcg (1 ml) Intra-Muscularly every month on the 6th clinic x 90 day(s) Pill Line Only |

      **Indication:** Postgastric surgery syndromes, Vitamin B12 deficiency anemia, Bariatric surgery status

**Copay Required:** No        **Cosign Required:** No

**Telephone/Verbal Order:**  No

Completed by Okoh, Chucky FNP-C on 11/07/2019 10:51

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | /1975 | Sex: | F    Race: WHITE | Facility: | CRW |
| Note Date: | 08/15/2019 09:55 | Provider: | Wright, Angie RN, MSN, | Unit: | I04 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**      **Provider:** Wright, Angie RN, MSN, NP-C
       medication renewal requested

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 649289-CRW | Triamterene/ HCTZ 37.5 MG/25 MG Tab | 08/15/2019 09:55 | Take one tablet  by mouth each day to control blood pressure x 180 day(s) |
| | **Indication:** Hypertension, Benign Essential | | |
| 643123-CRW | Cyanocobalamin (Vit B-12) 1000 MCG/ML Inj | 08/15/2019 09:55 | Inject 1000mcg (1 ml) Intra-Muscularly every month on the 6th clinic x 60 day(s) Pill Line Only |

      **Indication:** Postgastric surgery syndromes, Vitamin B12 deficiency anemia, Bariatric surgery status

**Other:**

   BP 139/76 05/19

**Copay Required:** No       **Cosign Required:**  No
**Telephone/Verbal Order:**  No

Completed by Wright, Angie RN, MSN, NP-C on 08/15/2019 09:56

# Bureau of Prisons
# Health Services
## Vitals All

| Begin Date: | 07/27/2019 | | End Date: | 07/27/2020 |
|---|---|---|---|---|
| Reg #: | 22253-031 | | Inmate Name: | READ-FORBES, MENDY |

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/26/2020 | 13:48 CRW | 97.9 | 36.6 | | Tamez, Ariel LVN |
| | Orig Entered: 07/26/2020 14:50 EST   Tamez, Ariel LVN | | | | |
| 07/25/2020 | 11:52 CRW | 98.1 | 36.7 | | Stevens, C. DPT |
| | COVID positive Pt in isolation in 2N. NAD. No complaints. No new changes. Appears well. 96% SpO2 on RA, no change in status. | | | | |
| | Orig Entered: 07/25/2020 12:53 EST   Stevens, C. DPT | | | | |
| 07/24/2020 | 11:50 CRW | 97.3 | 36.3 | | Smith, S. APRN |
| | SpO2 - 99 % | | | | |
| | Covid +, no change in status No request for sick call | | | | |
| | Orig Entered: 07/24/2020 12:52 EST   Smith, S. APRN | | | | |
| 07/20/2020 | 12:35 CRW | 97.3 | 36.3 | | Shackelford, Janet M.D. |
| | Orig Entered: 07/20/2020 13:37 EST   Shackelford, Janet M.D. | | | | |
| 07/18/2020 | 14:25 CRW | 98.0 | 36.7 | | Sotayo, O. APRN,FNP-C |
| | Orig Entered: 07/18/2020 15:27 EST   Sotayo, O. APRN,FNP-C | | | | |
| 07/02/2020 | 11:30 CRW | 97.3 | 36.3 | | Johnson, Beth RN/UR Nurse |
| | Orig Entered: 07/02/2020 12:31 EST   Johnson, Beth RN/UR Nurse | | | | |
| 06/18/2020 | 10:48 CRW | 98.4 | 36.9 | Temporal | Okereke, Chinwe-Ngozi RN |
| | Orig Entered: 06/18/2020 11:52 EST   Okereke, Chinwe-Ngozi RN | | | | |
| 06/15/2020 | 09:19 CRW | 97.5 | 36.4 | | Okoh, Chucky FNP-C |
| | Orig Entered: 06/15/2020 10:20 EST   Okoh, Chucky FNP-C | | | | |
| 06/14/2020 | 17:30 CRW | 97.4 | 36.3 | Temporal | Lopez-Rosario, Suhaydee RN |
| | Orig Entered: 06/14/2020 19:05 EST   Lopez-Rosario, Suhaydee RN | | | | |
| 05/19/2020 | 08:50 CRW | 96.7 | 35.9 | | Samuel, Tom DDS |
| | Orig Entered: 05/19/2020 09:58 EST   Samuel, Tom DDS | | | | |
| 05/18/2020 | 09:39 CRW | 97.3 | 36.3 | | Samuel, Tom DDS |
| | Orig Entered: 05/18/2020 10:40 EST   Samuel, Tom DDS | | | | |
| 05/18/2020 | 08:33 CRW | 97.3 | 36.3 | | Guerrero, Maria RDA |
| | Orig Entered: 05/18/2020 09:36 EST   Guerrero, Maria RDA | | | | |
| 05/16/2020 | 22:12 CRW | 97.4 | 36.3 | | Smiles, Juliette RN |
| | Orig Entered: 05/16/2020 23:13 EST   Smiles, Juliette RN | | | | |
| 05/15/2020 | 08:03 CRW | 97.7 | 36.5 | | Tyson, A. RDH |
| | Orig Entered: 05/15/2020 09:04 EST   Tyson, A. RDH | | | | |

| Begin Date: | 07/27/2019 | | End Date: | 07/27/2020 |
| Reg #: | 22253-031 | | Inmate Name: | READ-FORBES, MENDY |

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|------|------|-----------|---------|----------|----------|
| ~~05/08/2020~~ | ~~17:00 CRW~~ | ~~98.2~~ | ~~36.8~~ | | ~~Robinson-Brown, La Tonjia Chelese MD~~ |

--duplicate

Orig Entered: 05/08/2020 18:02 EST   Robinson-Brown, La Tonjia Chelese MD

Last Updated: 05/08/2020 18:03 EST   Robinson-Brown, La Tonjia Chelese MD

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|------|------|-----------|---------|----------|----------|
| 05/08/2020 | 10:30 CRW | 98.2 | 36.8 | | Robinson-Brown, La Tonjia Chelese MD |

Orig Entered: 05/08/2020 18:02 EST   Robinson-Brown, La Tonjia Chelese MD

| 04/03/2020 | 15:02 CRW | 96.8 | 36.0 | | Larry, Stephen DDS |

Orig Entered: 04/03/2020 16:04 EST   Larry, Stephen DDS

| 04/02/2020 | 17:18 CRW | 97.6 | 36.4 | | Robinson-Brown, La Tonjia Chelese MD |

Orig Entered: 04/02/2020 18:20 EST   Robinson-Brown, La Tonjia Chelese MD

| 03/20/2020 | 08:16 CRW | 97.2 | 36.2 | Temporal | Okereke, Chinwe-Ngozi RN |

Orig Entered: 03/20/2020 09:18 EST   Okereke, Chinwe-Ngozi RN

| 03/06/2020 | 10:47 CRW | 97.5 | 36.4 | | Reyes, Hernan MD |

Orig Entered: 03/06/2020 11:50 EST   Reyes, Hernan MD

| 03/02/2020 | 09:20 CRW | 96.2 | 35.7 | | McNeely, Sheri LPN |

Orig Entered: 03/02/2020 10:21 EST   McNeely, Sheri LPN

| 01/22/2020 | 12:58 CRW | 97.2 | 36.2 | Temporal | Downing, Bryan RN/IDC |

Orig Entered: 01/22/2020 13:59 EST   Downing, Bryan RN/IDC

| 01/10/2020 | 07:29 CRW | 97.3 | 36.3 | Temporal | Okereke, Chinwe-Ngozi RN |

Orig Entered: 01/10/2020 08:31 EST   Okereke, Chinwe-Ngozi RN

| 01/04/2020 | 22:11 CRW | 96.7 | 35.9 | Temporal | Nwofor, Adeline O RN |

Orig Entered: 01/04/2020 23:13 EST   Nwofor, Adeline O RN

| 01/04/2020 | 18:50 CRW | 97.1 | 36.2 | | Robertson, Dwain MD |

Orig Entered: 01/04/2020 19:52 EST   Robertson, Dwain MD

| 12/20/2019 | 08:51 CRW | 97.1 | 36.2 | Temporal | Fisher, Catherine NP-C |

Orig Entered: 12/20/2019 09:52 EST   Fisher, Catherine NP-C

| 11/14/2019 | 08:12 CRW | 96.8 | 36.0 | Temporal | Okereke, Chinwe-Ngozi RN |

Orig Entered: 11/14/2019 09:14 EST   Okereke, Chinwe-Ngozi RN

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|------|------|----------------|----------|--------|----------|
| 07/22/2020 | 15:33 | 83 | | | Johnson, Beth RN/UR Nurse |

Orig Entered: 07/22/2020 16:35 EST   Johnson, Beth RN/UR Nurse

| 07/20/2020 | 12:35 | 73 | | | Shackelford, Janet M.D. |

Orig Entered: 07/20/2020 13:37 EST   Shackelford, Janet M.D.

| 07/18/2020 | 14:25 | 72 | | | Sotayo, O. APRN,FNP-C |

Orig Entered: 07/18/2020 15:27 EST   Sotayo, O. APRN,FNP-C

| 06/18/2020 | 10:48 | 72 | | Regular | Okereke, Chinwe-Ngozi RN |

| | | | | | |
|---|---|---|---|---|---|
| Begin Date: | 07/27/2019 | | End Date: | 07/27/2020 | |
| Reg #: | 22253-031 | | Inmate Name: | READ-FORBES, MENDY | |

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| | | Orig Entered: 06/18/2020 11:52 EST | Okereke, Chinwe-Ngozi RN | | |
| 06/15/2020 | 09:19 | 73 | | | Okoh, Chucky FNP-C |
| | | Orig Entered: 06/15/2020 10:20 EST | Okoh, Chucky FNP-C | | |
| 06/14/2020 | 17:30 | 78 | Via Machine | Regular | Lopez-Rosario, Suhaydee RN |
| | | Orig Entered: 06/14/2020 19:05 EST | Lopez-Rosario, Suhaydee RN | | |
| 05/19/2020 | 08:56 | 73 | | | Samuel, Tom DDS |
| | | Orig Entered: 05/19/2020 09:58 EST | Samuel, Tom DDS | | |
| 05/19/2020 | 08:50 | 69 | | | Samuel, Tom DDS |
| | | Orig Entered: 05/19/2020 09:58 EST | Samuel, Tom DDS | | |
| 05/18/2020 | 09:39 | 76 | | | Samuel, Tom DDS |
| | | Orig Entered: 05/18/2020 10:40 EST | Samuel, Tom DDS | | |
| 05/18/2020 | 08:33 | 76 | | | Guerrero, Maria RDA |
| | | Orig Entered: 05/18/2020 09:36 EST | Guerrero, Maria RDA | | |
| 05/16/2020 | 22:12 | 88 | | | Smiles, Juliette RN |
| | | Orig Entered: 05/16/2020 23:13 EST | Smiles, Juliette RN | | |
| 05/15/2020 | 08:03 | 73 | | | Tyson, A. RDH |
| | | Orig Entered: 05/15/2020 09:04 EST | Tyson, A. RDH | | |
| 05/08/2020 | ~~17:00~~ | ~~82~~ | | | ~~Robinson-Brown, La Tonjia~~ |
| --duplicate | | | | | |
| | | ~~Orig Entered: 05/08/2020 18:02 EST~~ | ~~Robinson-Brown, La Tonjia Chelese MD~~ | | |
| | | Last Updated: 05/08/2020 18:03 EST | Robinson-Brown, La Tonjia Chelese MD | | |
| 05/08/2020 | 10:30 | 82 | | | Robinson-Brown, La Tonjia |
| | | Orig Entered: 05/08/2020 18:02 EST | Robinson-Brown, La Tonjia Chelese MD | | |
| 04/03/2020 | 15:02 | 92 | | | Larry, Stephen DDS |
| | | Orig Entered: 04/03/2020 16:04 EST | Larry, Stephen DDS | | |
| 04/02/2020 | 17:18 | 70 | | | Robinson-Brown, La Tonjia |
| | | Orig Entered: 04/02/2020 18:20 EST | Robinson-Brown, La Tonjia Chelese MD | | |
| 03/20/2020 | 08:16 | 64 | | Regular | Okereke, Chinwe-Ngozi RN |
| | | Orig Entered: 03/20/2020 09:18 EST | Okereke, Chinwe-Ngozi RN | | |
| 03/06/2020 | 10:47 | 75 | | | Reyes, Hernan MD |
| | | Orig Entered: 03/06/2020 11:50 EST | Reyes, Hernan MD | | |
| 03/02/2020 | 09:20 | 77 | | | McNeely, Sheri LPN |
| | | Orig Entered: 03/02/2020 10:21 EST | McNeely, Sheri LPN | | |
| 01/10/2020 | 07:29 | 63 | | Regular | Okereke, Chinwe-Ngozi RN |
| | | Orig Entered: 01/10/2020 08:31 EST | Okereke, Chinwe-Ngozi RN | | |
| 01/04/2020 | 22:11 | 90 | Via Machine | | Nwofor, Adeline O RN |
| | | Orig Entered: 01/04/2020 23:13 EST | Nwofor, Adeline O RN | | |
| 01/04/2020 | 18:50 | 102 | | | Robertson, Dwain MD |
| | | Orig Entered: 01/04/2020 19:52 EST | Robertson, Dwain MD | | |
| 12/20/2019 | 08:51 | 73 | Brachial | | Fisher, Catherine NP-C |
| | | Orig Entered: 12/20/2019 09:52 EST | Fisher, Catherine NP-C | | |
| 11/14/2019 | 08:12 | 75 | | Regular | Okereke, Chinwe-Ngozi RN |
| | | Orig Entered: 11/14/2019 09:14 EST | Okereke, Chinwe-Ngozi RN | | |

| Begin Date: | 07/27/2019 | End Date: | 07/27/2020 |
| Reg #: | 22253-031 | Inmate Name: | READ-FORBES, MENDY |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|------|------|-----------------|----------|
| 07/22/2020 | 15:33 CRW | 20 | Johnson, Beth RN/UR Nurse |

Orig Entered: 07/22/2020 16:35 EST  Johnson, Beth RN/UR Nurse

| 07/20/2020 | 12:35 CRW | 15 | Shackelford, Janet M.D. |

Orig Entered: 07/20/2020 13:37 EST  Shackelford, Janet M.D.

| 07/18/2020 | 14:25 CRW | 20 | Sotayo, O. APRN,FNP-C |

Orig Entered: 07/18/2020 15:27 EST  Sotayo, O. APRN,FNP-C

| 06/18/2020 | 10:48 CRW | 18 | Okereke, Chinwe-Ngozi RN |

Orig Entered: 06/18/2020 11:52 EST  Okereke, Chinwe-Ngozi RN

| 06/15/2020 | 09:19 CRW | 18 | Okoh, Chucky FNP-C |

Orig Entered: 06/15/2020 10:20 EST  Okoh, Chucky FNP-C

| 06/14/2020 | 17:30 CRW | 17 | Lopez-Rosario, Suhaydee RN |

Orig Entered: 06/14/2020 19:05 EST  Lopez-Rosario, Suhaydee RN

| 05/19/2020 | 08:56 CRW | 18 | Samuel, Tom DDS |

Orig Entered: 05/19/2020 09:58 EST  Samuel, Tom DDS

| 05/19/2020 | 08:50 CRW | 24 | Samuel, Tom DDS |

Orig Entered: 05/19/2020 09:58 EST  Samuel, Tom DDS

| 05/18/2020 | 09:39 CRW | 24 | Samuel, Tom DDS |

Orig Entered: 05/18/2020 10:40 EST  Samuel, Tom DDS

| 05/18/2020 | 08:33 CRW | 24 | Guerrero, Maria RDA |

Orig Entered: 05/18/2020 09:36 EST  Guerrero, Maria RDA

| 05/16/2020 | 22:12 CRW | 16 | Smiles, Juliette RN |

Orig Entered: 05/16/2020 23:13 EST  Smiles, Juliette RN

| ~~05/08/2020~~ | ~~17:00 CRW~~ | ~~16~~ | ~~Robinson-Brown, La Tonjia Chelese MD~~ |

--duplicate

~~Orig Entered:~~ ~~05/08/2020 18:02 EST~~  ~~Robinson-Brown, La Tonjia Chelese MD~~
Last Updated: 05/08/2020 18:03 EST  Robinson-Brown, La Tonjia Chelese MD

| 05/08/2020 | 10:30 CRW | 16 | Robinson-Brown, La Tonjia Chelese MD |

Orig Entered: 05/08/2020 18:02 EST  Robinson-Brown, La Tonjia Chelese MD

| 04/03/2020 | 15:02 CRW | 16 | Larry, Stephen DDS |

Orig Entered: 04/03/2020 16:04 EST  Larry, Stephen DDS

| 04/02/2020 | 17:18 CRW | 16 | Robinson-Brown, La Tonjia Chelese MD |

Orig Entered: 04/02/2020 18:20 EST  Robinson-Brown, La Tonjia Chelese MD

| 03/20/2020 | 08:16 CRW | 18 | Okereke, Chinwe-Ngozi RN |

Orig Entered: 03/20/2020 09:18 EST  Okereke, Chinwe-Ngozi RN

| 03/06/2020 | 10:47 CRW | 18 | Reyes, Hernan MD |

Orig Entered: 03/06/2020 11:50 EST  Reyes, Hernan MD

| 03/02/2020 | 09:20 CRW | 17 | McNeely, Sheri LPN |

Orig Entered: 03/02/2020 10:21 EST  McNeely, Sheri LPN

| Begin Date: | 07/27/2019 | End Date: | 07/27/2020 |
| Reg #: | 22253-031 | Inmate Name: | READ-FORBES, MENDY |

| Date | Time | Rate Per Minute | Provider |
|------|------|-----------------|----------|
| 01/10/2020 | 07:29 CRW | 18 | Okereke, Chinwe-Ngozi RN |
| | **Orig Entered:** 01/10/2020 08:31 EST | | Okereke, Chinwe-Ngozi RN |
| 01/04/2020 | 22:11 CRW | 18 | Nwofor, Adeline O RN |
| | **Orig Entered:** 01/04/2020 23:13 EST | | Nwofor, Adeline O RN |
| 01/04/2020 | 18:50 CRW | 17 | Robertson, Dwain MD |
| | **Orig Entered:** 01/04/2020 19:52 EST | | Robertson, Dwain MD |
| 12/20/2019 | 08:51 CRW | 18 | Fisher, Catherine NP-C |
| | **Orig Entered:** 12/20/2019 09:52 EST | | Fisher, Catherine NP-C |
| 11/14/2019 | 08:12 CRW | 18 | Okereke, Chinwe-Ngozi RN |
| | **Orig Entered:** 11/14/2019 09:14 EST | | Okereke, Chinwe-Ngozi RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 07/22/2020 | 15:33 CRW | 156/91 | | | | Johnson, Beth RN/UR Nurse |
| | **Orig Entered:** 07/22/2020 16:35 EST | | | Johnson, Beth RN/UR Nurse | | |
| 07/20/2020 | 12:35 CRW | 153/68 | Left Arm | Sitting | Adult-regular | Shackelford, Janet M.D. |
| | **Orig Entered:** 07/20/2020 13:37 EST | | | Shackelford, Janet M.D. | | |
| 07/18/2020 | 14:25 CRW | 132/99 | | | | Sotayo, O. APRN,FNP-C |
| | **Orig Entered:** 07/18/2020 15:27 EST | | | Sotayo, O. APRN,FNP-C | | |
| 06/18/2020 | 10:48 CRW | 137/82 | | Sitting | | Okereke, Chinwe-Ngozi RN |
| | **Orig Entered:** 06/18/2020 11:52 EST | | | Okereke, Chinwe-Ngozi RN | | |
| 06/15/2020 | 09:19 CRW | 133/87 | | | | Okoh, Chucky FNP-C |
| | **Orig Entered:** 06/15/2020 10:20 EST | | | Okoh, Chucky FNP-C | | |
| 06/14/2020 | 17:30 CRW | 131/87 | Right Arm | Sitting | Adult-regular | Lopez-Rosario, Suhaydee RN |
| | **Orig Entered:** 06/14/2020 19:05 EST | | | Lopez-Rosario, Suhaydee RN | | |
| 05/19/2020 | 08:56 CRW | 137/89 | | | | Samuel, Tom DDS |
| | **Orig Entered:** 05/19/2020 09:58 EST | | | Samuel, Tom DDS | | |
| 05/19/2020 | 08:50 CRW | 149/103 | | | | Samuel, Tom DDS |
| | **Orig Entered:** 05/19/2020 09:58 EST | | | Samuel, Tom DDS | | |
| 05/18/2020 | 09:39 CRW | 132/93 | | | | Samuel, Tom DDS |
| | **Orig Entered:** 05/18/2020 10:40 EST | | | Samuel, Tom DDS | | |
| 05/18/2020 | 08:33 CRW | 132/93 | | | | Guerrero, Maria RDA |
| | **Orig Entered:** 05/18/2020 09:36 EST | | | Guerrero, Maria RDA | | |
| 05/16/2020 | 22:12 CRW | 137/94 | | | | Smiles, Juliette RN |
| | **Orig Entered:** 05/16/2020 23:13 EST | | | Smiles, Juliette RN | | |
| 05/15/2020 | 08:03 CRW | 162/79 | | | | Tyson, A. RDH |
| | **Orig Entered:** 05/15/2020 09:04 EST | | | Tyson, A. RDH | | |
| ~~05/08/2020~~ | ~~17:00 CRW~~ | ~~120/90~~ | | | | ~~Robinson-Brown, La Tonjia~~ |
| --duplicate | | | | | | |
| | ~~**Orig Entered:** 05/08/2020 18:02 EST~~ | | | ~~Robinson-Brown, La Tonjia Chelese MD~~ | | |
| | **Last Updated:** 05/08/2020 18:03 EST | | | Robinson-Brown, La Tonjia Chelese MD | | |
| 05/08/2020 | 10:30 CRW | 120/90 | | | | Robinson-Brown, La Tonjia |
| | **Orig Entered:** 05/08/2020 18:02 EST | | | Robinson-Brown, La Tonjia Chelese MD | | |

| Begin Date: | 07/27/2019 | | | End Date: | 07/27/2020 | |
| Reg #: | 22253-031 | | | Inmate Name: | READ-FORBES, MENDY | |

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 04/03/2020 | 15:02 CRW | 129/86 | Left Arm | Sitting | Adult-regular | Larry, Stephen DDS |
| Orig Entered: 04/03/2020 16:04 EST   Larry, Stephen DDS | | | | | | |
| 04/02/2020 | 17:18 CRW | 152/100 | | | | Robinson-Brown, La Tonjia |
| Orig Entered: 04/02/2020 18:20 EST   Robinson-Brown, La Tonjia Chelese MD | | | | | | |
| 03/20/2020 | 08:16 CRW | 134/80 | | Sitting | | Okereke, Chinwe-Ngozi RN |
| Orig Entered: 03/20/2020 09:18 EST   Okereke, Chinwe-Ngozi RN | | | | | | |
| 03/06/2020 | 10:47 CRW | 114/81 | | | | Reyes, Hernan MD |
| Orig Entered: 03/06/2020 11:50 EST   Reyes, Hernan MD | | | | | | |
| 03/02/2020 | 09:20 CRW | 127/90 | | | | McNeely, Sheri LPN |
| Orig Entered: 03/02/2020 10:21 EST   McNeely, Sheri LPN | | | | | | |
| 01/10/2020 | 07:29 CRW | 113/76 | | Sitting | | Okereke, Chinwe-Ngozi RN |
| Orig Entered: 01/10/2020 08:31 EST   Okereke, Chinwe-Ngozi RN | | | | | | |
| 01/04/2020 | 22:11 CRW | 125/68 | Left Arm | Sitting | | Nwofor, Adeline O RN |
| Orig Entered: 01/04/2020 23:13 EST   Nwofor, Adeline O RN | | | | | | |
| 01/04/2020 | 18:50 CRW | 121/93 | | | | Robertson, Dwain MD |
| Orig Entered: 01/04/2020 19:52 EST   Robertson, Dwain MD | | | | | | |
| 12/20/2019 | 08:51 CRW | 124/86 | Left Arm | Sitting | | Fisher, Catherine NP-C |
| Orig Entered: 12/20/2019 09:52 EST   Fisher, Catherine NP-C | | | | | | |
| 11/14/2019 | 08:12 CRW | 126/89 | | Sitting | | Okereke, Chinwe-Ngozi RN |
| Orig Entered: 11/14/2019 09:14 EST   Okereke, Chinwe-Ngozi RN | | | | | | |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 07/26/2020 | 13:48 CRW | 98 | Room Air | Tamez, Ariel LVN |
| Orig Entered: 07/26/2020 14:50 EST   Tamez, Ariel LVN | | | | |
| 07/22/2020 | 15:33 CRW | 98 | Room Air | Johnson, Beth RN/UR Nurse |
| Orig Entered: 07/22/2020 16:35 EST   Johnson, Beth RN/UR Nurse | | | | |
| 07/20/2020 | 12:35 CRW | 98 | | Shackelford, Janet M.D. |
| Orig Entered: 07/20/2020 13:37 EST   Shackelford, Janet M.D. | | | | |
| 07/18/2020 | 14:25 CRW | 99 | Room Air | Sotayo, O. APRN,FNP-C |
| Orig Entered: 07/18/2020 15:27 EST   Sotayo, O. APRN,FNP-C | | | | |
| 06/18/2020 | 10:48 CRW | 100 | Room Air | Okereke, Chinwe-Ngozi RN |
| Orig Entered: 06/18/2020 11:52 EST   Okereke, Chinwe-Ngozi RN | | | | |
| 06/15/2020 | 09:19 CRW | 97 | | Okoh, Chucky FNP-C |
| Orig Entered: 06/15/2020 10:20 EST   Okoh, Chucky FNP-C | | | | |
| 06/14/2020 | 17:30 CRW | 99 | Room Air | Lopez-Rosario, Suhaydee RN |
| Orig Entered: 06/14/2020 19:05 EST   Lopez-Rosario, Suhaydee RN | | | | |
| 05/16/2020 | 22:12 CRW | 97 | Room Air | Smiles, Juliette RN |
| Orig Entered: 05/16/2020 23:13 EST   Smiles, Juliette RN | | | | |
| 05/08/2020 | 17:00 CRW | 98 | Room Air | Robinson-Brown, La Tonjia Chelese MD |
| --duplicate | | | | |
| Orig Entered: 05/08/2020 18:02 EST   Robinson-Brown, La Tonjia Chelese MD | | | | |
| Last Updated: 05/08/2020 18:03 EST   Robinson-Brown, La Tonjia Chelese MD | | | | |
| 05/08/2020 | 10:30 CRW | 98 | Room Air | Robinson-Brown, La Tonjia Chelese MD |

| Begin Date: | 07/27/2019 | | End Date: | 07/27/2020 |
| Reg #: | 22253-031 | | Inmate Name: | READ-FORBES, MENDY |

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| | **Orig Entered:** 05/08/2020 18:02 EST | | Robinson-Brown, La Tonjia Chelese MD | |
| 04/02/2020 | 17:18 CRW | 99 | Room Air | Robinson-Brown, La Tonjia Chelese MD |
| | **Orig Entered:** 04/02/2020 18:20 EST | | Robinson-Brown, La Tonjia Chelese MD | |
| 03/20/2020 | 08:16 CRW | 99 | Room Air | Okereke, Chinwe-Ngozi RN |
| | **Orig Entered:** 03/20/2020 09:18 EST | | Okereke, Chinwe-Ngozi RN | |
| 03/02/2020 | 09:20 CRW | 99 | Room Air | McNeely, Sheri LPN |
| | **Orig Entered:** 03/02/2020 10:21 EST | | McNeely, Sheri LPN | |
| 01/10/2020 | 07:29 CRW | 99 | Room Air | Okereke, Chinwe-Ngozi RN |
| | **Orig Entered:** 01/10/2020 08:31 EST | | Okereke, Chinwe-Ngozi RN | |
| 01/04/2020 | 22:11 CRW | 99 | Room Air | Nwofor, Adeline O RN |
| | **Orig Entered:** 01/04/2020 23:13 EST | | Nwofor, Adeline O RN | |
| 01/04/2020 | 18:50 CRW | 99 | Room Air | Robertson, Dwain MD |
| | **Orig Entered:** 01/04/2020 19:52 EST | | Robertson, Dwain MD | |
| 12/20/2019 | 08:51 CRW | 99 | Room Air | Fisher, Catherine NP-C |
| | **Orig Entered:** 12/20/2019 09:52 EST | | Fisher, Catherine NP-C | |
| 11/14/2019 | 08:12 CRW | 99 | Room Air | Okereke, Chinwe-Ngozi RN |
| | **Orig Entered:** 11/14/2019 09:14 EST | | Okereke, Chinwe-Ngozi RN | |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 03/06/2020 | 10:47 CRW | 64.0 | 162.6 | Reyes, Hernan MD |
| | **Orig Entered:** 03/06/2020 11:50 EST | | Reyes, Hernan MD | |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 06/18/2020 | 10:48 CRW | 191.0 | 86.6 | | Okereke, Chinwe-Ngozi RN |
| | **Orig Entered:** 06/18/2020 11:52 EST | | | Okereke, Chinwe-Ngozi RN | |
| 03/20/2020 | 08:16 CRW | 177.0 | 80.3 | | Okereke, Chinwe-Ngozi RN |
| | **Orig Entered:** 03/20/2020 09:18 EST | | | Okereke, Chinwe-Ngozi RN | |
| 03/06/2020 | 10:47 CRW | 175.0 | 79.4 | | Reyes, Hernan MD |
| | **Orig Entered:** 03/06/2020 11:50 EST | | | Reyes, Hernan MD | |
| 03/02/2020 | 09:20 CRW | 173.0 | 78.5 | | McNeely, Sheri LPN |
| | **Orig Entered:** 03/02/2020 10:21 EST | | | McNeely, Sheri LPN | |
| 01/10/2020 | 07:29 CRW | 179.0 | 81.2 | | Okereke, Chinwe-Ngozi RN |
| | **Orig Entered:** 01/10/2020 08:31 EST | | | Okereke, Chinwe-Ngozi RN | |
| 12/20/2019 | 08:52 CRW | 182.0 | 82.6 | | Fisher, Catherine NP-C |
| | **Orig Entered:** 12/20/2019 09:53 EST | | | Fisher, Catherine NP-C | |
| 11/14/2019 | 08:12 CRW | 189.0 | 85.7 | | Okereke, Chinwe-Ngozi RN |
| | **Orig Entered:** 11/14/2019 09:14 EST | | | Okereke, Chinwe-Ngozi RN | |

## Bureau of Prisons
## Health Services
## PPDs

**Reg #:** 22253-031                                    **Inmate Name:** READ-FORBES, MENDY

| Admin: | Location | Provider | Reading: | Induration | Provider |
|--------|----------|----------|----------|------------|----------|
| 01/06/2020  07:45 | Left Forearm | Jones, J. APRN | 01/08/2020  10:31 | 0 mm | Jones, J. APRN |
| **Orig Entered:** 01/06/2020 09:51 EST  Jones, J. APRN | | | **Orig Entered:** 01/08/2020 11:31 EST  Jones, J. APRN | | |
| 01/14/2019  09:50 | Left Forearm | Downing, Bryan RN/IDC | 01/16/2019  10:51 | 0 mm | Downing, Bryan RN/IDC |
| **Orig Entered:** 01/14/2019 10:51 EST  Downing, Bryan RN/IDC | | | **Orig Entered:** 01/16/2019 11:51 EST  Downing, Bryan RN/IDC | | |
| 08/06/2018  09:18 | Right Forearm | Etheridge, J. RN/IOP/IDC | 08/08/2018  10:46 | 0 mm | Etheridge, J. RN/IOP/IDC |
| **Orig Entered:** 08/06/2018 10:19 EST  Etheridge, J. RN/IOP/IDC | | | **Orig Entered:** 08/08/2018 11:46 EST  Etheridge, J. RN/IOP/IDC | | |
| 08/22/2017  18:41 | Left Forearm | Senko, Sarah NREMTP | 08/24/2017  11:52 | 0 mm | Sines, Wanda RN |
| **Orig Entered:** 08/22/2017 18:42 EST  Senko, Sarah NREMTP | | | **Orig Entered:** 08/24/2017 11:53 EST  Sines, Wanda RN | | |
| 08/02/2016  21:54 | Left Forearm | Hileman, Gary RN | 08/04/2016  10:27 | 0 mm | Healey, Shananette RN,IOP/IDC |
| **Orig Entered:** 08/02/2016 21:55 EST  Hileman, Gary RN | | | **Orig Entered:** 08/04/2016 10:29 EST  Healey, Shananette RN,IOP/IDC | | |
| 06/15/2016  12:00 | Left Forearm | Mead, C. NRP | 06/17/2016  15:11 | 0 mm | Krautbauer, Troy AHSA/NRP |
| | | | Denies any symptoms of TB. | | |
| **Orig Entered:** 06/15/2016 16:07 EST  Mead, C. NRP | | | **Orig Entered:** 06/17/2016 16:11 EST  Krautbauer, Troy AHSA/NRP | | |
| 06/22/2015  21:06 | Left Forearm | Peterson, T. RN,BSN | 06/25/2015  15:16 | 0 mm | Krautbauer, Troy AHSA/NRP |
| | | | Denies any symptoms of TB. | | |
| **Orig Entered:** 06/22/2015 22:07 EST  Peterson, T. RN,BSN | | | **Orig Entered:** 06/25/2015 16:17 EST  Krautbauer, Troy AHSA/NRP | | |
| 07/30/2013  16:42 | Left Forearm | Harrison, Evelyn RN | 08/01/2013  12:11 | 0 mm | Kinney, Tina RN, AHSA |
| **Orig Entered:** 07/30/2013 17:44 EST  Harrison, Evelyn RN | | | **Orig Entered:** 08/01/2013 13:11 EST  Kinney, Tina RN, AHSA | | |

**Total:** 8

22253-031    READ-FORBES, MENDY

## Medication Administration Record

JULY 2019

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 07/09/19 11:39  Sotayo, O. APRN,FNP-C **Inject 1000mcg (1 ml) Intra-Muscularly every month on the 6th clinic** | 1000 | | | | | | | | | | 1 TSG 11:00 | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date 08/15/19 10:50 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CRW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 653499-CRW   Cyanocobalamin (Vit B-12) 1000 MCG/ML Inj 1 ml | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Providers: TSG = Garrison, T.

Documentation Codes: ORD = Order

Registration #: 22253-031    Pt. Name: READ-FORBES, MENDY    DOB: ███ /75

Report information is current as of the date and time of printing: 07/27/2020 12:53 EST

22253-031     READ-FORBES, MENDY

# Medication Administration Record

AUGUST 2019

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 07/09/19 11:39 **Inject 1000mcg (1 ml) Intra-Muscularly every month on the 6th clinic** Sotayo, O. APRN,FNP-C | 1000 | | | | | | 1 CCA 10:52 | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date 08/15/19 10:50 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CRW 653499- CRW   Cyanocobalamin (Vit B-12) 1000 MCG/ML Inj 1 ml | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ord. Date 08/15/19 10:49 **Inject 1000mcg (1 ml) Intra-Muscularly every month on the 6th clinic** Wright, Angie RN, MSN, NP-C | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date 10/14/19 10:48 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CRW 658392- CRW   Cyanocobalamin (Vit B-12) 1000 MCG/ML Inj 1 ml | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Providers: CCA = Okereke, C.

Documentation Codes: ORD = Order

Registration #: 22253-031          Pt. Name:  READ-FORBES, MENDY

DOB: ████ 75

Report information is current as of the date and time of printing:  07/27/2020 12:53 EST

22253-031     READ-FORBES, MENDY

# Medication Administration Record

SEPTEMBER 2019

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 08/15/19 10:49  Wright, Angie RN, MSN, NP-C  Exp. Date 10/14/19 10:48  **Inject 1000mcg (1 ml) Intra-Muscularly every month on the 6th clinic** | 1000 |  |  |  |  |  | 1 CCA 10:03 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| CRW 658392-CRW     Cyanocobalamin (Vit B-12) 1000 MCG/ML Inj 1 ml |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

Providers: CCA = Okereke, C.

Documentation Codes: ORD = Order

| Registration #: 22253-031 | Pt. Name:  READ-FORBES, MENDY | DOB: ▓▓▓ /75 |
|---|---|---|
|  |  | Report information is current as of the date and time of printing:  07/27/2020 12:53 EST |

22253-031    READ-FORBES, MENDY

# Medication Administration Record

OCTOBER 2019

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 08/15/19 10:49    Wright, Angie RN, MSN, NP-C **Inject 1000mcg (1 ml) Intra-Muscularly every month on the 6th clinic** | 1000 | | | | | | NS AMC | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date 10/14/19 10:48 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CRW 658392- CRW    Cyanocobalamin (Vit B-12) 1000 MCG/ML Inj 1 ml | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Providers: AMC = Cintron-Gonzalez, A.

Documentation Codes: ORD = Order | NS = No Show

Registration #: 22253-031        Pt. Name: READ-FORBES, MENDY        DOB: ▮▮/75

Report information is current as of the date and time of printing:  07/27/2020 12:53 EST

| 22253-031 | READ-FORBES, MENDY |

## Medication Administration Record

**NOVEMBER 2019**

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 11/07/19 11:18 Okoh, Chucky FNP-C **Inject 1000mcg (1 ml) Intra-Muscularly every** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date 02/05/20 11:17 **month on the 6th clinic** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CRW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 667321- CRW   Cyanocobalamin (Vit B-12) 1000 MCG/ML Inj 1 ml | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Providers:

Documentation Codes: ORD = Order

Registration #: 22253-031          Pt. Name: READ-FORBES, MENDY          DOB: ███ /75

22253-031     READ-FORBES, MENDY          **Medication Administration Record**          DECEMBER 2019

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 11/07/19 11:18     Okoh, Chucky FNP-C    **Inject 1000mcg (1 ml) Intra-Muscularly every** | 1000 | | | | | | NS ALT | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date 02/05/20 11:17    **month on the 6th clinic** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CRW 667321- CRW    Cyanocobalamin (Vit B-12) 1000 MCG/ML Inj 1 ml | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Providers: ALT = Tamez, A.

Documentation Codes: ORD = Order | NS = No Show

Registration #: 22253-031        Pt. Name: READ-FORBES, MENDY                                      DOB: ████ /75
Report information is current as of the date and time of printing:  07/27/2020 12:53 EST

| 22253-031 | READ-FORBES, MENDY | **Medication Administration Record** | | | | | | | | | | | | | | | | | | | | | | | | | | | | January 2020 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 11/07/19 11:18   Okoh, Chucky FNP-C **Inject 1000mcg (1 ml) Intra-Muscularly every month on the 6th clinic** | 1000 | | | | | | 1 TLM 13:02 | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date 02/05/20 11:17 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CRW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 667321-CRW   Cyanocobalamin (Vit B-12) 1000 MCG/ML Inj 1 ml | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Providers: TLM = Masters, T.

Documentation Codes: ORD = Order



22253-031     READ-FORBES, MENDY

**Medication Administration Record**

February 2020

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 11/07/19 11:18  Okoh, Chucky FNP-C **Inject 1000mcg (1 ml) Intra-Muscularly every month on the 6th clinic** Exp. Date 02/05/20 11:17  CRW 667321- CRW  Cyanocobalamin (Vit B-12) 1000 MCG/ML Inj 1 ml | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ord. Date 02/11/20 13:13  Fisher, Catherine NP-C **Inject 1000mcg (1 ml) Intra-Muscularly every month on the 6th clinic** Exp. Date 05/11/20 13:12  CRW 677055- CRW  Cyanocobalamin (Vit B-12) 1000 MCG/ML Inj 1 ml | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Providers:

Documentation Codes: ORD = Order

Registration #: 22253-031     Pt. Name: READ-FORBES, MENDY     DOB: ███ /75

Report information is current as of the date and time of printing:  07/27/2020 12:53 EST

## Medication Administration Record

MARCH 2020

22253-031    READ-FORBES, MENDY

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 02/11/20 13:13 **Inject 1000mcg (1 ml) Intra-Muscularly every month on the 6th clinic** Fisher, Catherine NP-C | 1000 | | | | | | 1 TLM 10:07 | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date 05/11/20 13:12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CRW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 677055-CRW    Cyanocobalamin (Vit B-12) 1000 MCG/ML Inj 1 ml | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Providers: TLM = Masters, T.

Documentation Codes: ORD = Order

Registration #: 22253-031         Pt. Name: READ-FORBES, MENDY                    DOB: ▓▓▓ /75

Report information is current as of the date and time of printing:  07/27/2020 12:53 EST

22253-031     READ-FORBES, MENDY

# Medication Administration Record

APRIL 2020

| Medication Orders | | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 02/11/20 13:13 | Fisher, Catherine NP-C | 1000 | | | | | | 1 CCA 12:00 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date 05/11/20 13:12 | Inject 1000mcg (1 ml) Intra-Muscularly every month on the 6th clinic | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CRW 677055- CRW | Cyanocobalamin (Vit B-12) 1000 MCG/ML Inj 1 ml | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ord. Date 02/11/20 13:13 | Fisher, Catherine NP-C | 1700 | | | | | | | | | | | | 1 RS 18:27 a | | | | | | | | | | | | | | | | | | | |
| Exp. Date 08/09/20 13:12 | Take one tablet by mouth each day to control blood pressure | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CRW 677056- CRW | Triamterene/ HCTZ 37.5 MG/25 MG Tab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ord. Date 02/13/20 14:24 | Meisamy, Lili D.O. | 1700 | | | | | | | | | | | | 3 RS 18:27 | | | | | | | | | | | | | | | | | | | |
| Exp. Date 06/30/20 07:47 | Take three capsules (225 MG) by mouth each day *consent form on file * | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CRW 675043- CRW | Venlafaxine ER/XR 24 Hour Cap 75 MG | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Providers: RS = Searle, R. | CCA = Okereke, C.
Administration Sites: a = Mouth
Documentation Codes: ORD = Order

Registration #: 22253-031     Pt. Name: READ-FORBES, MENDY

DOB: [redacted]/75

Report information is current as of the date and time of printing:  07/27/2020 12:53 EST

# Medication Administration Record                          APRIL 2020

| Rx#: | Pill Line Date: | PillLine: | Provider: | Entered Date: | Comments: |
|------|-----------------|-----------|-----------|---------------|-----------|
| 677055-CRW | 04/06/2020 | | CCA | 04/07/2020 15:55 EST | given 4/7/2020. |

Providers: RS = Searle, R. | CCA = Okereke, C.
Administration Sites: a = Mouth
Documentation Codes: ORD = Order

Pt. Name: READ-FORBES, MENDY

Registration #: 22253-031        DOB: ▮▮/75

Allergies:No Known Allergies

Report information is current as of the date and time of printing:  07/27/2020 12:53 EST

22253-031    READ-FORBES, MENDY

# Medication Administration Record

MAY 2020

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 02/11/20 13:13 Fisher, Catherine NP-C Inject 1000mcg (1 ml) Intra-Muscularly every month on the 6th clinic | 1000 | | | | | | 1 TSG 13:48 | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date 05/11/20 13:12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CRW 677055- CRW   Cyanocobalamin (Vit B-12) 1000 MCG/ML Inj 1 ml | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ord. Date 05/18/20 11:31 Samuel, Tom DDS Take one tablet by mouth twice daily AS NEEDED for dental pain ***pill line*** ***crush/empty*** *Float in Water* | PRN | | | | | | | | | | | | | | | | | | 1 CRH 18:09 | 1 AXA 00:41 | | | | | | | | | | | | |
| Exp. Date 05/19/20 11:30 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CRW 687552- CRW   Acetaminophen/Codeine 300/30MG Tab UD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Providers: TSG = Garrison, T. | AXA = Acosta, A. | CRH = Hernandez, C.

Documentation Codes: ORD = Order

Registration #: 22253-031    Pt. Name: READ-FORBES, MENDY    DOB: ███/75
Report information is current as of the date and time of printing:  07/27/2020 12:53 EST

**Medication Administration Record**

22253-031   READ-FORBES, MENDY

JUNE 2020

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ord. Date** 06/08/20 14:02  Robinson-Brown, La Tonjia  **Inject 1000mcg (1 ml) Intra-Muscularly every month on the 6th clinic**  **Exp. Date** 09/06/20 14:01  CRW  689525-CRW  Cyanocobalamin (Vit B-12) 1000 MCG/ML Inj 1 ml | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Ord. Date** 06/18/20 00:00  Robinson-Brown, La Tonjia  **Inject 60 mg (2 ml) Intra-Muscularly as a one time dose - administered in clinic**  **Exp. Date** 06/18/20 23:59  CRW  690648-CRW  Ketorolac Tromethamine IM Soln 60 MG/2ML Vial | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Ord. Date** 06/17/20 11:28  Meisamy, Lili D.O.  **Take one tablet (300 MG) by mouth twice daily for mood ***pill line*** *Float in Water* *consent form on file ***  **Exp. Date** 12/14/20 11:27  CRW  690434-CRW  OXcarbazepine 300 MG Tab | 0700 | | | | | | | | | | | | | | | | | | 1 AXA 06:41 | 1 DLE 07:11 | NS IMM | 1 CEM 06:27 | 1 AXA 06:41 | NS TPR | 1 DLE 06:54 | 1 CEM 06:52 | 1 AXA 07:21 | 1 IMM 07:03 | 1 TPR 06:41 | NS TPR | NS TPR | |
| | 1800 | | | | | | | | | | | | | | | | | | 1 CRH 17:18 | 1 JCM 18:44 | 1 CRM 17:30 | 1 CRH 18:10 | 1 CRM 17:31 | 1 JCM 18:08 | 1 CRH 18:09 | 1 JCM 17:46 | 1 JCM 18:19 | 1 DLA 17:39 | 1 TPR 17:53 | 1 JCM 17:30 | 1 KNV 18:12 | 1 KNV 22:11 |
| **Ord. Date** 06/08/20 14:02  Robinson-Brown, La Tonjia  **Inject 1000mcg (1mL) Intra-Muscularly as a one-time dose today**  **Exp. Date** 06/08/20 14:03  CRW  689526-CRW  Cyanocobalamin (Vit B-12) 1000 MCG/ML Inj 1 ml | PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Providers: CEM = Malone, C. | CRM = Moore, C. | AXA = Acosta, A. | DLA = Acuna, D. | TPR = Riels, T. | CRH = Hernandez, C. | DLE = Eaton, D. | IMM = Morris-Nabors, I. | JCM = Martinez, J. | KNV = Valenzuela, K. | ALT = Tamez, A.

Documentation Codes: ORD = Order | NS = No Show

Registration #: 22253-031          Pt. Name:  READ-FORBES, MENDY          DOB: ███/75

22253-031    READ-FORBES, MENDY

# Medication Administration Record

JUNE 2020

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 06/08/20 11:17 **1000mcg Intramuscularly  One Time Dose Given PRN x 0 day(s) Pill Line Only -- now (make up dose for 6/6/20)** Robinson-Brown, La Tonjia | PRN | | | | | | | | ORD ALT 11:19 | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date 06/08/20 11:19 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CRW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order    Cyanocobalamin inj | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Providers: CEM = Malone, C. | CRM = Moore, C. | AXA = Acosta, A. | DLA = Acuna, D. | TPR = Riels, T. | CRH = Hernandez, C. | DLE = Eaton, D. | IMM = Morris-Nabors, I. | JCM = Martinez, J. | KNV = Valenzuela, K. | ALT = Tamez, A.

Documentation Codes: ORD = Order | NS = No Show

Registration #: 22253-031        Pt. Name:  READ-FORBES, MENDY                      DOB: ___/75

22253-031    READ-FORBES, MENDY

## Medication Administration Record

JULY 2020

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 06/08/20 14:02 Exp. Date 09/06/20 14:01  Robinson-Brown, La Tonjia  **Inject 1000mcg (1 ml) Intra-Muscularly every month on the 6th clinic** | 1000 | | | | | | 1 BD 14:00 | | | | | | | | | | | | | | | | | | | | | | | | | |
| CRW 689525-CRW  Cyanocobalamin (Vit B-12) 1000 MCG/ML Inj 1 ml | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ord. Date 06/17/20 11:28 Exp. Date 12/14/20 11:27  Meisamy, Lili D.O.  **Take one tablet (300 MG) by mouth twice daily for mood ***pill line*** *Float in Water* *consent form on file *** | 0700 | 1 IMM 09:47 | 1 IMM 08:55 | 1 IMM 08:29 | 1 IMM 08:21 | 1 MPH 09:00 | 1 CEM 09:54 | 1 IMM 09:23 | 1 IMM 09:18 | 1 IMM 08:18 | 1 IMM 08:52 | 1 IMM 08:38 | 1 IMM 09:14 | 1 IMM 08:45 | R CRH | 1 IMM 08:44 | 1 IMM 09:30 | 1 OBA 08:46 | 1 CEM 10:53 | 1 IMM 10:53 | 1 IMM 10:19 | 1 IMM 10:11 | 1 CEM 08:48 | 1 CEM 08:40 | R IMM | R AXA | 1 TPR 10:47 | | | | | |
| | 1700 | 1 CRH 16:31 | 1 CRH 16:18 | 1 OBA 18:32 | 1 CRH 16:12 | 1 CRH 16:38 | 1 CRH 15:52 | 1 CRH 15:53 | 1 CRH 16:26 | 1 IMM 16:43 | 1 IMM 16:30 | 1 CRH 16:46 | 1 CRH 16:26 | 1 CRH 17:51 | 1 CRH 16:44 | 1 JCM 16:48 | 1 CRH 16:48 | 1 CRH 17:49 | 1 CRH 16:27 | 1 CRH 17:32 | 1 CRH 17:36 | 1 CRH | 1 CRH | 1 AXA 17:00 | 1 JCY 16:05 | 1 JCY 17:49 | 1 OBA 16:34 | | | | | |
| CRW 690434-CRW  OXcarbazepine 300 MG Tab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## Medication Administration Record

JULY 2020

| Rx#: | Pill Line Date: | PillLine: | Provider: | Entered Date: | Comments: |
|---|---|---|---|---|---|
| 689525-CRW | 07/06/2020 | | BD | 07/08/2020 16:07 EST | given 7-8-20 |

Providers: CEM = Malone, C. | OBA = Ajibola, O. | CRM = Moore, C. | AXA = Acosta, A. | BD = Downing, B. | CRH = Hernandez, C. | TPR = Riels, T. | IMM = Morris-Nabors, I. | MPH = Humphrey, M. | JCM = Martinez, J. | JCY = Yoon, J.

Documentation Codes: ORD = Order | R = Refused

Pt. Name: READ-FORBES, MENDY    Allergies:No Known Allergies
Registration #: 22253-031    DOB: 02/09/75

---

Providers: CEM = Malone, C. | OBA = Ajibola, O. | CRM = Moore, C. | AXA = Acosta, A. | BD = Downing, B. | CRH = Hernandez, C. | TPR = Riels, T. | IMM = Morris-Nabors, I. | MPH = Humphrey, M. | JCM = Martinez, J. | JCY = Yoon, J.

Documentation Codes: ORD = Order | R = Refused

Registration #: 22253-031    Pt. Name: READ-FORBES, MENDY    DOB: ███/75

# Bureau of Prisons
## Health Services
### Devices and Equipment

| Start Date: | 07/27/2019 | | Stop Date: | 07/27/2020 | | |
|---|---|---|---|---|---|---|
| Reg #: | 22253-031 | | Inmate Name: READ-FORBES, MENDY | | | |

| Device/Equipment | | Start Date | Stop Date | Date Returned | Obtained From | Comments |
|---|---|---|---|---|---|---|
| Resistive Exercise Band(s) | | | | | | |
| 07/22/2019 15:38 EST | Stevens, C. DPT | 07/22/2019 | 07/22/2020 | | BOP | yellow tband |
| Brace - knee | | | | | | |
| 04/11/2019 17:08 EST | Robinson-Brown, La Tonjia Chelese MD | 04/11/2019 | 08/26/2019 | | BOP | |
| Eye Glasses | | | | | | |
| 01/10/2018 20:17 EST | Senko, Sarah NREMTP | 01/04/2018 | | | BOP | |
| Eye Glasses | | | | | | |
| 08/02/2016 21:59 EST | Hileman, Gary RN | 08/02/2016 | | | Personal | |
| Brace - wrist | | | | | | |
| 09/11/2015 15:50 EST | Shannon, D. PA-C, MSPAS | 09/11/2015 | | | BOP | |

**Total:** 5

# Bureau of Prisons
## Health Services
## Fecal Occult Blood

| Begin Date: 07/27/2019 | End Date: | 07/27/2020 |
|---|---|---|
| Reg #: 22253-031 | Inmate Name: | READ-FORBES, MENDY |

(Reference Range - Negative)

| **Effective Date** | **Fecal Occult Blood** | **Provider** |
|---|---|---|
| 03/24/2020 13:09 CRW | Negative Guaiac Test | Tamez, Ariel LVN |
| | **Orig Entered:** 03/24/2020 14:10 EST   Tamez, Ariel LVN | |
| 03/23/2020 13:09 CRW | Negative Guaiac Test | Tamez, Ariel LVN |
| | **Orig Entered:** 03/24/2020 14:10 EST   Tamez, Ariel LVN | |
| 03/22/2020 13:09 CRW | Negative Guaiac Test | Tamez, Ariel LVN |
| | **Orig Entered:** 03/24/2020 14:10 EST   Tamez, Ariel LVN | |
| 03/10/2020 11:35 CRW | Unavailable | Okereke, Chinwe-Ngozi RN |
| | 3 cards given to patient with instruction, patient verbalized understanding. | |
| | **Orig Entered:** 03/10/2020 12:37 EST   Okereke, Chinwe-Ngozi RN | |

Total: 4

## Bureau of Prisons
## Health Services
## Pain Management

| Begin Date: 07/27/2019 | | End Date: | 07/27/2020 |
|---|---|---|---|
| Reg #: 22253-031 | | Inmate Name: READ-FORBES, MENDY | |

| Date | Intervention | Pain Quality | Location | Pre | Post | Provider |
|---|---|---|---|---|---|---|
| 06/14/2020 17:56 | Awaiting for IHP | Aching | Breast-Left | 7 | | Lopez-Rosario, |
| | **Orig Entered:** 06/14/2020 19:03 EST  Lopez-Rosario, Suhaydee RN | | | | | |
| 03/20/2020 12:57 | Eval | Aching | Abdomen - | 7 | | Marri, Sudha FNP |
| | **Orig Entered:** 03/20/2020 13:59 EST  Marri, Sudha FNP | | | | | |
| 12/20/2019 08:50 | OTC Meds | Aching | Multiple | 8 | | Fisher, Catherine NP-C |
| | **Orig Entered:** 12/20/2019 09:52 EST  Fisher, Catherine NP-C | | | | | |
| 11/14/2019 13:19 | OTC med | Aching | Multiple | 3 | | Parra, Beatriz MD |
| | **Orig Entered:** 11/14/2019 14:23 EST  Parra, Beatriz MD | | | | | |

# Bureau of Prisons
## Health Services
## Modified Diet Request

Types of Diets:

| | | |
|---|---|---|
| ___ | Clear Liquid | Exp Date: |
| ___ | Low Fat | Exp Date: |
| X | Mechanical Soft | Exp Date:  05/22/2020 |
| ___ | Low Cholesterol | Exp Date: |
| ___ | Low Triglyceride | Exp Date: |
| ___ | Renal | Exp Date: |
| ___ | Full Liquid | Exp Date: |
| ___ | Sodium Controlled | Exp Date: |
| ___ | Snack | Exp Date: |
| ___ | Diabetic | Exp Date: |
| ___ | Calorie Controlled | Exp Date: |
| ___ | Other: | Exp Date: |

Comments:


<u>Samuel, Tom DDS</u>
Health Service Staff

<u>READ-FORBES, MENDY</u>          <u>22253-031</u>          <u>05/18/2020</u>
Inmate Name                              Reg#                              Date

# Bureau of Prisons
## Health Services
### Allergies

Reg #: 22253-031                    Inmate Name:  READ-FORBES, MENDY

| Allergy | | Date Noted | Reaction |
|---|---|---|---|
| No Known Allergies | | 07/30/2013 | |

    Orig Entered:  07/30/2013 13:49 EST  Mahmoodi, Mohammad MLP
    Last Updated:  02/29/2016 15:31 EST  Trio, D. RN

| Sulfa Antibiotics | | 02/29/2016 | Angioedema |
|---|---|---|---|

  --inmate states no allergies to sulfa

    Orig Entered:  02/29/2016 15:31 EST  Trio, D. RN
    Last Updated:  08/02/2016 21:54 EST  Hileman, Gary RN

| Trimethoprim | | 02/29/2016 | Angioedema |
|---|---|---|---|

  --inmate states no allergies

    Orig Entered:  02/29/2016 15:31 EST  Trio, D. RN
    Last Updated:  08/02/2016 21:54 EST  Hileman, Gary RN

| No Known Allergies | | 08/02/2016 | |
|---|---|---|---|

    Orig Entered:  08/02/2016 22:03 EST  Hileman, Gary RN

**Total:  4**

# Bureau of Prisons
## Health Services
## Patient Education Assessments & Topics

| Reg #: 22253-031 | Inmate Name: READ-FORBES, MENDY |
|---|---|

## Assessments

| Assessment Date | Learns Best By | Primary Language | Years of Education | Barriers To Education | Provider |
|---|---|---|---|---|---|

**Total:** 0

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| 07/22/2020 | Counseling | Access to Care | No Evidence of Learning | Johnson, Beth |
| Orig Entered: 07/22/2020 16:42 EST  Johnson, Beth | | | | |
| 07/22/2020 | Counseling | Compliance - Treatment | No Evidence of Learning | Johnson, Beth |
| Orig Entered: 07/22/2020 16:42 EST  Johnson, Beth | | | | |
| 07/22/2020 | Counseling | Safety/Injury Prevention | No Evidence of Learning | Johnson, Beth |
| Orig Entered: 07/22/2020 16:42 EST  Johnson, Beth | | | | |
| 07/21/2020 | Medication | Acetaminophen 325 MG Tab | Pharmacy No participation | Wurdeman, A. |
| Orig Entered: 07/21/2020 15:27 EST  Wurdeman, A. | | | | |
| 07/21/2020 | Medication | guaiFENesin ER Tab 12 Hr 600 MG UD | Pharmacy No participation | Wurdeman, A. |
| Orig Entered: 07/21/2020 15:27 EST  Wurdeman, A. | | | | |
| 07/20/2020 | Counseling | Plan of Care | Verbalizes Understanding | Shackelford, Janet |
| Orig Entered: 07/20/2020 13:46 EST  Shackelford, Janet | | | | |
| 06/19/2020 | Medication | Mirtazapine 15 MG Tab | Pharmacy No participation | Feldotto, Carol |
| Orig Entered: 06/19/2020 15:28 EST  Feldotto, Carol A. | | | | |
| 06/18/2020 | Counseling | Access to Care | Verbalizes Understanding | Robinson-Brown, La Tonjia |
| Orig Entered: 06/18/2020 18:13 EST  Robinson-Brown, La Tonjia Chelese | | | | |
| 06/16/2020 | Counseling | Compliance - Treatment | Verbalizes Understanding | Mathews, Manu |
| Orig Entered: 06/16/2020 12:05 EST  Mathews, Manu | | | | |
| 06/15/2020 | Medication | Ibuprofen 800 MG Tab | Pharmacy No participation | Feldotto, Carol |
| Orig Entered: 06/15/2020 15:43 EST  Feldotto, Carol A. | | | | |
| 06/15/2020 | Counseling | Compliance - Treatment | Verbalizes Understanding | Okoh, Chucky |

**Reg #:** 22253-031          **Inmate Name:** READ-FORBES, MENDY

# Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| | | **Orig Entered:** 06/15/2020 10:56 EST  Okoh, Chucky | | |
| 06/14/2020 | Counseling | Access to Care | Verbalizes Understanding | Lopez-Rosario, Suhaydee |
| | | **Orig Entered:** 06/14/2020 19:25 EST  Lopez-Rosario, Suhaydee | | |
| 06/14/2020 | Counseling | Access to Care | Verbalizes Understanding | Miller, Jason |
| | | **Orig Entered:** 06/14/2020 19:29 EST  Miller, Jason | | |
| 05/19/2020 | Counseling | Access to Care | Verbalizes Understanding | Samuel, Tom |
| | | **Orig Entered:** 05/19/2020 10:03 EST  Samuel, Tom | | |
| 05/18/2020 | Counseling | Access to Care | Verbalizes Understanding | Guerrero, Maria |
| | | **Orig Entered:** 05/18/2020 09:37 EST  Guerrero, Maria | | |
| 05/18/2020 | Counseling | Access to Care | Verbalizes Understanding | Samuel, Tom |
| | | **Orig Entered:** 05/18/2020 10:39 EST  Samuel, Tom | | |
| 05/18/2020 | Counseling | Access to Care | Verbalizes Understanding | Samuel, Tom |
| | | **Orig Entered:** 05/18/2020 13:18 EST  Samuel, Tom | | |
| 05/18/2020 | Handout | Dental Extractions - Post-operative Care | Verbalizes Understanding | Samuel, Tom |
| | | **Orig Entered:** 05/18/2020 13:18 EST  Samuel, Tom | | |
| 05/18/2020 | Counseling | Access to Care | Verbalizes Understanding | Guerrero, Maria |
| | | **Orig Entered:** 05/18/2020 15:25 EST  Guerrero, Maria | | |
| 05/16/2020 | Counseling | Access to Care | Verbalizes Understanding | Qureshi, Arfan |
| | | **Orig Entered:** 05/16/2020 23:43 EST  Qureshi, Arfan | | |
| 05/15/2020 | Medication | Ibuprofen 800 MG Tab | Pharmacy No participation | Griffith, Robert |
| | | **Orig Entered:** 05/15/2020 15:46 EST  Griffith, Robert W. | | |
| 05/15/2020 | Medication | Penicillin VK 500 MG Tab | Pharmacy No participation | Griffith, Robert |
| | | **Orig Entered:** 05/15/2020 15:46 EST  Griffith, Robert W. | | |
| 05/15/2020 | Medication | Clindamycin HCl 300 MG Cap | Pharmacy No participation | Griffith, Robert |
| | | **Orig Entered:** 05/15/2020 15:46 EST  Griffith, Robert W. | | |
| 05/15/2020 | Counseling | Plan of Care | Verbalizes Understanding | Tyson, A. |
| | | **Orig Entered:** 05/15/2020 09:05 EST  Tyson, A. | | |
| 05/15/2020 | Counseling | Access to Care | Verbalizes Understanding | Larry, Stephen |
| | | **Orig Entered:** 05/15/2020 09:20 EST  Larry, Stephen | | |

Reg #: 22253-031                    Inmate Name: READ-FORBES, MENDY

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| 05/15/2020 | Counseling | Access to Care | Verbalizes Understanding | Robinson-Brown, La Tonjia |
| Orig Entered: 05/15/2020 12:47 EST Robinson-Brown, La Tonjia Chelese | | | | |
| 05/11/2020 | Counseling | Access to Care | Verbalizes Understanding | Robinson-Brown, La Tonjia |
| Orig Entered: 05/11/2020 16:50 EST Robinson-Brown, La Tonjia Chelese | | | | |
| 04/17/2020 | Counseling | Safety/Injury Prevention | Verbalizes Understanding | Tamez, Ariel |
| Orig Entered: 04/17/2020 13:46 EST Tamez, Ariel | | | | |
| 04/03/2020 | Medication | Ibuprofen 800 MG Tab | Pharmacy No participation | Bye, D. |
| Orig Entered: 04/03/2020 15:54 EST Bye, D. | | | | |
| 04/03/2020 | Counseling | Access to Care | Verbalizes Understanding | Guerrero, Maria |
| Orig Entered: 04/03/2020 14:38 EST Guerrero, Maria | | | | |
| 04/03/2020 | Handout | Dental Extractions - Post-operative Care | Verbalizes Understanding | Larry, Stephen |
| Orig Entered: 04/03/2020 16:08 EST Larry, Stephen | | | | |
| 04/02/2020 | Counseling | Access to Care | Verbalizes Understanding | Robinson-Brown, La Tonjia |
| Orig Entered: 04/02/2020 18:28 EST Robinson-Brown, La Tonjia Chelese | | | | |
| 03/23/2020 | Counseling | Plan of Care | Verbalizes Understanding | Bass, John |
| Orig Entered: 03/23/2020 15:24 EST Bass, John | | | | |
| 03/20/2020 | Counseling | Access to Care | Verbalizes Understanding | Marri, Sudha |
| Orig Entered: 03/20/2020 14:01 EST Marri, Sudha | | | | |
| 03/06/2020 | Counseling | Plan of Care | Verbalizes Understanding | Reyes, Hernan |
| Orig Entered: 03/06/2020 12:07 EST Reyes, Hernan | | | | |
| 03/02/2020 | Counseling | Plan of Care | Verbalizes Understanding | Shackelford, Janet |
| Orig Entered: 03/02/2020 10:51 EST Shackelford, Janet | | | | |
| 01/23/2020 | Counseling | Plan of Care | Verbalizes Understanding | Yee, Jordan |
| Orig Entered: 01/23/2020 10:08 EST Yee, Jordan | | | | |
| 01/22/2020 | Counseling | Access to Care | Verbalizes Understanding | Downing, Bryan |
| Pt. instructed to report to Medical staff if symptoms, esp. fever appear. | | | | |
| Orig Entered: 01/22/2020 13:59 EST Downing, Bryan | | | | |
| 01/10/2020 | Counseling | Plan of Care | Verbalizes Understanding | Marri, Sudha |
| Orig Entered: 01/10/2020 16:16 EST Marri, Sudha | | | | |

**Reg #:** 22253-031          **Inmate Name:** READ-FORBES, MENDY

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| 01/04/2020 | Counseling | Diagnosis | Verbalizes Understanding | Robertson, Dwain |
| | Orig Entered: 01/04/2020 19:52 EST   Robertson, Dwain | | | |
| 01/04/2020 | Counseling | Access to Care | Verbalizes Understanding | Nwofor, Adeline |
| | Orig Entered: 01/05/2020 00:35 EST   Nwofor, Adeline O | | | |
| 12/20/2019 | Medication | Amoxicillin 500 MG Cap | Pharmacy No participation | Soares, J. |
| | Orig Entered: 12/20/2019 12:38 EST   Soares, J. | | | |
| 12/20/2019 | Counseling | Plan of Care | Verbalizes Understanding | Fisher, Catherine |
| | Orig Entered: 12/20/2019 10:00 EST   Fisher, Catherine | | | |
| 12/12/2019 | Counseling | Other | Verbalizes Understanding | Matherly, Terry |
| | Advised to not eat (remain NPO) until after midnight on 12/13/19. | | | |
| | Orig Entered: 12/13/2019 01:53 EST   Matherly, Terry | | | |
| 11/14/2019 | Counseling | Plan of Care | Verbalizes Understanding | Parra, Beatriz |
| | Orig Entered: 11/14/2019 14:47 EST   Parra, Beatriz | | | |
| 08/19/2019 | Medication | Triamterene/ HCTZ 37.5 MG/25 MG Tab | Pharmacy No participation | Soares, J. |
| | Orig Entered: 08/19/2019 16:08 EST   Soares, J. | | | |

**Total:** 46

# Bureau of Prisons
## Health Services
## Health Problems

| Reg #: 22253-031 | Inmate Name: READ-FORBES, MENDY |
|---|---|

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|

## Current

**Personality Disorder**

| 08/10/2016 08:57 EST  Razavi, N. MD | II | ICD-9 | 301.9 | 06/30/2015 | Current | 06/30/2015 |
|---|---|---|---|---|---|---|
| with borderline traits, WORSENING | | | | | | |
| 06/30/2015 15:31 EST  Arriola, Lemuel MD | II | ICD-9 | 301.9 | 06/30/2015 | Current | 06/30/2015 |
| with borderline traits | | | | | | |

**Depressive DO, not elsewhere classified**

| 01/28/2019 15:14 EST  Cherry, Judith S. DO | I | ICD-9 | 311 | 01/28/2019 | Current | 11/13/2018 |
|---|---|---|---|---|---|---|
| In partial remission on an antidepressant | | | | | | |
| 11/13/2018 16:27 EST  Griffin, Richard MD/CD | I | ICD-9 | 311 | 07/30/2013 | Current | 11/13/2018 |
| forensic study, diagnosis deferred | | | | | | |
| 08/30/2017 10:01 EST  Cline, Lynette PA-C | I | ICD-9 | 311 | 07/30/2013 | Remission | 08/30/2017 |
| forensic study, diagnosis deferred | | | | | | |
| 06/30/2015 15:29 EST  Arriola, Lemuel MD | I | ICD-9 | 311 | 07/30/2013 | Current | 06/30/2015 |
| forensic study, diagnosis deferred | | | | | | |
| 07/31/2013 17:25 EST  Silvas, Jose MD | I | ICD-9 | 311 | 07/30/2013 | Resolved | 07/31/2013 |
| forensic study, diagnosis deferred | | | | | | |
| 07/30/2013 13:54 EST  Mahmoodi, Mohammad MLP | I | ICD-9 | 311 | 07/30/2013 | Current | 07/30/2013 |

**Open angle with borderline findings**

| 11/05/2015 11:49 EST  Kidman, Mark O.D. | III | ICD-9 | 365.01 | 11/05/2015 | Current | 11/05/2015 |
|---|---|---|---|---|---|---|
| large optic nerve cupping both eyes | | | | | | |

**Postgastric surgery syndromes**

| 03/06/2020 11:58 EST  Reyes, Hernan MD | III | ICD-9 | 564.2 | 08/09/2013 | Current | 08/09/2013 |
|---|---|---|---|---|---|---|
| Labs are normal, suspect dumping syndrome. Will recommend fiber. | | | | | | |
| 11/14/2019 14:47 EST  Parra, Beatriz MD | III | ICD-9 | 564.2 | 08/09/2013 | Current | 08/09/2013 |
| Iron 75/ B12 574 on supplement for post gastric bypass. Will continue to monitor | | | | | | |
| 11/14/2019 14:44 EST  Parra, Beatriz MD | III | ICD-9 | 564.2 | 08/09/2013 | Current | 08/09/2013 |
| Iron 75/ B12 574 on supplements for post gastric bypass. | | | | | | |
| 08/09/2013 10:26 EST  Serrano-Mercado, Maitee MD | III | ICD-9 | 564.2 | 08/09/2013 | Current | 08/09/2013 |
| she has hx of gastric bypass for which she will need to be followed in regards to her vitamin state (vitamin B12, folic acid, iron). At this time her labs have been reviewed and they are reported normal. I will order her vitamin B12 to be injected monthly to continue at normal level and will be started in oral iron as well at maintenance dose, this could be changed if it shows lowering levels on her hemoglobin. We will monitor | | | | | | |

Reg #:  22253-031                    Inmate Name:  READ-FORBES, MENDY

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| with labs as needed. | | | | | | |
| Deferred | | | | | | |
| 07/31/2013 17:25 EST  Silvas, Jose MD | I | ICD-9 | Axis I: | 07/31/2013 | Current | 07/31/2013 |
| Psychosocial and environmental problems | | | | | | |
| 07/31/2013 17:26 EST  Silvas, Jose MD | IV | ICD-9 | Axis IV | 07/31/2013 | Current | 07/31/2013 |
| Benign neoplasm of unspecified ovary | | | | | | |
| 01/16/2020 09:56 EST  Shackelford, Janet M.D. | | ICD-10 | D279 | 01/16/2020 | Current | |
|    12/2019 4.4 cm right adnexial cyst on CT | | | | | | |
| Vitamin B12 deficiency anemia | | | | | | |
| 11/14/2019 14:44 EST  Parra, Beatriz MD | | ICD-10 | D519 | 01/16/2019 | Current | |
|    HBG  13.1 cells size normal on B12 supplement. | | | | | | |
| 01/16/2019 12:34 EST  Marri, Sudha FNP | | ICD-10 | D519 | 01/16/2019 | Current | |
| Nutritional anemia, unspecified | | | | | | |
| 11/14/2019 14:44 EST  Parra, Beatriz MD | | ICD-10 | D539 | 08/30/2017 | Current | |
|    Iron 75 mg/dl Sep 2019. (secondary to h/o gastric bypass). | | | | | | |
| 08/30/2017 10:01 EST  Cline, Lynette PA-C | | ICD-10 | D539 | 08/30/2017 | Current | |
|    secondary to h/o gastric bypass. | | | | | | |
| Vitamin D deficiency | | | | | | |
| 11/14/2019 14:44 EST  Parra, Beatriz MD | | ICD-10 | E559 | 03/17/2017 | Current | |
|    Vitamin D 20 ( normal on February 2019) | | | | | | |
| 03/17/2017 10:46 EST  Cline, Lynette PA-C | | ICD-10 | E559 | 03/17/2017 | Current | |
| Unspecified Trauma- And Stressor-Related Disorder | | | | | | |
| 05/06/2016 13:52 EST  McCarthy, Janine PsyD | I | DSM-IV | F43.9 | 05/06/2016 | Current | 06/30/2015 |
| 06/30/2015 15:31 EST  Arriola, Lemuel MD | I | DSM-IV | F43.9 | 06/30/2015 | Current | 06/30/2015 |
| Narcissistic Personality Disorder | | | | | | |
| 07/13/2016 14:40 EST  McCarthy, Janine PsyD | II | DSM-IV | F60.81 | 07/13/2016 | Current | |
| Borderline personality disorder | | | | | | |
| 08/10/2016 08:57 EST  Razavi, N. MD | | ICD-10 | F603 | 08/10/2016 | Current | |
| Unspecified disorder of adult personality and behavior | | | | | | |
| 08/10/2016 08:57 EST  Razavi, N. MD | | ICD-10 | F69 | 08/10/2016 | Current | |
|    Compulsive Lying Disorder | | | | | | |
| GAF 51 - 70 | | | | | | |
| 06/30/2015 15:31 EST  Arriola, Lemuel MD | V | ICD-9 | G3 | 07/31/2013 | Current | 07/31/2013 |
| 07/31/2013 17:27 EST  Silvas, Jose MD | V | ICD-9 | G3 | 07/31/2013 | Current | 07/31/2013 |

| Reg #: 22253-031 | Inmate Name: READ-FORBES, MENDY | | | | | |
|---|---|---|---|---|---|---|
| **Description** | | **Axis** | **Code Type** | **Code** | **Diag. Date** | **Status** | **Status Date** |

| | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Myopia | | | | | | |
| 07/23/2018 13:30 EST  Coshatt, Randy S Optometrist | | ICD-10 | H5210 | 10/20/2017 | Current | |
| stable | | | | | | |
| 10/20/2017 13:56 EST  Sommer, Jennifer OD | | ICD-10 | H5210 | 10/20/2017 | Current | |
| Astigmatism | | | | | | |
| 03/23/2020 15:23 EST  Bass, John OD | | ICD-10 | H52209 | 03/23/2020 | Current | |
| Otitis media | | | | | | |
| 12/20/2019 09:57 EST  Fisher, Catherine NP-C | | ICD-10 | H6690 | 12/20/2019 | Current | |
| Liver disease, unspecified | | | | | | |
| 05/11/2020 16:46 EST  Robinson-Brown, La Tonjia Chelese MD | | ICD-10 | K769 | 05/11/2020 | Current | |
| Diffuse Fatty Liver w/ normal LFT's | | | | | | |
| Carbuncle, unspecified | | | | | | |
| 05/15/2020 12:45 EST  Robinson-Brown, La Tonjia Chelese MD | | ICD-10 | L0293 | 05/15/2020 | Current | |
| left inner gluteal/ vulvar area | | | | | | |
| Other instability, unspecified joint | | | | | | |
| 04/11/2019 17:06 EST  Robinson-Brown, La Tonjia Chelese MD | | ICD-10 | M2530 | 04/11/2019 | Current | |
| Left knee | | | | | | |
| Pain in unspecified joint | | | | | | |
| 04/11/2019 17:06 EST  Robinson-Brown, La Tonjia Chelese MD | | ICD-10 | M2550 | 04/11/2019 | Current | |
| Knee and ankle | | | | | | |
| Trigger finger, unspecified finger | | | | | | |
| 04/05/2019 16:13 EST  Robinson-Brown, La Tonjia Chelese MD | | ICD-10 | M6530 | 04/05/2019 | Current | |
| left thumb | | | | | | |
| Dysplasia of cervix uteri, unspecified | | | | | | |
| 01/16/2020 09:55 EST  Shackelford, Janet M.D. | | ICD-10 | N879 | 09/01/2016 | Current | |
| 02/16-CIN only per biopsy report.09/15-LGSIL +HPV CIN 2-3 on TVH specimen 2017, refused paps since. | | | | | | |
| 09/01/2016 07:58 EST  Cline, Lynette PA-C | | ICD-10 | N879 | 09/01/2016 | Current | |
| 02/16-CIN only per biopsy report.09/15-LGSIL +HPV | | | | | | |
| Unsp cond assoc w female genital organs and menstrual cycle | | | | | | |

| Reg #: 22253-031 | Inmate Name: READ-FORBES, MENDY | | | | | |

| **Description** | **Axis** | **Code Type** | **Code** | **Diag. Date** | **Status** | **Status Date** |
|---|---|---|---|---|---|---|
| 05/11/2020 16:46 EST  Robinson-Brown, La Tonjia<br>Chelese MD<br>Genital Boil ??--Will place on call out to exam. | | ICD-10 | N949 | 05/11/2020 | Current | |
| No Diagnosis | | | | | | |
| 03/30/2018 13:54 EST  Norcross, Cassandra PsyD | I | DSM-IV | No Dx | 03/30/2018 | Current | |
| Cough | | | | | | |
| 07/20/2020 13:45 EST  Shackelford, Janet M.D.<br>covid 19 positive | | ICD-10 | R05 | 07/20/2020 | Current | |
| Chest pain, unspecified | | | | | | |
| 06/18/2020 18:05 EST  Robinson-Brown, La Tonjia<br>Chelese MD<br>Costochondritis | | ICD-10 | R079 | 06/18/2020 | Current | |
| Diarrhea, unspecified | | | | | | |
| 03/20/2020 14:01 EST  Marri, Sudha FNP | | ICD-10 | R197 | 03/20/2020 | Current | |
| 01/10/2020 16:09 EST  Marri, Sudha FNP<br>N/V/D with weight loss | | ICD-10 | R197 | 01/10/2020 | Current | |
| Dizziness and giddiness | | | | | | |
| 06/18/2020 14:59 EST  Robinson-Brown, La Tonjia<br>Chelese MD<br>R/O seizures- see CCV 6/18/20 | | ICD-10 | R42 | 06/18/2020 | Current | |
| Confirmed case COVID-19 | | | | | | |
| 07/19/2020 16:49 EST  Wright, Angie RN, MSN, NP-C<br>PCR + | | ICD-10 | U07.1 | 07/15/2020 | Current | |
| Examination of eyes and vision | | | | | | |
| 11/05/2015 11:49 EST  Kidman, Mark O.D.<br>myopia | III | ICD-9 | V72.0 | 11/05/2015 | Current | 11/05/2015 |
| Malingerer [conscious simulation] | | | | | | |
| 08/11/2016 15:41 EST  Razavi, N. MD | | ICD-10 | Z765 | 08/10/2016 | Current | |
| 08/10/2016 08:57 EST  Razavi, N. MD<br>THREATENED TO THROW HERSELF FROM UPPER BUNK (SELF HARM) IN<br>ORDER TO GET A LOWER BUNK PASS | | ICD-10 | Z765 | 08/10/2016 | Current | |
| Acquired absence of both cervix and uterus | | | | | | |
| 05/20/2016 11:28 EST  Harvey, Paul MD, RMD | | ICD-10 | Z90710 | 05/20/2016 | Current | |
| Patient's noncompliance with other medical treatment and regimen | | | | | | |
| 01/16/2020 09:55 EST  Shackelford, Janet M.D.<br>CIN 2-3 on TVH specimen 2017, refused paps since. | | ICD-10 | Z9119 | 01/16/2020 | Current | |

| Reg #: 22253-031 | | Inmate Name: READ-FORBES, MENDY | | | | |
|---|---|---|---|---|---|---|

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Bariatric surgery status | | | | | | |
| 11/14/2019 15:08 EST  Parra, Beatriz MD | | ICD-10 | Z9884 | 06/14/2004 | Current | |
| Row in Y surgery followed by total body lift | | | | | | |
| 11/14/2019 13:57 EST  Parra, Beatriz MD | | ICD-10 | Z9884 | 06/14/2004 | Current | |
| Row in Y surgery | | | | | | |
| 11/14/2019 13:56 EST  Parra, Beatriz MD | | ICD-10 | Z9884 | 2004 | Current | |
| Row in Y surgery | | | | | | |

## Remission

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Bipolar disorder | | | | | | |
| 08/30/2017 10:01 EST  Cline, Lynette PA-C | I | ICD-9 | 296.80 | 11/24/2015 | Remission | 08/30/2017 |
| WORSENING | | | | | | |
| 08/10/2016 08:57 EST  Razavi, N. MD | I | ICD-9 | 296.80 | 11/24/2015 | Current | 11/24/2015 |
| WORSENING | | | | | | |
| 11/24/2015 12:06 EST  Arriola, Lemuel MD | I | ICD-9 | 296.80 | 11/24/2015 | Current | 11/24/2015 |
| Anxiety state, unspecified | | | | | | |
| 08/10/2016 08:57 EST  Razavi, N. MD | I | ICD-9 | 300.00 | 11/24/2015 | Remission | 08/10/2016 |
| 11/24/2015 12:06 EST  Arriola, Lemuel MD | I | ICD-9 | 300.00 | 11/24/2015 | Current | 11/24/2015 |
| Carpal tunnel syndrome | | | | | | |
| 08/30/2017 10:01 EST  Cline, Lynette PA-C | III | ICD-9 | 354.0 | 09/11/2015 | Remission | 08/30/2017 |
| 09/11/2015 16:01 EST  Shannon, D. PA-C, MSPAS | III | ICD-9 | 354.0 | 09/11/2015 | Current | 09/11/2015 |
| Hypertension, Benign Essential | | | | | | |
| 11/25/2019 10:08 EST  Jowdy, James DO | III | ICD-9 | 401.1 | 06/24/2015 | Remission | 11/25/2019 |
| BP 126/89 on 11/14/2019 on Triamtirene / HCTZ 37.5/25 Cholesterol 167 ldl 93 GFR >60 | | | | | | |
| 11/14/2019 14:44 EST  Parra, Beatriz MD | III | ICD-9 | 401.1 | 06/24/2015 | Current | 06/24/2015 |
| BP 126/89 on 11/14/2019 on Triamtirene / HCTZ 37.5/25 Cholesterol 167 ldl 93 GFR >60 | | | | | | |
| 06/24/2015 10:35 EST  Lauring, Sandra MD/CD | III | ICD-9 | 401.1 | 06/24/2015 | Current | 06/24/2015 |

## Resolved

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Acute postoperative pain, other | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 338.18 | 09/11/2015 | Resolved | 09/11/2015 |
| 09/11/2015 12:09 EST  Petrie, Samuel DDS | III | ICD-9 | 338.18 | 09/11/2015 | Resolved | 09/11/2015 |
| Dental caries extending into pulp | | | | | | |
| 05/18/2020 13:07 EST  Samuel, Tom DDS | III | ICD-9 | 521.03 | 07/20/2015 | Resolved | 05/18/2020 |

Reg #: 22253-031                    Inmate Name: READ-FORBES, MENDY

| Description | Axis | Code Type | Code | Diag. Date Status | Status Date |
|---|---|---|---|---|---|
| Grossly decayed and non restorable teeth #10, #11, #20 | | | | | |
| 07/20/2015 17:34 EST  Petrie, Samuel DDS | III | ICD-9 | 521.03 | 07/20/2015 Resolved | 07/20/2015 |
| Pulpitis | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 522.0 | 01/06/2016 Resolved | 01/06/2016 |
| 01/06/2016 14:13 EST  Petrie, Samuel DDS | III | ICD-9 | 522.0 | 01/06/2016 Resolved | 01/06/2016 |
| Acute apical periodontitis of pulpal origin | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 522.4 | 08/14/2015 Resolved | 08/14/2015 |
| 08/14/2015 10:49 EST  Petrie, Samuel DDS | III | ICD-9 | 522.4 | 08/14/2015 Resolved | 08/14/2015 |
| Periapical abscess without sinus | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 522.5 | 09/30/2015 Resolved | 09/30/2015 |
| 09/30/2015 15:37 EST  Petrie, Samuel DDS | III | ICD-9 | 522.5 | 09/30/2015 Resolved | 09/30/2015 |
| Retained dental root | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 525.3 | 08/18/2015 Resolved | 08/18/2015 |
| 08/18/2015 11:34 EST  Petrie, Samuel DDS | III | ICD-9 | 525.3 | 08/18/2015 Resolved | 08/18/2015 |
| Unsatisfactory restoration of existing tooth | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 525.69 | 01/20/2016 Resolved | 01/20/2016 |
| 01/20/2016 08:49 EST  Petrie, Samuel DDS | III | ICD-9 | 525.69 | 01/20/2016 Resolved | 01/20/2016 |
| Excessive or frequent menstruation | | | | | |
| 03/17/2017 10:44 EST  Cline, Lynette PA-C | III | ICD-9 | 626.2 | 09/18/2015 Resolved | 03/17/2017 |
| 09/18/2015 12:59 EST  Gillman, Diana MD | III | ICD-9 | 626.2 | 09/18/2015 Current | 09/18/2015 |
| Other atopic dermatitis and related conditions | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 691.8 | 08/13/2013 Resolved | 06/24/2015 |
| 06/24/2015 10:35 EST  Lauring, Sandra MD/CD | III | ICD-9 | 691.8 | 08/13/2013 Resolved | 06/24/2015 |
| 08/13/2013 13:50 EST  Been, Candace PA-C | III | ICD-9 | 691.8 | 08/13/2013 Current | 08/13/2013 |
| Hand, Pain in joint | | | | | |
| 08/30/2017 10:01 EST  Cline, Lynette PA-C | III | ICD-9 | 719.44 | 12/30/2015 Resolved | 08/30/2017 |
| bilateral | | | | | |
| 12/30/2015 17:27 EST  Blume, M. RN, ANP-BC, GNP-BC | III | ICD-9 | 719.44 | 12/30/2015 Current | 12/30/2015 |
| bilateral | | | | | |
| Extremity, Pain in limb | | | | | |
| 08/30/2017 10:01 EST  Cline, Lynette PA-C | III | ICD-9 | 729.5 | 12/30/2015 Resolved | 08/30/2017 |
| 12/30/2015 17:27 EST  Blume, M. RN, ANP-BC, GNP-BC | III | ICD-9 | 729.5 | 12/30/2015 Current | 12/30/2015 |
| Other general symptoms | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 780.99 | 07/30/2013 Resolved | 06/24/2015 |
| 06/24/2015 10:35 EST  Lauring, Sandra MD/CD | III | ICD-9 | 780.99 | 07/30/2013 Resolved | 06/24/2015 |

| Reg #: 22253-031 | Inmate Name: READ-FORBES, MENDY |
|---|---|

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 07/30/2013 13:54 EST  Mahmoodi, Mohammad MLP | III | ICD-9 | 780.99 | 07/30/2013 | Current | 07/30/2013 |
| Deferred | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | II | ICD-9 | Axis II: | 07/31/2013 | Resolved | 06/24/2015 |
| 06/24/2015 10:35 EST  Lauring, Sandra MD/CD | II | ICD-9 | Axis II: | 07/31/2013 | Resolved | 06/24/2015 |
| 07/31/2013 17:25 EST  Silvas, Jose MD | II | ICD-9 | Axis II: | 07/31/2013 | Current | 07/31/2013 |
| Candidiasis of vulva and vagina | | | | | | |
| 03/17/2017 10:44 EST  Cline, Lynette PA-C | | ICD-10 | B373 | 02/10/2017 | Resolved | 03/17/2017 |
| 02/10/2017 13:09 EST  Cline, Lynette PA-C | | ICD-10 | B373 | 02/10/2017 | Current | |
| Unspecified Personality Disorder | | | | | | |
| 07/13/2016 14:40 EST  McCarthy, Janine PsyD<br>     With Borderline Traits | II | DSM-IV | F60.9 | 07/13/2016 | Resolved | 07/13/2016 |
| 05/06/2016 13:52 EST  McCarthy, Janine PsyD<br>     With Borderline Traits | II | DSM-IV | F60.9 | 05/06/2016 | Current | |
| Dental caries | | | | | | |
| 06/03/2016 16:52 EST  Petrie, Samuel DDS | | ICD-10 | K029 | 06/03/2016 | Resolved | 06/03/2016 |
| Periapical abscess without sinus | | | | | | |
| 05/18/2020 13:07 EST  Samuel, Tom DDS<br>     #3 | | ICD-10 | K047 | 09/08/2017 | Resolved | 05/18/2020 |
| 05/15/2020 09:17 EST  Larry, Stephen DDS<br>     #3 | | ICD-10 | K047 | 09/08/2017 | Current | 05/15/2020 |
| 09/08/2017 14:08 EST  Wiener, Michael DMD<br>     #29. | | ICD-10 | K047 | 09/08/2017 | Resolved | 09/08/2017 |
| Retained dental root | | | | | | |
| 04/03/2020 16:05 EST  Larry, Stephen DDS<br>     Extraction #2(upper right 2nd molar). Retained roots. | | ICD-10 | K083 | 11/06/2017 | Resolved | 11/14/2019 |
| 11/14/2019 14:46 EST  Parra, Beatriz MD<br>     tooth #10 | | ICD-10 | K083 | 11/06/2017 | Resolved | 11/14/2019 |
| 11/06/2017 15:09 EST  Hamilton, Thomas DDS<br>     tooth #10 | | ICD-10 | K083 | 11/06/2017 | Current | |
| Retained dental root | | | | | | |
| 09/08/2017 14:08 EST  Wiener, Michael DMD<br>     #29. | | ICD-10 | K083 | 09/08/2017 | Resolved | 09/08/2017 |
| Cellulitis and abscess of mouth | | | | | | |
| 11/14/2019 14:46 EST  Parra, Beatriz MD<br>     LRQ. | | ICD-10 | K122 | 09/08/2017 | Resolved | 11/14/2019 |
| 09/08/2017 14:08 EST  Wiener, Michael DMD | | ICD-10 | K122 | 09/08/2017 | Current | |

| Reg #:  22253-031 | | Inmate Name:  READ-FORBES, MENDY | | | | |

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| LRQ. | | | | | | |
| **Endometriosis, unspecified** | | | | | | |
| 03/17/2017 10:44 EST  Cline, Lynette PA-C | | ICD-10 | N809 | 09/01/2016 | Resolved | 03/17/2017 |
| 09/01/2016 08:02 EST  Cline, Lynette PA-C | | ICD-10 | N809 | 09/01/2016 | Current | |
| **Noninflammatory disorder of vulva and perineum, unspecified** | | | | | | |
| 03/17/2017 10:44 EST  Cline, Lynette PA-C | | ICD-10 | N909 | 04/11/2016 | Resolved | 03/17/2017 |
| vaginal candidiasis (mild) | | | | | | |
| 04/11/2016 14:07 EST  Blume, M. RN, ANP-BC, GNP-BC | | ICD-10 | N909 | 04/11/2016 | Current | |
| vaginal candidiasis (mild) | | | | | | |
| **Abnormal uterine and vaginal bleeding, unspecified** | | | | | | |
| 08/30/2017 10:01 EST  Cline, Lynette PA-C | | ICD-10 | N939 | 09/01/2016 | Resolved | 08/30/2017 |
| 09/01/2016 07:58 EST  Cline, Lynette PA-C | | ICD-10 | N939 | 09/01/2016 | Current | |
| **Chest pain, unspecified** | | | | | | |
| 06/15/2020 10:43 EST  Okoh, Chucky FNP-C | | ICD-10 | R079 | 06/14/2020 | Resolved | 06/15/2020 |
| Likely costochondritis from strain on cartilage | | | | | | |
| 06/14/2020 19:26 EST  Miller, Jason DO | | ICD-10 | R079 | 06/14/2020 | Current | |
| **Unspecified abdominal pain** | | | | | | |
| 08/30/2017 10:01 EST  Cline, Lynette PA-C | | ICD-10 | R109 | 03/17/2017 | Resolved | 08/30/2017 |
| 03/17/2017 10:44 EST  Cline, Lynette PA-C | | ICD-10 | R109 | 03/17/2017 | Current | |
| **Pain, unspecified** | | | | | | |
| 11/14/2019 14:46 EST  Parra, Beatriz MD | | ICD-10 | R52 | 01/08/2019 | Resolved | 11/14/2019 |
| 01/08/2019 15:02 EST  Hopkins, Shokooh NP-C | | ICD-10 | R52 | 01/08/2019 | Current | |
| **Pain, unspecified** | | | | | | |
| 09/08/2017 14:08 EST  Wiener, Michael DMD | | ICD-10 | R52 | 09/08/2017 | Resolved | 09/08/2017 |
| **Sprain of knee** | | | | | | |
| 11/14/2019 14:46 EST  Parra, Beatriz MD | | ICD-10 | S8390X | 04/05/2019 | Resolved | 11/14/2019 |
| Left knee | | | | | | |
| 04/05/2019 16:12 EST  Robinson-Brown, La Tonjia Chelese MD | | ICD-10 | S8390X | 04/05/2019 | Current | |
| Left knee | | | | | | |
| **Sprain of ligament of  ankle** | | | | | | |
| 11/14/2019 14:46 EST  Parra, Beatriz MD | | ICD-10 | S93409 | 04/02/2019 | Resolved | 11/14/2019 |
| 04/02/2019 21:06 EST  Robertson, Dwain MD | | ICD-10 | S93409 | 04/02/2019 | Current | |
| **Routine general med exam at a healthcare facility** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | V70.0 | 08/09/2013 | Resolved | 06/24/2015 |

Reg #:  22253-031                          Inmate Name:  READ-FORBES, MENDY

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 06/24/2015 10:35 EST  Lauring, Sandra MD/CD | III | ICD-9 | V70.0 | 08/09/2013 | Resolved | 06/24/2015 |
| 08/09/2013 13:53 EST  Been, Candace PA-C | III | ICD-9 | V70.0 | 08/09/2013 | Current | 08/09/2013 |
| Gen psych exam, see health prob list | | | | | | |
| 11/14/2019 14:46 EST  Parra, Beatriz MD | III | ICD-9 | V70.2 | 06/30/2015 | Resolved | 11/14/2019 |
| 06/30/2015 15:31 EST  Arriola, Lemuel MD | III | ICD-9 | V70.2 | 06/30/2015 | Current | 06/30/2015 |
| Routine gynecological examination | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | V72.31 | 09/18/2015 | Resolved | 09/18/2015 |
| 09/18/2015 12:01 EST  Gillman, Diana MD | III | ICD-9 | V72.31 | 09/18/2015 | Resolved | 09/18/2015 |
| Encounter for Papanicolaou cervical smear | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | V72.32 | 08/09/2013 | Resolved | 06/24/2015 |
| 06/24/2015 10:35 EST  Lauring, Sandra MD/CD | III | ICD-9 | V72.32 | 08/09/2013 | Resolved | 06/24/2015 |
| 08/09/2013 13:53 EST  Been, Candace PA-C | III | ICD-9 | V72.32 | 08/09/2013 | Current | 08/09/2013 |
| Encounter for exam and observation following alleged adult rape [PREA Exam] | | | | | | |
| 11/14/2019 14:46 EST  Parra, Beatriz MD | | ICD-10 | Z0441 | 04/11/2016 | Resolved | 11/14/2019 |
| 04/11/2016 13:58 EST  Blume, M. RN, ANP-BC, GNP-BC | | ICD-10 | Z0441 | 04/11/2016 | Current | |
| Bariatric surgery status | | | | | | |
| 09/01/2016 08:16 EST  Cline, Lynette PA-C | | ICD-10 | Z9884 | 09/01/2016 | Resolved | 09/01/2016 |
| Other specified postprocedural states | | | | | | |
| 04/09/2018 15:08 EST  Griffin, Richard MD/CD | | ICD-10 | Z9889 | 03/03/2017 | Resolved | 04/09/2018 |
| 03/03/2017 08:59 EST  Holinsworth, Leslie DO | | ICD-10 | Z9889 | 03/03/2017 | Current | |

**Total:** 76

# Bureau of Prisons
## Health Services
### Treatments

| Begin Date: | 07/27/2019 | | End Date: | 07/27/2020 | |
| Reg #: | 22253-031 | | Inmate Name: | READ-FORBES, MENDY | |

| Date | Time | Treatment | Provider | Status |
|------|------|-----------|----------|--------|
| 07/01/2020 | 10:23 CRW | EKG | Tamez, Ariel LVN | Unavailable |
| | **Orig Entered:** 07/01/2020 11:23 EST | Tamez, Ariel LVN | | |
| 02/24/2020 | 10:42 CRW | EKG | Tamez, Ariel LVN | Completed |
| | **Orig Entered:** 02/24/2020 11:42 EST | Tamez, Ariel LVN | | |
| 08/28/2019 | 10:54 CRW | EKG | Tamez, Ariel LVN | Completed |
| | **Orig Entered:** 08/28/2019 11:54 EST | Tamez, Ariel LVN | | |

**Total:** 3

# Bureau of Prisons
# Health Services
# Vision Screens

| Reg #: 22253-031 | Inmate Name: READ-FORBES, MENDY |
|---|---|

**Vision Screen on** 03/23/2020 14:15

**Blindness:**

| **Distance Vision:** OD: 20/50 | OS: 20/30 | OU: |
|---|---|---|
| **Near Vision:** OD: | OS: | OU: |

**With Corrective**

| **Distance Vision:** OD: | OS: | OU: |
|---|---|---|
| **Near Vision:** OD: | OS: | OU: |

**Present Glasses - Distance**

| | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|
| **R:** | | | | |
| **L:** | | | | |

**Refraction - Distance**

| | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|
| **R:** | -0.75 | -0.50 | 76 | +1 |
| **L:** | 0.00 | -1.00 | 109 | +1 |

**Color Test:**

**Tonometry:**   R:  13        L:  15

**Comments:**  44 yo WF
Ohx: none, lasik 2002
FOhx: None

**Orig Entered:**  03/23/2020 15:20 EST   Bass, John OD

| Reg #:  22253-031 | Inmate Name:  READ-FORBES, MENDY |
|---|---|

**Vision Screen on** 07/23/2018 12:13

**Blindness:**

| **Distance Vision:** OD: 20/30 | OS: 20/30 | OU: 20/25 |
|---|---|---|
| **Near Vision:** OD: 20/20 | OS: 20/20 | OU: 20/20 |

**With Corrective**

| **Distance Vision:** OD: 20/20 | OS: 20/20 | OU: 20/20 |
|---|---|---|
| **Near Vision:** OD: | OS: | OU: |

| **Present Glasses - Distance** | | | | **Refraction - Distance** | | | |
|---|---|---|---|---|---|---|---|
| Sphere | Cylinder | Axis | Add | Sphere | Cylinder | Axis | Add |
| **R:** | | | | **R:**  -0.50 | | | |
| **L:** | | | | **L:**  -0.50 | | | |

**Color Test:**

**Tonometry:**  R:  15        L:  15

**Comments:** GAT
              PD 54/54

**Orig Entered:**  07/23/2018 13:25 EST   Coshatt, Randy S Optometrist

Reg #: 22253-031                          Inmate Name:  READ-FORBES, MENDY

**Vision Screen on** 10/20/2017 13:53

  **Blindness:**

**Distance Vision:** OD: 20/50                OS: 20/40                          OU: 20/40

  **Near Vision:**      OD:                        OS:                              OU: 20/20

  **With Corrective**

**Distance Vision:** OD:                        OS:                              OU:

  **Near Vision:**      OD:                        OS:                              OU:

  **Present Glasses - Distance**                        **Refraction - Distance**

| | Sphere | Cylinder | Axis | Add | | | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|---|
| **R:** | | | | | | **R:** | -1.25 | -0.50 | 90 | |
| **L:** | | | | | | **L:** | -0.50 | -1.00 | 115 | |

**Color Test:**  Normal

**Tonometry:**  R:  12        L:  14

**Comments:**  tonometry by tonopen
                VA c refraction OD 20/20 OS 20/20

  **Orig Entered:**  10/20/2017 13:55 EST   Sommer, Jennifer OD

Reg #:  22253-031                    Inmate Name:  READ-FORBES, MENDY

**Vision Screen on** 12/01/2015 10:27

  **Blindness:**

  **Distance Vision: OD:** 20/40                    OS:  20/40                    OU:  20/40

  **Near Vision:**     OD:                    OS:                    OU:

  **With Corrective**

  **Distance Vision: OD:**                    OS:                    OU:

  **Near Vision:**     OD:                    OS:                    OU:

  **Present Glasses - Distance**                    **Refraction - Distance**

        Sphere     Cylinder     Axis        Add                Sphere     Cylinder     Axis        Add

  **R:**                                        **R:**

  **L:**                                        **L:**

  **Color Test:**

  **Tonometry:**   R:                L:

  **Comments:**

    **Orig Entered:**   12/01/2015 11:29 EST   Trio, D. RN

| UNICOR, Federal Prison Industries, Inc.<br>Federal Correctional Institution<br>Box 767 Old NC 75<br>Butner, NC 27509<br>919-575-2050  FAX (919) 575-6280 | **UNICOR USE ONLY** |
|---|---|

| Method of Payment: | ☐ Credit Card | Job Number: |
|---|---|---|
| | ☐ Purchase Order | Tray Number: |

Agency: BOP, CARSWELL FMC          Phone: 8177824000

FORT WORTH, Texas 76127

| Cost Breakdown<br>Lenses | | Patient Name/No:<br>READ-FORBES, MENDY<br>22253-031 |
|---|---|---|
| Frame | | |
| Extra | | Ship To:<br>CARSWELL FMC<br>NAVAL AIR STATION<br>FORT WORTH, Texas 76127 |
| Extra | | |
| Extra | | |
| Total | | |

| | | Sphere | Cylinder | Axis | Prism | Direction | Tint |
|---|---|---|---|---|---|---|---|
| Distance | R | -0.75 | -0.50 | 76 | | | ☐ # 1 |
| | L | 0.00 | -1.00 | 109 | | | ☐ # 2 |
| Bifocal Power | R | | Segment Instructions | | Pupillary Width (PD) | | ☐ # 3 |
| | | | Height | Width | Dist | Near | Color of Tint: |
| | L | | R | | R 28.5 | R 26.5 | ☐ Transition |
| | | | L | | L 28.5 | L 26.5 | |

| [X] Polycarbonate | Straight Top ☐ | Executive Type ☐ | Round ☐ | Trifocal<br>☐ 7 x 28<br>☐ 8 x 35 | ☐ UV Coat |
|---|---|---|---|---|---|
| ☐ Plastic | ☐ 28  ☐ 35 | | | Progressive<br>☐ No line | ☐ Scratch Coat |

| Frame Style<br>FC 704 | Color<br>Brown | Eye Size<br>49 | Bridge Size<br>18 | Temple Length and Style<br>140 |
|---|---|---|---|---|

| SPECIAL INSTRUCTIONS | ☐ Lens only<br>☐ Frame only | ☐ Sideshields (Safety Frame only)<br>☐ Clip-on<br>☐ Permanent |
|---|---|---|

Completed by Bass, John OD on 03/23/2020 14:23

## Bureau of Prisons
## Health Services
## Immunizations

| Begin Date: | 07/27/2019 | | End Date: | 07/27/2020 | | | | |
|---|---|---|---|---|---|---|---|---|
| Reg #: | 22253-031 | | Inmate Name: | READ-FORBES, MENDY | | | | |

| Immunization | Immunization Date | Administered | Location | Dosage | Drug Mfg. | Lot # | Exp Date |
|---|---|---|---|---|---|---|---|
| Influenza - Immunization | 11/13/2019 | Now | Right Deltoid | 0.5mL | GSK | HY2XM | 07/31/2020 |
| FLUARIX | | | | | | | |

**Orig Entered:** 11/13/2019 10:58 EST   Downing, Bryan RN/IDC

**Total:** 1

## Bureau of Prisons
## Health Services
## Medical Duty Status

Reg #:   22253-031                          Inmate Name:  READ-FORBES, MENDY

**Housing Status**

___ confined to the living quarters except  ___meals     ___ pill line    ___treatments       Exp. Date: _____

___ on complete bed rest:    ___bathroom privileges only                          Exp. Date: _____

_X_ cell:    ___cell on first floor    ___single cell  _X_lower bunk   ___airborne infection isolation   Exp. Date:  07/26/2021

___ other: _____       Exp. Date: _____

**Physical Limitation/Restriction**

___ all sports                                             Exp. Date: _____

___ weightlifting:    ___upper body    ___lower body                    Exp. Date: _____

___ cardiovascular exercise:   ___running  ___jogging  ___walking   ___softball        Exp. Date: _____
                ___football   ___basketball  ___handball   ___stationary equipment

___ other: _____       Exp. Date: _____

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Resistive Exercise Band(s) | 07/22/2019 | 07/22/2020 | |
| yellow tband | | | |
| Brace - knee | 04/11/2019 | 08/26/2019 | |
| Eye Glasses | 01/04/2018 | | |
| Eye Glasses | 08/02/2016 | | |
| Brace - wrist | 09/11/2015 | | |

**Work Restriction / Limitation:**

Cleared for Food Service:   **Yes** _____

_X_  No Restrictions

**Comments:**  medical care level 1
         please allow to use the PT Bike in Recreation.  Exp Date: 12/4/20

_____**Tamez, Ariel LVN**_____        **07/26/2020**
Health Services Staff                                           Date

Inmate Name:      **READ-FORBES, MENDY**_____ Reg #:   **22253-031**    Quarters:   **Z01**

*ALL EXPIRATION DATES ARE AT 24:00*

# Bureau of Prisons
## Health Services
### Medical Duty Status

Reg #: 22253-031　　　　　　　Inmate Name: READ-FORBES, MENDY

**Housing Status**

__ confined to the living quarters except __ meals　　__ pill line　__ treatments　　Exp. Date: _____

__ on complete bed rest: __ bathroom privileges only　　　　　　　　Exp. Date: _____

**X** cell: __ cell on first floor __ single cell **X** lower bunk __ airborne infection isolation　　Exp. Date: 07/17/2020

__ other: _____　　　　　　　　　　　　　　　　　　　　　Exp. Date: _____

**Physical Limitation/Restriction**

__ all sports　　　　　　　　　　　　　　　　　　　　　　　Exp. Date: _____

__ weightlifting: __ upper body　__ lower body　　　　　　　　　　Exp. Date: _____

__ cardiovascular exercise: __ running __ jogging __ walking __ softball　　Exp. Date: _____
　　　　　　　__ football __ basketball __ handball __ stationary equipment

__ other: _____　　　　　　　　　　　　　　　　　　　　Exp. Date: _____

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Resistive Exercise Band(s) | 07/22/2019 | 07/22/2020 | |
| yellow tband | | | |
| Brace - knee | 04/11/2019 | 08/26/2019 | |
| Eye Glasses | 01/04/2018 | | |
| Eye Glasses | 08/02/2016 | | |
| Brace - wrist | 09/11/2015 | | |

**Work Restriction / Limitation:**

Cleared for Food Service: **Yes**

| Restriction | Expiration Date |
|---|---|
| No Upper Bunk | 07/17/2020 |
| No Climbing | 07/17/2020 |

**Comments:** medical care level 1
　　　　　please allow to use the PT Bike in Recreation. Exp Date: 12/4/20

　　　　　　　　　**Tamez, Ariel LVN**　　　　　　　　　　**04/17/2020**
Health Services Staff　　　　　　　　　　　　　　　　　　Date

Inmate Name:　**READ-FORBES, MENDY**　　Reg #:　**22253-031**　Quarters:　**Z01**

*ALL EXPIRATION DATES ARE AT 24:00*

## Bureau of Prisons
## Health Services
## Medical Duty Status

Reg #:   22253-031                              Inmate Name:  READ-FORBES, MENDY

**Housing Status**

__ confined to the living quarters except __meals      __ pill line    __ treatments      Exp. Date: _____

__ on complete bed rest: _____ bathroom privileges only                              Exp. Date: _____

__ cell: __cell on first floor __single cell __lower bunk __airborne infection isolation      Exp. Date: _____

__ other: _____                                                      Exp. Date: _____

**Physical Limitation/Restriction**

__ all sports                                                                      Exp. Date: _____

__ weightlifting: __upper body    __lower body                                    Exp. Date: _____

__ cardiovascular exercise: __running __jogging __walking __softball               Exp. Date: _____
          __football __basketball __handball __stationary equipment

__ other: _____                                                      Exp. Date: _____

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Resistive Exercise Band(s) | 07/22/2019 | 07/22/2020 | |
| yellow tband | | | |
| Brace - knee | 04/11/2019 | 08/26/2019 | |
| Eye Glasses | 01/04/2018 | | |
| Eye Glasses | 08/02/2016 | | |
| Brace - wrist | 09/11/2015 | | |

**Work Restriction / Limitation:**

Cleared for Food Service:  **Yes**

| Restriction | Expiration Date |
|---|---|
| No Upper Bunk | 05/15/2020 |

**Comments:**   medical care level 1
          please allow to use the PT Bike in Recreation.  Exp Date: 12/4/20
          Bottom bunk (SHU only) (start 4-17-20) (end 5-15-20)

| Tamez, Ariel LVN | 04/17/2020 |
|---|---|
| Health Services Staff | Date |

Inmate Name:      **READ-FORBES, MENDY**      Reg #:    **22253-031**    Quarters:    **Z01**

*ALL EXPIRATION DATES ARE AT 24:00*

# Bureau of Prisons
## Health Services
## Medication Summary
### Historical

| | | | | | |
|---|---|---|---|---|---|
| Complex: | CRW--CARSWELL FMC | | Begin Date: 07/27/2019 | End Date: | 07/27/2020 |
| Inmate: | READ-FORBES, MENDY | | Reg #: 22253-031 | Quarter: | Z01-903UAD |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**                         Denied

## Active Prescriptions

Acetaminophen 325 MG Tab

Take two tablets (650 MG) by mouth three times daily AS NEEDED covid symptoms

| **Rx#:** | 693616-CRW | **Doctor:** Shackelford, Janet M.D. | |
|---|---|---|---|
| **Start:** | 07/20/20 | **Exp:** 08/10/20 | **Pharmacy Dispensings:** 60 TAB in 7 days |

Acetaminophen/Codeine 300/30MG Tab UD

Take one tablet  by mouth twice daily AS NEEDED for dental pain ***pill line*** ***crush/empty*** *Float in Water* ***pill line***

| **Rx#:** | 687552-CRW | **Doctor:** Samuel, Tom DDS | |
|---|---|---|---|
| **Start:** | 05/18/20 | **Exp:** 05/19/20 | **Pharmacy Dispensings:** 0 TAB in 70 days |

Amoxicillin 500 MG Cap

Take one capsule (500 MG) by mouth three times daily until all taken

| **Rx#:** | 672005-CRW | **Doctor:** Fisher, Catherine NP-C | |
|---|---|---|---|
| **Start:** | 12/20/19 | **Exp:** 12/30/19 | **Pharmacy Dispensings:** 30 CAP in 220 days |

Citalopram 20 MG Tab

Take one tablet (20 MG) by mouth each day *consent form on file *

| **Rx#:** | 633230-CRW | **Doctor:** Cherry, Judith S. DO | | |
|---|---|---|---|---|
| **Start:** | 01/28/19 | **Exp:** 01/28/20 | **D/C:** 01/23/20 | **Pharmacy Dispensings:** 328 TAB in 546 days |

Clindamycin HCl 300 MG Cap

Take one capsule (300 MG) by mouth three times daily until all taken

| **Rx#:** | 687429-CRW | **Doctor:** Robinson-Brown, La Tonjia Chelese MD | |
|---|---|---|---|
| **Start:** | 05/15/20 | **Exp:** 05/25/20 | **Pharmacy Dispensings:** 30 CAP in 73 days |

Doxycycline Hyclate 100 MG Cap

Take one capsule (100 MG) by mouth twice daily until all taken

| **Rx#:** | 679785-CRW | **Doctor:** Langham, Charles MD/CD | |
|---|---|---|---|
| **Start:** | 03/06/20 | **Exp:** 03/13/20 | **Pharmacy Dispensings:** 14 CAP in 143 days |

guaiFENesin ER Tab 12 Hr 600 MG UD

Take one tablet (600 MG) by mouth twice daily AS NEEDED for for cough **non-formulary approved until: 8/4/2020

| **Rx#:** | 693709-CRW | **Doctor:** Shackelford, Janet M.D. | |
|---|---|---|---|
| **Start:** | 07/21/20 | **Exp:** 08/04/20 | **Pharmacy Dispensings:** 28 Tab in 6 days |

| Complex: | CRW--CARSWELL FMC | Begin Date: | 07/27/2019 | End Date: | 07/27/2020 |
|---|---|---|---|---|---|
| Inmate: | READ-FORBES, MENDY | Reg #: | 22253-031 | Quarter: | Z01-903UAD |

## Active Prescriptions

Ibuprofen 800 MG Tab
Take one tablet (800 MG) by mouth three times daily for dental pain
**Rx#:** 683084-CRW   **Doctor:** Larry, Stephen DDS
**Start:** 04/03/20   **Exp:** 04/08/20   **Pharmacy Dispensings:** 15 TAB in 115 days

Ibuprofen 800 MG Tab
Take one tablet (800 MG) by mouth three times daily for dental pain
**Rx#:** 687390-CRW   **Doctor:** Larry, Stephen DDS
**Start:** 05/15/20   **Exp:** 05/20/20   **D/C:** 05/19/20   **Pharmacy Dispensings:** 15 TAB in 73 days

Ibuprofen 800 MG Tab
Take one tablet (800 MG) by mouth three times daily for dental pain
**Rx#:** 687651-CRW   **Doctor:** Samuel, Tom DDS
**Start:** 05/19/20   **Exp:** 05/23/20   **Pharmacy Dispensings:** 12 TAB in 69 days

Ibuprofen 600 MG Tab
Take one tablet (600 MG) by mouth as a one time dose -- ihp rx
**Rx#:** 690070-CRW   **Doctor:** Bollinger, Timothy DO
**Start:** 06/14/20   **Exp:** 06/14/20   **Pharmacy Dispensings:** 0 TAB in 43 days

Ibuprofen 800 MG Tab
Take one tablet (800 MG) by mouth three times daily AS NEEDED for acute pain
**Rx#:** 690128-CRW   **Doctor:** Okoh, Chucky FNP-C
**Start:** 06/15/20   **Exp:** 06/20/20   **Pharmacy Dispensings:** 15 TAB in 42 days

Mirtazapine 15 MG Tab
Take one tablet (15 MG) by mouth at bedtime each day ***self carry*** *consent form on file *
**Rx#:** 690435-CRW   **Doctor:** Meisamy, Lili D.O.
**Start:** 06/17/20   **Exp:** 12/14/20   **Pharmacy Dispensings:** 60 tab in 40 days

OXcarbazepine 300 MG Tab
Take one tablet (300 MG) by mouth twice daily for  mood ***pill line*** *Float in Water* *consent form on file * ***pill line***
**Rx#:** 690434-CRW   **Doctor:** Meisamy, Lili D.O.
**Start:** 06/17/20   **Exp:** 12/14/20   **Pharmacy Dispensings:** 60 TAB in 40 days

Penicillin VK 500 MG Tab
Take one tablet (500 MG) by mouth every six hours until gone
**Rx#:** 687391-CRW   **Doctor:** Larry, Stephen DDS
**Start:** 05/15/20   **Exp:** 05/22/20   **D/C:** 05/18/20   **Pharmacy Dispensings:** 28 TAB in 73 days

Triamterene/ HCTZ 37.5 MG/25 MG Tab
Take one tablet  by mouth each day to control blood pressure
**Rx#:** 649289-CRW   **Doctor:** Marri, Sudha FNP

| Complex: | CRW--CARSWELL FMC | | Begin Date: | 07/27/2019 | End Date: | 07/27/2020 |
|---|---|---|---|---|---|---|
| Inmate: | READ-FORBES, MENDY | | Reg #: | 22253-031 | Quarter: | Z01-903UAD |

## Active Prescriptions
**Start:** 06/04/19    **Exp:** 08/03/19    **Pharmacy Dispensings:** 60 TAB in 419 days

Triamterene/ HCTZ 37.5 MG/25 MG Tab
Take one tablet by mouth each day to control blood pressure
**Rx#:** 658394-CRW    **Doctor:** Wright, Angie RN, MSN, NP-C
**Start:** 08/15/19    **Exp:** 02/11/20    **Pharmacy Dispensings:** 180 TAB in 347 days

Triamterene/ HCTZ 37.5 MG/25 MG Tab
Take one tablet by mouth each day to control blood pressure
**Rx#:** 677056-CRW    **Doctor:** Fisher, Catherine NP-C
**Start:** 02/11/20    **Exp:** 08/09/20    **Pharmacy Dispensings:** 168 TAB in 167 days

Venlafaxine ER/XR 24 Hour Cap  75 MG
Take three capsules (225 MG) by mouth each day *consent form on file *
**Rx#:** 675043-CRW    **Doctor:** Meisamy, Lili D.O.
**Start:** 02/13/20    **Exp:** 07/21/20    **D/C:** 06/30/20    **Pharmacy Dispensings:** 477 CAP in 165 days

Venlafaxine ER/XR 24 Hour Cap  37.5 MG
Take one capsule (37.5 MG) each day for 7 days taper up---Take two capsules (75 MG) by mouth each day for 7 days taper up---Take four capsules (150 MG) by mouth each day for 7 days taper up then request new RX via computer refill
**Rx#:** 675044-CRW    **Doctor:** Meisamy, Lili D.O.
**Start:** 01/23/20    **Exp:** 02/13/20    **Pharmacy Dispensings:** 49 CAP in 186 days

Venlafaxine ER/XR 24 Hour Cap  75 MG
Take three capsules (225 MG) by mouth each day *consent form on file *
**Rx#:** 691444-CRW    **Doctor:** Meisamy, Lili D.O.
**Start:** 06/30/20    **Exp:** 12/27/20    **Pharmacy Dispensings:** 90 CAP in 27 days

Cyanocobalamin (Vit B-12) 1000 MCG/ML Inj 1 ml
Inject 1000mcg (1 ml) Intra-Muscularly every month on the 6th clinic ***pill line***
**Rx#:** 653499-CRW    **Doctor:** Sotayo, O. APRN,FNP-C
**Start:** 07/09/19    **Exp:** 10/07/19    **D/C:** 08/15/19    **Pharmacy Dispensings:** 0 ML in 384 days

Cyanocobalamin (Vit B-12) 1000 MCG/ML Inj 1 ml
Inject 1000mcg (1 ml) Intra-Muscularly every month on the 6th clinic ***pill line***
**Rx#:** 658392-CRW    **Doctor:** Wright, Angie RN, MSN, NP-C
**Start:** 08/15/19    **Exp:** 10/14/19    **Pharmacy Dispensings:** 0 ML in 347 days

Cyanocobalamin (Vit B-12) 1000 MCG/ML Inj 1 ml
Inject 1000mcg (1 ml) Intra-Muscularly every month on the 6th clinic ***pill line***
**Rx#:** 667321-CRW    **Doctor:** Okoh, Chucky FNP-C
**Start:** 11/07/19    **Exp:** 02/05/20    **Pharmacy Dispensings:** 0 ML in 263 days

Cyanocobalamin (Vit B-12) 1000 MCG/ML Inj 1 ml

| Complex: | CRW--CARSWELL FMC | Begin Date: | 07/27/2019 | End Date: | 07/27/2020 |
|---|---|---|---|---|---|
| Inmate: | READ-FORBES, MENDY | Reg #: | 22253-031 | Quarter: | Z01-903UAD |

## Active Prescriptions

Inject 1000mcg (1 ml) Intra-Muscularly every month on the 6th clinic ***pill line***

| **Rx#:** | 677055-CRW | **Doctor:** Fisher, Catherine NP-C | |
|---|---|---|---|
| **Start:** | 02/11/20 | **Exp:** 05/11/20 | **Pharmacy Dispensings:** 0 ML in 167 days |

Cyanocobalamin (Vit B-12) 1000 MCG/ML Inj 1 ml

Inject 1000mcg (1 ml) Intra-Muscularly every month on the 6th clinic ***pill line***

| **Rx#:** | 689525-CRW | **Doctor:** Robinson-Brown, La Tonjia Chelese MD | |
|---|---|---|---|
| **Start:** | 06/08/20 | **Exp:** 09/06/20 | **Pharmacy Dispensings:** 0 ML in 49 days |

Cyanocobalamin (Vit B-12) 1000 MCG/ML Inj 1 ml

Inject 1000mcg (1mL) Intra-Muscularly as a one-time dose today ***pill line***

| **Rx#:** | 689526-CRW | **Doctor:** Robinson-Brown, La Tonjia Chelese MD | |
|---|---|---|---|
| **Start:** | 06/08/20 | **Exp:** 06/08/20 | **Pharmacy Dispensings:** 0 ML in 49 days |

Ketorolac Tromethamine IM Soln 60 MG/2ML Vial

Inject 60 mg (2 ml) Intra-Muscularly as a one time dose - administered in clinic ***pill line***

| **Rx#:** | 690648-CRW | **Doctor:** Robinson-Brown, La Tonjia Chelese MD | |
|---|---|---|---|
| **Start:** | 06/18/20 | **Exp:** 06/18/20 | **Pharmacy Dispensings:** 0 ml in 39 days |

## Active OTC

| Medication | OTC Source | Start Date | Stop Date |
|---|---|---|---|
| Calcium Polycarbophil 625 MG Tab | Commissary-Recommended | 03/06/2020 | |
| **Order Details:** one tab bid with 8 oz water | | | |
| multiple vitamins | Commissary-Recommended | 04/09/2018 | |
| **Order Details:** 1 a day | | | |

# Bureau of Prisons
## Health Services
## Dental Health History Screen

| | |
|---|---|
| Inmate Name: READ-FORBES, MENDY | Reg #: 22253-031 |
| Date of Birth: ▮▮▮▮ 1975    Sex: F   Race: WHITE | Facility: CRW |
| Encounter Date: 05/18/2020 09:28   Provider: Samuel, Tom DDS | Unit: 103 |

## ASSESSMENTS:

**Health Problems as of Dental Health History Encounter date:** 05/18/2020 09:28

**Health Problems**

| Health Problem | Status |
|---|---|
| Personality Disorder<br>with borderline traits, WORSENING | Current |
| Depressive DO, not elsewhere classified<br>In partial remission on an antidepressant | Current |
| Open angle with borderline findings<br>large optic nerve cupping both eyes | Current |
| Postgastric surgery syndromes<br>Labs are normal, suspect dumping syndrome. Will recommend fiber. | Current |
| Deferred | Current |
| Psychosocial and environmental problems | Current |
| Benign neoplasm of unspecified ovary<br>12/2019 4.4 cm right adnexial cyst on CT | Current |
| Vitamin B12 deficiency anemia<br>HBG 13.1 cells size normal on B12 supplement. | Current |
| Nutritional anemia, unspecified<br>Iron 75 mg/dl Sep 2019. (secondary to h/o gastric bypass). | Current |
| Vitamin D deficiency<br>Vitamin D 20 ( normal on February 2019) | Current |
| Unspecified Trauma- And Stressor-Related Disorder | Current |
| Narcissistic Personality Disorder | Current |
| Borderline personality disorder | Current |
| Unspecified disorder of adult personality and behavior<br>Compulsive Lying Disorder | Current |
| GAF 51 - 70 | Current |
| Myopia<br>stable | Current |
| Astigmatism | Current |
| Otitis media | Current |
| Periapical abscess without sinus<br>#3 | Current |
| Liver disease, unspecified<br>Diffuse Fatty Liver w/ normal LFT's | Current |
| Carbuncle, unspecified<br>left inner gluteal/ vulvar area | Current |
| Other instability, unspecified joint<br>Left knee | Current |
| Pain in unspecified joint<br>Knee and ankle | Current |
| Trigger finger, unspecified finger<br>left thumb | Current |
| Dysplasia of cervix uteri, unspecified | Current |

| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | 1975 | Sex:  F | Race:  WHITE | Facility: | CRW |
| Encounter Date: | 05/18/2020 09:28 | Provider: | Samuel, Tom DDS | Unit: | 103 |

| Health Problem | Status |
|---|---|
| 02/16-CIN only per biopsy report.09/15-LGSIL +HPV CIN 2-3 on TVH specimen 2017, refused paps since. | |
| Unsp cond assoc w female genital organs and menstrual cycle | Current |
| Genital Boil ??--Will place on call out to exam. | |
| No Diagnosis | Current |
| Diarrhea, unspecified | Current |
| Examination of eyes and vision | Current |
| myopia | |
| Malingerer [conscious simulation] | Current |
| Acquired absence of both cervix and uterus | Current |
| Patient's noncompliance with other medical treatment and regimen | Current |
| CIN 2-3 on TVH specimen 2017, refused paps since. | |
| Bariatric surgery status | Current |
| Row in Y surgery followed by total body lift | |
| Bipolar disorder | Remission |
| WORSENING | |
| Anxiety state, unspecified | Remission |
| Carpal tunnel syndrome | Remission |
| Hypertension, Benign Essential | Remission |
| BP 126/89 on 11/14/2019 on Triamtirene / HCTZ 37.5/25 Cholesterol 167 ldl 93 GFR >60 | |
| Acute postoperative pain, other | Resolved |
| Dental caries extending into pulp | Resolved |
| Pulpitis | Resolved |
| Acute apical periodontitis of pulpal origin | Resolved |
| Periapical abscess without sinus | Resolved |
| Retained dental root | Resolved |
| Unsatisfactory restoration of existing tooth | Resolved |
| Excessive or frequent menstruation | Resolved |
| Other atopic dermatitis and related conditions | Resolved |
| Hand, Pain in joint | Resolved |
| bilateral | |
| Extremity, Pain in limb | Resolved |
| Other general symptoms | Resolved |
| Deferred | Resolved |
| Candidiasis of vulva and vagina | Resolved |
| Unspecified Personality Disorder | Resolved |
| With Borderline Traits | |
| Dental caries | Resolved |
| Retained dental root | Resolved |
| Extraction #2(upper right 2nd molar). Retained roots. | |
| Retained dental root | Resolved |
| #29. | |
| Cellulitis and abscess of mouth | Resolved |
| LRQ. | |
| Endometriosis, unspecified | Resolved |
| Noninflammatory disorder of vulva and perineum, unspecified | Resolved |
| vaginal candidiasis (mild) | |

| Inmate Name: | READ-FORBES, MENDY | | | | | Reg #: | 22253-031 |
| Date of Birth: | ▉/1975 | Sex: | F | Race: | WHITE | Facility: | CRW |
| Encounter Date: | 05/18/2020 09:28 | Provider: | | Samuel, Tom DDS | | Unit: | I03 |

| Health Problem | Status |
|---|---|
| Abnormal uterine and vaginal bleeding, unspecified | Resolved |
| Unspecified abdominal pain | Resolved |
| Pain, unspecified | Resolved |
| Pain, unspecified | Resolved |
| Sprain of knee | Resolved |
|    Left knee | |
| Sprain of ligament of ankle | Resolved |
| Routine general med exam at a healthcare facility | Resolved |
| Gen psych exam, see health prob list | Resolved |
| Routine gynecological examination | Resolved |
| Encounter for Papanicolaou cervical smear | Resolved |
| Encounter for exam and observation following alleged adult rape [PREA Exam] | Resolved |
| Bariatric surgery status | Resolved |
| Other specified postprocedural states | Resolved |

**Medical History as of Dental Health History Encounter date:**   05/18/2020 09:28
**Medical History:**

**Allergies:**                    Denied

**Seizures:**

   **Type:**                    Other

   **Frequency:**                    None for last 5 years or longer

   **Age of Onset:**                    Adult (31-40 Years)

   **Last Seizure:**                    None for last 5 years or longer

   **Comments:** Grand MAL

        \*\*inmate states that it has been questioned that it is due to lithium levels

        2013-Incident occurred when pt. was 37.  Pt. was taking Lithium for bipolar disorder.  Pt. stated that there was an overdose incident which led seizure which stopped by itself.  Pt. stated that her Lithium was 1.7 which was much higher than it was suppose 1.2 to be for her.  Her stomach was "pumped" and pt. was taken off of Lithium.  Pt. has not had any seizure since.

**Diabetes:**                    Denied

**Cardiovascular:**                    Denied

**CVA:**                    Denied

**Hypertension:**

   **Age of Onset:**                    Adult (31-40 Years)

   **Comments:** takes hctz

**Respiratory:**                    Denied

**Sickle Cell Anemia:**                    Denied

| Inmate Name: | READ-FORBES, MENDY | | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|---|
| Date of Birth: | /1975 | Sex: F | Race: WHITE | | Facility: | CRW |
| Encounter Date: | 05/18/2020 09:28 | Provider: | Samuel, Tom DDS | | Unit: | I03 |

**Carcinoma/Lymphoma:**

| **Primary Site** | **Current Treatment** | **Past Treatment** | **Diagnosed** |
|---|---|---|---|
| Cervical | Surgery | Surgery | |
| **Comments:** | | | |
| Cervical | None | Surgery | 2015 |

**Comments:** Hysterectomy performed on 2017 for resolution.

**HIV History:**

| **When Tested:** | 2019 |
|---|---|
| **Test Result:** | Negative |
| **When Diagnosed AIDS:** | |
| **Last CD4:** | |
| **Comments:** | |

**Hepatitis:**  Denied

**Other Infectious Diseases:**

| **Syphilis:** | No |
|---|---|
| **Syphilis Last Treatment:** | N/A |
| **Genital Warts:** | No |
| **Chlamydia:** | No |
| **Gonorrhea:** | No |
| **Herpes:** | No |
| **Chicken Pox:** | Yes |
| **Other:** | Yes |

**Comments:**  chicken pox when a child
shingles 2014

| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|
| Date of Birth: | 1975 | Sex: F | Race: WHITE | Facility: | CRW |
| Encounter Date: 05/18/2020 09:28 | | Provider: | Samuel, Tom DDS | Unit: | I03 |

**Other Health Issues:**

**Other Medical Conditions And Treatment:** 2019-"Spots" found on liver. Currently waiting for resolution of CoVID National emergency for further evaluation.

2017-Hysterectomy.

2012-Full body lift(waist line) without complications.

2005-Breast augmentation without complications.

2005-C-section without complications.

2004-Gastric bypass surgery without complications. Pernicious anemia as a sequalae of surgery.

2004-Removal of extra skin from leg and arms.

2004/2005-Tummy tucks x2 without complications

2003-Gallbladder removal due to gallstones.

2000/2001-Hernia repair.

**Current Medical Conditions:**

**Other Current Treatments:**

**Pregnant:** No

**Dental Observations as of Dental Health History Encounter date:** 05/18/2020 09:28

**History:**

| | |
|---|---|
| **Alcohol:** | Yes |
| **Methamphetamine:** | No |
| **Tobacco products:** | No |
| **Other drugs:** | No |
| **Sensitive teeth:** | Yes |
| **Bleeding gums:** | Yes |
| **Food impaction:** | No |
| **Pain around ear:** | Yes |
| **Toothache:** | Yes |
| **Wear partial dentures:** | No |
| **Unusual sounds while eating:** | No |
| **Snoring:** | No |
| **Blisters on lips or mouth:** | No |
| **Clenching or grinding:** | No |
| **Swelling or lumps in mouth/throat:** | No |
| **Burning tongue:** | No |
| **Bad breath:** | No |
| **Decayed teeth:** | Yes |

| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|
| Date of Birth: | ████/1975 | Sex:   F | Race:   WHITE | Facility: | CRW |
| Encounter Date: | 05/18/2020 09:28 | Provider: | Samuel, Tom DDS | Unit: | I03 |

| | |
|---|---|
| **Loose teeth:** | Yes |
| **Wear dentures:** | No |
| **None:** | No |
| **Comments:** Etoh-Social use until 02/2015j | |
| **Cardiac Condition Requiring Prophylaxis:** | No |
| **Prosthetic joint(s):** | No |
| **Radiation history of head or neck:** | No |
| **Excessive bleeding:** | No |
| **Bisphosphonates:** | No |
| **Comments:** | |

**Medications as of Dental Health History Encounter date:**     05/18/2020 09:28

**Medications:**

Clindamycin HCl 300 MG Cap  Exp: 05/25/2020  SIG: Take one capsule (300 MG) by mouth three times daily until all taken

Ibuprofen 800 MG Tab  Exp: 05/20/2020  SIG: Take one tablet (800 MG) by mouth three times daily for dental pain

Triamterene/ HCTZ 37.5 MG/25 MG Tab  Exp: 08/09/2020  SIG: Take one tablet  by mouth each day to control blood pressure

Venlafaxine ER/XR 24 Hour Cap  75 MG  Exp: 07/21/2020  SIG: Take three capsules (225 MG) by mouth each day

*consent form on file *

**OTCs:  Listing of all known OTCs this inmate is currently taking.**

Calcium Polycarbophil 625 MG Tab (Fiber-con)

multiple vitamins

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| **Date Initiated** | **Format** | **Handout/Topic** | **Provider** | **Outcome** |
|---|---|---|---|---|
| 05/18/2020 | Counseling | Access to Care | Samuel, Tom | Verbalizes Understanding |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Samuel, Tom DDS on 05/18/2020 09:39

# Bureau of Prisons
## Health Services
## Dental Soap/Admin Encounter

| | | |
|---|---|---|
| Inmate Name: READ-FORBES, MENDY | | Reg #: 22253-031 |
| Date of Birth: ████ 1975 | Sex: F    Race: WHITE | Facility: CRW |
| Encounter Date: 05/19/2020 08:55 | Provider: Samuel, Tom DDS | Unit: I03 |

**Reviewed Health Status:** Yes

Follow-up Procedure encounter performed at Dental Clinic.

**SUBJECTIVE:**

**COMPLAINT 1**        **Provider:** Samuel, Tom DDS

**Chief**        Sick Call Follow-up

**Subjective:** ASA II pt. presents to dental clinic for f/u after extraction of decayed and infected teeth.

CC:"Everything feels better. I ran out of Ibuprofen and it is still very tender.

**Pain Location:**

**Pain Scale:** 2

**Pain**

**History of Trauma:**

**Onset:**

**Duration:**

**Exacerbating Factors:**

**Relieving Factors:**

**Comments:**

**OBJECTIVE:**

**Dental Findings:**

 **Gums/Periodontium**

  **Tooth #3**

   Healthy Appearance (Clinical Observation/Findings)(yes)

   Inflammation (Clinical Observation/Findings)(yes)

 **Gums/Periodontium**

  **Tooth #10**

   Healthy Appearance (Clinical Observation/Findings)(yes)

   Inflammation (Clinical Observation/Findings)(yes)

 **Gums/Periodontium**

  **Tooth #11**

   Healthy Appearance (Clinical Observation/Findings)(yes)

   Inflammation (Clinical Observation/Findings)(yes)

 **Gums/Periodontium**

  **Tooth #20**

   Healthy Appearance (Clinical Observation/Findings)(yes)

   Inflammation (Clinical Observation/Findings)(yes)

  CoVID screening(-)
  New on-set cough(-)
  New onset trouble speaking because of needing to take a breath(-)
  Chills(-)
  Repeated shaking with chills(-)
  Bodyaches(-)

| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|
| Date of Birth: | ███/1975 | Sex: F | Race: WHITE | Facility: | CRW |
| Encounter Date: | 05/19/2020 08:55 | Provider: | Samuel, Tom DDS | Unit: | I03 |

**Dental Findings:**

Sorethroat(-)
New loss of taste or smell(-)
Stuffy/runny nose(-)

Performed intraoral/extraoral exam.  Negative cancer screening.
BP taken twice since first reading was high.
Extraction sites #3, 10, 11, 20 healing without complications.
Slight swelling present which is normal for 24 hour f/u.
Swelling on right side of face has drastically improved.  No more ecchymosis present.
Sutures present.
Post op instructions given and understood by pt including continue soft food diet and finish antibiotic regimen.

All question answered and pt. in good disp.

NV:  1 week f/u.

**ASSESSMENTS:**

Dental caries extending into pulp, 521.03 - Resolved

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/19/2020 | 08:50 CRW | 96.7 | 35.9 | | Samuel, Tom DDS |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/19/2020 | 08:56 | 73 | | | Samuel, Tom DDS |
| 05/19/2020 | 08:50 | 69 | | | Samuel, Tom DDS |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/19/2020 | 08:56 CRW | 18 | Samuel, Tom DDS |
| 05/19/2020 | 08:50 CRW | 24 | Samuel, Tom DDS |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/19/2020 | 08:56 CRW | 137/89 | | | | Samuel, Tom DDS |
| 05/19/2020 | 08:50 CRW | 149/103 | | | | Samuel, Tom DDS |

**PROCEDURE:**

**Dental Procedures**

Universal Protocol Followed:  yes          Materials Discussed: yes          Radiograph(s) Reviewed:  yes

**Dental Procedures In Process/Completed During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| #3 | Examination, Limited | Completed |
| #10 | Examination, Limited | Completed |
| #11 | Examination, Limited | Completed |

| Inmate Name: READ-FORBES, MENDY | | | Reg #: 22253-031 |
|---|---|---|---|
| Date of Birth: ____ 1975 | Sex: F | Race: WHITE | Facility: CRW |
| Encounter Date: 05/19/2020 08:55 | Provider: Samuel, Tom DDS | | Unit: I03 |

## PROCEDURE:

### Dental Procedures

Universal Protocol Followed:   yes                    Materials Discussed: yes                    Radiograph(s) Reviewed: yes

**Dental Procedures In Process/Completed During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| #20 | Examination, Limited | Completed |

Comments: PCP contacted me stating that pt. will have a f/u with GI specialist in the future and at that time GERD findings will be discussed.

## PLAN:

**New Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | Ibuprofen Tablet | | 05/19/2020 08:55 |
| | **Prescriber Order:** | 800 Orally  -  three times a day x 4 day(s) | |
| | **Indication:** Dental caries extending into pulp | | |

**Discontinued Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| 687390-CRW | *Ibuprofen 800 MG Tab* | | *05/19/2020 08:55* |
| | **Prescriber Order:** | Take one tablet (800 MG) by mouth three times daily for dental pain | |
| | **Discontinue Type:** | *When Pharmacy Processes* | |
| | **Discontinue Reason:** *Duplicate Therapy* | | |
| | **Indication:** | | |

## Disposition:

Follow-up at Sick Call as Needed
Will Be Placed on Callout

## Other:

Patient was informed of today's procedure, benefits and risks were explained, understanding was confirmed, and consent for the procedure was granted prior to care.

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/19/2020 | Counseling | Access to Care | Samuel, Tom | Verbalizes Understanding |

**Copay Required:** No              **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Samuel, Tom DDS on 05/19/2020 09:03

# Bureau of Prisons
## Health Services
## Dental Soap/Admin Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | | Reg #: | 22253-031 |
| Date of Birth: | ▇▇▇/1975 | Sex: | F | Race: WHITE | Facility: | CRW |
| Note Date: | 05/18/2020 10:48 | Provider: | Samuel, Tom DDS | | Unit: | I03 |

**Reviewed Health Status:** Yes

Administrative Note encounter performed at Dental Clinic.

**Administrative Notes:**

  **ADMINISTRATIVE NOTE   1        Provider:** Samuel, Tom DDS

  admin note for soft diet order and pain meds post extractions.

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Acetaminophen/Codeine 300/30 MG Tablets | 05/18/2020 10:48 |

  **Prescriber Order:**   300mg Apap/30mg Codeine Orally  -   Two Times a Day PRN x 1 day(s) Pill
  Line Only -- Dispense drug crushed into powder and mixed in water

  **Indication:** Pulpitis

**Diet Orders:**

| Start Date | | Expiration Date |
|---|---|---|
| 05/18/2020 | Mechanical Soft | 05/22/2020 |

**Copay Required:** No        **Cosign Required:** No

**Telephone/Verbal Order:**  No

Completed by Samuel, Tom DDS on 05/18/2020 10:54

## Bureau of Prisons
## Health Services
## Dental Soap/Admin Encounter

| | | |
|---|---|---|
| Inmate Name: READ-FORBES, MENDY | | Reg #: 22253-031 |
| Date of Birth: /1975 | Sex: F      Race: WHITE | Facility: CRW |
| Encounter Date: 05/18/2020 09:28 | Provider: Samuel, Tom DDS | Unit: I03 |

**Reviewed Health Status:** Yes

Sick Call Visit encounter performed at Dental Clinic.

**SUBJECTIVE:**

**COMPLAINT  1**       **Provider:** Samuel, Tom DDS

   **Chief**            Swelling

   **Subjective:** ASA II 45 year old pt. presents to dental clinic as a referral from unit officer due to swelling on right side of face.

   CC:"I have this swelling on the face which started Saturday.  I would like the tooth taken out."

   **Pain Location:**

   **Pain Scale:**   8

   **Pain**

   **History of Trauma:**

   **Onset:**

   **Duration:**

   **Exacerbating Factors:**

   **Relieving Factors:**

   **Comments:**


**OBJECTIVE:**

**Dental Findings:**

   **Tooth**
   **#3**
            Abnormal Finding(s) Noted (Clinical Observation/Findings)(yes)
            Periapical Radiolucency (Radiological Observation/Findings)(yes)
            Sensitive to Provoking Stimuli (Clinical Observation/Findings)(yes)
            Tenderness (Clinical Observation/Findings)(yes)

   **Tooth**
   **#10**
            Caries (Clinical Observation/Findings)(yes)
                Surface: Mesial, Occlusal, Distal, Buccal, Lingual
            Periapical Radiolucency (Radiological Observation/Findings)(yes)
            Retained Root (Radiological Observation/Findings)(yes)

   **Tooth**
   **#11**
            Caries (Clinical Observation/Findings)(yes)
                Surface: Mesial, Occlusal, Buccal, Lingual, Distal
            Endodontic Obturation (Radiological Observation/Findings)(yes)
            Retained Root (Radiological Observation/Findings)(yes)

   **Tooth**
   **#20**
            Caries (Clinical Observation/Findings)(yes)

| | | | |
|---|---|---|---|
| Inmate Name:   READ-FORBES, MENDY | | | Reg #:   22253-031 |
| Date of Birth: ▬▬▬ 1975 | Sex:  F | Race:  WHITE | Facility:  CRW |
| Encounter Date: 05/18/2020 09:28 | Provider:  Samuel, Tom DDS | | Unit:   I03 |

**Dental Findings:**

      Surface: Mesial, Occlusal, Buccal, Lingual, Distal

     Periapical Radiolucency (Radiological Observation/Findings)(yes)

     Retained Root (Radiological Observation/Findings)(yes)

  CoVID screening(-)
  New on-set cough(-)
  New onset trouble speaking because of needing to take a breath(-)
  Chills(-)
  Repeated shaking with chills(-)
  Bodyaches(-)
  Sorethroat(-)
  New loss of taste or smell(-)
  Stuffy/runny nose(-)


Patient was informed of today's procedure, benefits and risks were explained, understanding was confirmed, and consent for the procedure and use of local anesthetic was granted prior to care.


Performed intraoral/extraoral exam.  Negative cancer screening.
Constitutional:  Nothing Abnormal Detected/Well Developed Well Nourished.
HEENT:  Normo Cephalic, Atraumatic.   Nares patent, Oropharynx clear, Extraocular Movements Intact.
Max/Mand/Oral:
     (+) facial swelling.  Pt. was placed on Pen VK last week which was then changed to Clindamycin due to worsening of swelling on right side of face.  Swelling is getting larger in size.  Ecchymosis present under pt. right eye.
     + tenderness/swelling associated with #3 tooth, non-elevated temperature
     MIO:  >35mm
     CC due to #3 tooth with existing PFM crown.  PARL present on radiograph.  Swelling present in vestibule.
     No drainage/purulence
     Soft tissue pathology:  None
TMJ-Clicking(-), crepitus(-), popping(-), pain (-), tenderness (-), Deviation upon opening (-)
Occlusion:  Missing too many teeth.
Neck:  Supple, No LAD, Trachea midline
CV/Resp:  Non labored Breathing on RA
Neuro  Awake, Alert, Oriented to person, place, time, event.
Imaging: Existing PA radiographs reviewed.  PARL associated with #3, 10, and #20.  #11 root tips has existing NSRCT Obturation. Consistent with clinical findings.


Assessment:  ASA II 45 y. o. female inmate patient with PMHx significant for personality disorder, depression, open angle Glaucoma, Gastric bypass surgery hx., multiple plastic surgery, Cervical cancer hx., tx. with hysterectomy, benign neoplasm of ovary, Vitamin B12 deficiency, Pernicious anemia, Narcissistic personality disorder, Borderline personality disorder, Myopia, Astigmatism, Liver dz, Joint instability, non compliance with medical treatment, and other systemic conditions presents to dental clinic with swelling on right side of face associated with dental infection which is progressively getting worse even after being treated with antibiotics and multiple grossly decayed non restorable teeth.


Discussed risks/benefits of findings/tx. Options including pain, bleeding, swelling, infection, fracture of mandible, oroantral communication, alveolar osteitis, damage to adjacent structures, paresthesia, and need for additional procedures.
All questions answered.  Patient wishes to proceed with treatment.
Plan:  Extraction #3, #10, #11, #20.

**Face**

| Inmate Name: | READ-FORBES, MENDY | | | | Reg #: 22253-031 |
|---|---|---|---|---|---|
| Date of Birth: | 1975 | Sex: F | Race: WHITE | | Facility: CRW |
| Encounter Date: 05/18/2020 09:28 | | Provider: Samuel, Tom DDS | | | Unit: I03 |

## Dental Findings:
### Extraoral
Swelling (Clinical Observation/Findings)
Right Side(yes)

## ASSESSMENTS:

Dental caries extending into pulp, 521.03 - Resolved - *Grossly decayed and non restorable teeth #10, #11, #20*

Periapical abscess without sinus, K047 - Resolved

## Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/18/2020 | 09:39 CRW | 97.3 | 36.3 | | Samuel, Tom DDS |

## Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/18/2020 | 09:39 | 76 | | | Samuel, Tom DDS |

## Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/18/2020 | 09:39 CRW | 24 | Samuel, Tom DDS |

## Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/18/2020 | 09:39 CRW | 132/93 | | | | Samuel, Tom DDS |

### Dental Anesthesia

| Type | Location | Amount |
|---|---|---|
| Articaine 4% 1:200,000 epinephrine | Infiltration | 3 Cartridges |
| Bupivacaine 0.5% 1:200,000 epinephrine | Gow Gates | 1 Cartridge |
| Lidocaine 2% 1:100,000 epinephrine | Inferior Alveolar/Mandibular Block | 1 Cartridge |

## PROCEDURE:

### Dental Procedures

Universal Protocol Followed: yes          Materials Discussed: yes          Radiograph(s) Reviewed: yes

**Dental Procedures In Process/Completed During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| #3 | Periapical Radiograph | Completed |
| #10 | Periapical Radiograph | Completed |
| #11 | Periapical Radiograph | Completed |
| #20 | Periapical Radiograph | Completed |
| #3 | Examination, Limited | Completed |
| #10 | Examination, Limited | Completed |
| #11 | Examination, Limited | Completed |
| #20 | Examination, Limited | Completed |

| Inmate Name: READ-FORBES, MENDY | | | Reg #: 22253-031 |
| Date of Birth: ▮▮/1975 | Sex: F | Race: WHITE | Facility: CRW |
| Encounter Date: 05/18/2020 09:28 | Provider: Samuel, Tom DDS | | Unit: I03 |

## PROCEDURE:

### Dental Procedures

Universal Protocol Followed:  yes                    Materials Discussed: yes                    Radiograph(s) Reviewed:  yes

#### Dental Procedures In Process/Completed During This Encounter

| Tooth/Area | Procedure | Status |
|---|---|---|
| #3 | Extraction, Erupted Tooth | Completed |
| #10 | Extraction, Erupted Tooth | Completed |
| #11 | Extraction, Erupted Tooth | Completed |
| #20 | Extraction, Erupted Tooth | Completed |

#### Dental Charting Entered During This Encounter

| Tooth/Area | Procedure | Status |
|---|---|---|
| #3 | Crown, PFM | Existing |
| #4 | Crown, PFM | Existing |
| #18 | Crown, PFM | Existing |
| #19 | Crown, PFM | Existing |
| #10-FILDM | Caries | Existing |
| #11-ILDFM | Caries | Existing |
| #20-LOBDM | Caries | Existing |

## PLAN:

**Procedures**
  **Other**
    Diagnosis
      Complications, Any? None
    Consent
      Complications, risks, alternatives discussed
      Correct Patient Position
      Correct Procedure
      Time Out
      Universal Protocol Performed/Time Out, Verified Site? Yes
    Assistants
      Assistant 1, Name RDA Guerrero
    Closure type
      External Sutures applied
    Closure Technique
      Running
    Closure Material
      Chromic, Size 3.0 Plain gut resorbable
    Drainage
      Cloudy, ML <5ml
    Patient was informed of today's procedure, benefits and risks were explained, understanding was confirmed, and consent for the procedure and use of local anesthetic was granted prior to care.

| Inmate Name: READ-FORBES, MENDY | | | Reg #: 22253-031 |
| Date of Birth: ███/1975 | Sex: F | Race: WHITE | Facility: CRW |
| Encounter Date: 05/18/2020 09:28 | Provider: Samuel, Tom DDS | | Unit: I03 |

**Procedures**

#9 has large lingual decay and might fracture during extraction and pt. understands.
PFM crown #4 and #19 might come off during procedure and #4 and #19 might possibly need to be extracted.
Pt. in agreement.

Consent. Local Anesthesia. Time out. Assistant in room.
Throat pack. Bite block.

Extraction #3.
Crestal and sulcular incision using 12B blade around tooth.
Released periosteal fibers and reflected full mucoperiosteal flap.
Elevated and extracted tooth #3 using 150 forceps without complications.
Alveoloplasty using Rongeurs/bone file.
Curetted socket and irrigation with Monojet syringe. Irrigation Solution: Sterile saline
Repositioned flap.
Sutured using plain gut 3.0 resorbable suture using continuous locking technique.
#4 PFM crown in tact.

Extraction #10, 11.
Crestal and sulcular incision using 12B blade around tooth.
Released periosteal fibers and reflected full mucoperiosteal flap.
Troughed around #10 and #11.
Elevated and extracted teeth #10 and #11 using 150 forceps without complications.
Alveoloplasty using Rongeurs/bone file.
Curetted socket and irrigation with Monojet syringe. Irrigation Solution: Sterile saline
Repositioned flap.
Sutured using plain gut 3.0 resorbable suture using continuous locking technique.
#9 still present and not fractured.

Extraction #20.
Crestal and sulcular incision using 12B blade around tooth with distal vertical release.
Released periosteal fibers and reflected full mucoperiosteal flap.
Troughed around #20. Expressed purulence.
Elevated and extracted tooth #20 using Ronguers without complications.
Alveoloplasty using Rongeurs/bone file.
Curetted socket and irrigation with Monojet syringe. Irrigation Solution: Sterile saline
Repositioned flap.
Sutured using plain gut 3.0 resorbable suture using continuous locking technique.
#19 PFM crown in tact.

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

Hemostasis via gauze pressure, post op instructions given including apply pressure via biting down on gauze or tea
bags, protect the blood clot, do not rinse/spit for 24 hours, be careful chewing while area is numb, do not skip meals,
avoid crunchy/sharp foods for 24 hours, apply ice packs as needed to minimize swelling, use probiotics/yogurt if
available to decrease side effects of antibiotics such as nausea/stomach upset/diarrhea avoid all excessive activity, do
not drink with a straw or consume carbonated beverages for 3-5 days, utilize med surg/dental sick call if there are
concerns about excessive bleeding/swelling/infection, do not brush area for 24 hours, rinse with warm salt water QID
24 hours after procedure, if sutures have been placed and they do not dissolve utilize sick call, start taking pain
medication before anesthesia wears off, mouth opening exercises to reduce jaw stiffness, keep hydrated, brush and
floss non extraction sites to decrease inflammation and infection etc.

| Inmate Name:   READ-FORBES, MENDY | | | Reg #:   22253-031 |
|---|---|---|---|
| Date of Birth:       /1975 | Sex:  F | Race:  WHITE | Facility:  CRW |
| Encounter Date:  05/18/2020 09:28 | Provider:  Samuel, Tom DDS | | Unit:   I03 |

Inmate in good disposition and all questions answered.

Patient was informed of today's procedure, benefits and risks were explained, understanding was confirmed, and consent for the procedure and use of local anesthetic was granted prior to care.

Signs of acid erosion due to GERD present on teeth.  PCP notified.
NV:  24 hour f/u.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/18/2020 | Counseling | Access to Care | Samuel, Tom | Verbalizes Understanding |
| 05/18/2020 | Handout | Dental Extractions - Post-operative Care | Samuel, Tom | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Samuel, Tom DDS on 05/18/2020 12:18

# Bureau of Prisons
# Health Services
# Dental Soap/Admin Encounter

| | | |
|---|---|---|
| Inmate Name:  READ-FORBES, MENDY | | Reg #:  22253-031 |
| Date of Birth:  ▮▮▮/1975 | Sex:  F          Race:  WHITE | Facility:  CRW |
| Encounter Date:  05/15/2020 08:13 | Provider:  Larry, Stephen DDS | Unit:  I03 |

**Reviewed Health Status:**  Yes

Cosign Note encounter performed at Dental Clinic.

**SUBJECTIVE:**

**COMPLAINT   1**          **Provider:**  Larry, Stephen DDS

**Chief**                  Swelling

**Subjective:**  I am swollen on the right side of my face. My upper right

**Pain Location:**  Tooth/Teeth

**Pain Scale:**   8

**Pain**          Aching

**History of Trauma:**

**Onset:**  Several Days Ago

**Duration:**    Several Hours

**Exacerbating Factors:**    Constant pain.

**Relieving Factors:**   NA

**Comments:**


**OBJECTIVE:**

**Dental Findings:**

**Tooth**

**#3**

Defective/Lost Restoration (Clinical Observation/Findings)(yes)
Surface: Occlusal

Periapical Radiolucency (Radiological Observation/Findings)(yes)

Positive Percussion Test (Clinical Observation/Findings)(yes)

Sensitive to Provoking Stimuli (Clinical Observation/Findings)(yes)

Tenderness (Clinical Observation/Findings)(yes)

#3 PFM recurrent decay, PAP lesion. Positive to percussion.

**ASSESSMENTS:**

Periapical abscess without sinus, K047 - Current - *#3*

**PROCEDURE:**

**Dental Procedures**

Universal Protocol Followed:   yes          Materials Discussed: yes          Radiograph(s) Reviewed:  yes

**Procedures Added or Updated on the Dental Treatment Plan During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| #3 | Extraction, Erupted Tooth | Refused |

Comments: IM refused extraction #3. Refusal signed.

| Inmate Name: READ-FORBES, MENDY | | Reg #: 22253-031 |
|---|---|---|
| Date of Birth: ▓▓ 1975 | Sex: F          Race: WHITE | Facility: CRW |
| Encounter Date: 05/15/2020 08:13 | Provider: Larry, Stephen DDS | Unit: I03 |

**PLAN:**

**New Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| | Penicillin VK Tablet | 05/15/2020 08:13 |

    **Prescriber Order:**    500mg Orally  every 6 hours x 7 day(s)

    **Indication:** Periapical abscess without sinus

**Renew Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| 683084-CRW | Ibuprofen 800 MG Tab | 05/15/2020 08:13 |

    **Prescriber Order:**    Take one tablet (800 MG) by mouth three times daily for dental pain x 5 day(s)

    **Indication:** Periapical abscess without sinus, Dental caries extending into pulp

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| **Date Initiated** | **Format** | **Handout/Topic** | **Provider** | **Outcome** |
|---|---|---|---|---|
| 05/15/2020 | Counseling | Access to Care | Larry, Stephen | Verbalizes Understanding |

**Copay Required:** Yes    **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Larry, Stephen DDS on 05/15/2020 08:20

## Bureau of Prisons
## Health Services
## Dental Soap/Admin Encounter

| | | |
|---|---|---|
| Inmate Name: READ-FORBES, MENDY | | Reg #: 22253-031 |
| Date of Birth: ▉/1975 | Sex: F     Race: WHITE | Facility: CRW |
| Encounter Date: 04/03/2020 15:02 | Provider: Larry, Stephen DDS | Unit: I03 |

**Reviewed Health Status:** Yes

Sick Call Visit encounter performed at Dental Clinic.

**SUBJECTIVE:**

    **COMPLAINT  1**    **Provider:** Larry, Stephen DDS

        **Chief**    Pain

        **Subjective:**  My upper right back tooth is broken off.

        **Pain Location:**  Tooth/Teeth

        **Pain Scale:**  9

        **Pain**    Aching

        **History of Trauma:**

        **Onset:**  Today

        **Duration:**  Several Hours

        **Exacerbating Factors:**  Constant pain.

        **Relieving Factors:**  NA

        **Comments:**  #2 retained roots

**OBJECTIVE:**

**Dental Findings:**

    **Tooth**

        **#2**

            Bone Loss (Radiological Observation/Findings)(yes)

            Periapical Radiolucency (Radiological Observation/Findings)(yes)

            Retained Root (Clinical Observation/Findings)(yes)

            Retained Root (Radiological Observation/Findings)(yes)

            Sensitive to Provoking Stimuli (Clinical Observation/Findings)(yes)

            Swelling in Vestibule (Clinical Observation/Findings)(yes)

            Tenderness (Clinical Observation/Findings)(yes)

        #2(upper right 2nd molar). Retained roots.

**ASSESSMENTS:**

Retained dental root, K083 - Resolved - *Extraction #2(upper right 2nd molar). Retained roots.*

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/03/2020 | 15:02 CRW | 96.8 | 36.0 | | Larry, Stephen DDS |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/03/2020 | 15:02 | 92 | | | Larry, Stephen DDS |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|

| Inmate Name: READ-FORBES, MENDY | | | | Reg #: 22253-031 |
|---|---|---|---|---|
| Date of Birth: ▨ 1975 | | Sex: F | Race: WHITE | Facility: CRW |
| Encounter Date: 04/03/2020 15:02 | | Provider: Larry, Stephen DDS | | Unit: I03 |

| **Date** | **Time** | **Rate Per Minute** | **Provider** |
|---|---|---|---|
| 04/03/2020 | 15:02 CRW | 16 | Larry, Stephen DDS |

**Blood Pressure:**

| **Date** | **Time** | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
|---|---|---|---|---|---|---|
| 04/03/2020 | 15:02 CRW | 129/86 | Left Arm | Sitting | Adult-regular | Larry, Stephen DDS |

### Dental Anesthesia

| Type | Location | Amount |
|---|---|---|
| Lidocaine 2% 1:100,000 epinephrine | Infiltration | 2 Cartridges |

### PROCEDURE:

**Dental Procedures**

Universal Protocol Followed: yes          Materials Discussed: yes          Radiograph(s) Reviewed: yes

**Dental Procedures In Process/Completed During This Encounter**

| **Tooth/Area** | **Procedure** | **Status** |
|---|---|---|
| #2 | Periapical Radiograph | Completed |
| #2 | Examination, Limited | Completed |
| #2 | Extraction, Residual Root | Completed |

Comments: Extraction #2(upper right 2nd molar). Retained roots. Tooth extracted using elevators and forceps with no complications. Site irrigated and gauze placed. IM tolerated procedure well.

### PLAN:

**Procedures**
    **Other**
        Diagnosis
            Complications, Any? NA
            Post-procedure/Post-op, Diagnosis Extraction #2(upper right 2nd molar). Retained roo
            Pre-procedure/Pre-op, Diagnosis Extraction #2(upper right 2nd molar). Retained roo
        Consent
            Complications, risks, alternatives discussed
            Correct Patient Position
            Correct Procedure
            Time Out
            Universal Protocol Performed/Time Out, Verified Site? Yes
        Assistants
            Assistant 1, Name inmate
        Location
            Mouth
        Discharge
            To Housing Unit
        Discharge LOC
            Answers questions appropriately
            Awake and Alert

### Disposition:

Follow-up at Sick Call as Needed

| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | 1975 | Sex: F | Race: WHITE | Facility: | CRW |
| Encounter Date: 04/03/2020 15:02 | | Provider: | Larry, Stephen DDS | Unit: | I03 |

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/03/2020 | Handout | Dental Extractions - Post-operative Care | Larry, Stephen | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Larry, Stephen DDS on 04/03/2020 15:10

# Bureau of Prisons
## Health Services
## Dental Soap/Admin Encounter - Administrative Note

| Inmate Name: | READ-FORBES, MENDY | | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|---|
| Date of Birth: | ▮▮/1975 | Sex: | F | Race: WHITE | Facility: | CRW |
| Note Date: | 04/03/2020 14:38 | Provider: | Larry, Stephen DDS | | Unit: | I03 |

**Reviewed Health Status:**  Yes

Sick Call Visit encounter performed at Dental Clinic.

**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**    **Provider:** Larry, Stephen DDS

    IM complains of pain upper right. #2 extracted see note.

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Ibuprofen Tablet | 04/03/2020 14:38 |

    **Prescriber Order:**    800mg Orally  -  three times a day x 5 day(s)

    **Indication:** Dental caries extending into pulp

**Copay Required:** No    **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Larry, Stephen DDS on 04/03/2020 14:40

# Bureau of Prisons
## Health Services
## Dental Routine Care
## Sick Call Follow-up

| | | | | |
|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: 22253-031 |
| Date of Birth: | ███/1975 | Sex: F | | Facility: CRW |
| Encounter Date: | 05/18/2020 14:24 | Provider: | Guerrero, Maria RDA | Unit: I03 |

**Reviewed Health Status:**   Yes

**ASSESSMENTS:**
**Health Problems Newly Identified During This Encounter:**
   Health Problem

**Allergies:**                              Denied

**Additional Findings and Procedures**

**PROCEDURE:**

**Dental Procedures**

**Dental Procedures In Process/Completed During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| General | Periapical Radiograph | Completed |
| PA #10-11 and PA #20 taken for dental sick call, authorized by DDS. | | |

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**

**Reconciled Medications:**

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| No Medication or OTC items to be Reconciled. | | | | | |

**Other Active Medications**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| No Medications to be Reconciled. | | | |

**Other Active IVs:**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| No IVs to be Reconciled. | | | |

**Other Active OTCs:**

| Medication | OTC Source | Start Date | Stop Date |
|---|---|---|---|
| No OTCs to be Reconciled. | | | |

**Disposition:**
   Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | ▨/1975 | Sex: F | Race: WHITE | Facility: | CRW |
| Encounter Date: | 05/18/2020 14:24 | Provider: | Guerrero, Maria RDA | Unit: | I03 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/18/2020 | Counseling | Access to Care | Guerrero, Maria | Verbalizes Understanding |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Guerrero, Maria RDA on 05/18/2020 14:25

Requested to be cosigned by Samuel, Tom DDS.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | | Reg #: | 22253-031 |
| Date of Birth: | /1975 | Sex: | F | | Race: | WHITE |
| Encounter Date: | 05/18/2020 14:24 | Provider: | Guerrero, Maria RDA | | Facility: | CRW |

**Cosigned by Samuel, Tom DDS on 06/10/2020 17:07.**

# Bureau of Prisons
## Health Services
## Dental Routine Care
## Sick Call Follow-up

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | ▮▮▮/1975 | Sex: F | Race: WHITE | Facility: | CRW |
| Encounter Date: | 05/18/2020 08:34 | Provider: | Guerrero, Maria RDA | Unit: | I03 |

**Reviewed Health Status:**    Yes

**ASSESSMENTS:**
**Health Problems Newly Identified During This Encounter:**
   Health Problem

**Allergies:**               Denied

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/18/2020 | 08:33 CRW | 97.3 | 36.3 | | Guerrero, Maria RDA |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/18/2020 | 08:33 | 76 | | | Guerrero, Maria RDA |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/18/2020 | 08:33 CRW | 24 | Guerrero, Maria RDA |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/18/2020 | 08:33 CRW | 132/93 | | | | Guerrero, Maria RDA |

**Additional Findings and Procedures**


**PROCEDURE:**

**Dental Procedures**

**Dental Procedures In Process/Completed During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| General | Periapical Radiograph | Completed |
| PA #3 taken for dental sick call, authorized by DDS> | | |

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**

**Reconciled Medications:**

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| No Medication or OTC items to be Reconciled. | | | | | |

**Other Active Medications**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|

| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|
| Date of Birth: | 1975 | Sex: F | Race: WHITE | Facility: | CRW |
| Encounter Date: | 05/18/2020 08:34 | Provider: | Guerrero, Maria RDA | Unit: | I03 |

**No Medications to be Reconciled.**

**Other Active IVs:**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|

No IVs to be Reconciled.

**Other Active OTCs:**

| Medication | OTC Source | Start Date | Stop Date |
|---|---|---|---|

No OTCs to be Reconciled.

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/18/2020 | Counseling | Access to Care | Guerrero, Maria | Verbalizes Understanding |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**   No

Completed by Guerrero, Maria RDA on 05/18/2020 08:37

Requested to be cosigned by Samuel, Tom DDS.

Cosign documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | /1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 05/18/2020 08:34 | Provider: | Guerrero, Maria RDA | Facility: | CRW |

Cosigned by Samuel, Tom DDS on 06/10/2020 17:08.

# Bureau of Prisons
## Health Services
## Dental Routine Care
## Sick Call Follow-up

| | | | | |
|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | Reg #: | 22253-031 |
| Date of Birth: | /1975 | Sex: F   Race: WHITE | Facility: | CRW |
| Encounter Date: | 05/15/2020 08:03 | Provider: Tyson, A. RDH | Unit: | I03 |

**Reviewed Health Status:** Yes

**ASSESSMENTS:**
**Health Problems Newly Identified During This Encounter:**
Health Problem

**Allergies:**          Denied

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/15/2020 | 08:03 CRW | 97.7 | 36.5 | | Tyson, A. RDH |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/15/2020 | 08:03 | 73 | | | Tyson, A. RDH |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/15/2020 | 08:03 CRW | 162/79 | | | | Tyson, A. RDH |

**Additional Findings and Procedures**

**PROCEDURE:**

**Dental Procedures**

**Dental Procedures In Process/Completed During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| #3 | Periapical Radiograph | Completed |
| PA3 authorized by DDS for dental sick call triage | | |

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**

**Reconciled Medications:**

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| No Medication or OTC items to be Reconciled. | | | | | |

**Other Active Medications**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| No Medications to be Reconciled. | | | |

**Other Active IVs:**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|

| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|
| Date of Birth: | ▆▆▆/1975 | Sex: F | Race: WHITE | Facility: | CRW |
| Encounter Date: | 05/15/2020 08:03 | Provider: | Tyson, A. RDH | Unit: | I03 |

**No IVs to be Reconciled.**

**Other Active OTCs:**

| **Medication** | **OTC Source** | **Start Date** | **Stop Date** |
|---|---|---|---|

**No OTCs to be Reconciled.**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| **Date Initiated** | **Format** | **Handout/Topic** | **Provider** | **Outcome** |
|---|---|---|---|---|
| 05/15/2020 | Counseling | Plan of Care | Tyson, A. | Verbalizes Understanding |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No        **Cosign Required:** Yes

**Telephone/Verbal Order:**   No

Completed by Tyson, A. RDH on 05/15/2020 08:05

Requested to be cosigned by  Larry, Stephen DDS.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | /1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 05/15/2020 08:03 | Provider: | Tyson, A. RDH | Facility: | CRW |

**Cosigned with New Encounter Note by Larry, Stephen DDS on 05/15/2020 08:12.**

# Bureau of Prisons
## Health Services
## Dental Routine Care
## Sick Call Follow-up

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | | Sex: F | Race: WHITE | Facility: | CRW |
| | 2020 13:35 | Provider: | Guerrero, Maria RDA | Unit: | I03 |

**Reviewed Health Status:**   Yes

**ASSESSMENTS:**
**Health Problems Newly Identified During This Encounter:**
  Health Problem
**Allergies:**                        Denied

**Additional Findings and Procedures**


 **PROCEDURE:**

**Dental Procedures**

   **Dental Procedures In Process/Completed During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| General | Periapical Radiograph | Completed |
| PA #2 taken for dental sick call issue, authorized by DDS. | | |

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**

**Reconciled Medications:**

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| No Medication or OTC items to be Reconciled. | | | | | |

**Other Active Medications**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| No Medications to be Reconciled. | | | |

**Other Active IVs:**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| No IVs to be Reconciled. | | | |

**Other Active OTCs:**

| Medication | OTC Source | Start Date | Stop Date |
|---|---|---|---|
| No OTCs to be Reconciled. | | | |

**Disposition:**
   Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|

| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | 1975 | Sex: F | Race: WHITE | Facility: | CRW |
| Encounter Date: | 04/03/2020 13:35 | Provider: | Guerrero, Maria RDA | Unit: | I03 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/03/2020 | Counseling | Access to Care | Guerrero, Maria | Verbalizes Understanding |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No        **Cosign Required:** Yes

**Telephone/Verbal Order:**  No

Completed by Guerrero, Maria RDA on 04/03/2020 13:38

Requested to be cosigned by  Larry, Stephen DDS.

Cosign documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | ■■■/1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 04/03/2020 13:35 | Provider: | Guerrero, Maria RDA | Facility: | CRW |

**Cosigned by Larry, Stephen DDS on 04/10/2020 15:54.**

PATIENT INFORMATION
**READ-FORBES,MENDY**

REPORT STATUS   **Final**

Nichols Institute, Chantilly

ORDERING PHYSICIAN
**BOLLINGER,TIMOTHY**

DOB: 02/09/1975    Age: 45Y
SEX: F

CLIENT INFORMATION
22978

SPECIMEN INFORMATION
SPECIMEN:     CH845498M
REQUISITION: 0003027
LAB REF NO:  229780003027

ID: 22253-031
PHONE: 817 7824522

FMC - CARSWELL - CRW
BLDG 3000
NAVAL AIR STATION J ST
FORT WORTH, TX 76127

COLLECTED:  07/15/2020    07:00
RECEIVED:   07/17/2020    19:51
REPORTED:   07/19/2020    03:12

COMMENTS:    196203851

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| SARS CoV 2 RNA(COVID 19), QL NAAT | | | | AMD |
| **SARS CoV 2 RNA(COVID 19), QL NAAT** | | | | |
| **SARS CoV 2 RNA** | | **Detected** | Not Detected | |

A Detected result is considered a positive test result
for COVID-19. This indicates that RNA from SARS-CoV-2
(formerly 2019-nCoV) was detected, and the patient is
infected with the virus and presumed to be contagious.
If requested by public health authority, specimen will
be sent for additional testing.
CRITICAL VALUE REPORT

Please review the "Fact Sheets" and FDA authorized
labeling available for health care providers and
patients using the following websites:
https://www.questdiagnostics.com/home/Covid-19/HCP/
QuestIVD/fact-sheet.html
https://www.questdiagnostics.com/home/Covid-19/
Patients/QuestIVD/fact-sheet.html

This test has been authorized by the FDA under an
Emergency Use Authorization (EUA) for use by authorized
laboratories.

Due to the current public health emergency, Quest
Diagnostics is receiving a high volume of samples from
a wide variety of swabs and media for COVID-19 testing.
In order to serve patients during this public health
crisis, samples from appropriate clinical sources are
being tested. Negative test results derived from
specimens received in non-commercially manufactured
viral collection and transport media, or in media and
sample collection kits not yet authorized by FDA for
COVID-19 testing should be cautiously evaluated and
the patient potentially subjected to extra precautions
such as additional clinical monitoring, including
collection of an additional specimen.

Methodology:  Nucleic Acid Amplification Test (NAAT)
includes PCR or TMA

Additional information about COVID-19 can be found at
the Quest Diagnostics website:
www.QuestDiagnostics.com/Covid19

READ-FORBES,MENDY - CH845498M

Page 1 - Continued on Page 2

| PATIENT INFORMATION<br>**READ-FORBES, MENDY** | REPORT STATUS   **Final** |
|---|---|

Nichols Institute, Chantilly

DOB: ███/1975   Age: 45Y

SEX: F

ID: 22253-031

ORDERING PHYSICIAN

**BOLLINGER, TIMOTHY**

COLLECTED:   07/15/2020   07:00
REPORTED:    07/19/2020   03:12

**Performing Laboratory Information:**

AMD   Quest Diagnostics Nichols Institute 14225 Newbrook Drive Chantilly VA  20151 Laboratory Director: Patrick M Mason, M.D.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | ▮▮▮/1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 07/19/2020 12:29 | Provider: | *Hester Result Receive | Facility: | CRW |

**Cosigned by Bollinger, Timothy DO on 07/19/2020 16:26.**

PATIENT INFORMATION
**READ-FORBES,MENDY**

REPORT STATUS   **Final**

Nichols Institute, Chantilly

DOB: ███████/1975     Age: 45Y
SEX: F

ORDERING PHYSICIAN
**SOTAYO,OLAYINKA**
CLIENT INFORMATION
22978

SPECIMEN INFORMATION
SPECIMEN:     CH605110M
REQUISITION: 0001919
LAB REF NO:  229780001919

ID: 22253-031
PHONE: 817 7824522

FMC - CARSWELL - CRW
BLDG 3000
NAVAL AIR STATION J ST
FORT WORTH, TX 76127

COLLECTED:  07/07/2020     00:00
RECEIVED:   07/08/2020     18:01
REPORTED:   07/20/2020     14:49

COMMENTS:      185201329

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| SARS CoV 2 RNA(COVID 19), QL NAAT |  |  |  | AMD |
| SARS CoV 2 RNA(COVID 19), QL NAAT |  |  |  |  |
| SARS CoV 2 RNA | Not Detected |  | Not Detected |  |

A Not Detected (negative) test result for this test
means that SARS-CoV-2 RNA was not present in the
specimen above the limit of detection.
A negative result does not rule out the possibility
of COVID-19 and should not be used as the
sole basis for treatment or patient management
decisions.  If COVID-19 is still suspected, based on
exposure history together with other clinical findings,
re-testing should be considered in consultation with
public health authorities. Laboratory test results
should always be considered in the context of clinical
observations and epidemiological data in making a
final diagnosis and patient management decisions.

Please review the "Fact Sheets" and FDA authorized
labeling available for health care providers and
patients using the following websites:
https://www.questdiagnostics.com/home/Covid-19/HCP/
QuestIVD/fact-sheet.html
https://www.questdiagnostics.com/home/Covid-19/
Patients/QuestIVD/fact-sheet.html

This test has been authorized by the FDA under an
Emergency Use Authorization (EUA) for use by authorized
laboratories.

Due to the current public health emergency, Quest
Diagnostics is receiving a high volume of samples from
a wide variety of swabs and media for COVID-19 testing.
In order to serve patients during this public health
crisis, samples from appropriate clinical sources are
being tested. Negative test results derived from
specimens received in non-commercially manufactured
viral collection and transport media, or in media and
sample collection kits not yet authorized by FDA for
COVID-19 testing should be cautiously evaluated and
the patient potentially subjected to extra precautions
such as additional clinical monitoring, including
collection of an additional specimen.

PATIENT INFORMATION
**READ-FORBES, MENDY**

REPORT STATUS   **Final**

Nichols Institute, Chantilly

DOB:       /1975    Age: 45Y
SEX: F
ID: 22253-031

ORDERING PHYSICIAN
**SOTAYO, OLAYINKA**

COLLECTED:   07/07/2020    00:00
REPORTED:    07/20/2020    14:49

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|

SARS CoV 2 RNA(COVID 19), QL NAAT (Continued)
  SARS CoV 2 RNA (Continued)

Methodology:  Nucleic Acid Amplification Test (NAAT)
includes PCR or TMA

Additional information about COVID-19 can be found at
the Quest Diagnostics website:
www.QuestDiagnostics.com/Covid19

------------------------------------------------------------------------------------

**Performing Laboratory Information:**

AMD   Quest Diagnostics Nichols Institute 14225 Newbrook Drive Chantilly VA  20151 Laboratory Director: Patrick W Mason, M.D.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | | Reg #: | 22253-031 |
| Date of Birth: | ███/1975 | | Sex: | F | Race: | WHITE |
| Encounter Date: | 07/21/2020 14:54 | | Provider: | Lab Result Receive | Facility: | CRW |

**Cosigned by Robinson-Brown, La Tonjia Chelese MD on 07/25/2020 20:17.**


## Quest
Diagnostics·

Report Status: Final

**READ-FORBES, MENDY**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **READ-FORBES, MENDY**<br><br>**DOB:** ▮▮/1975   **AGE:** 45<br>Gender:   F<br>Phone:   NG<br>Patient ID: 22253-031 | Specimen:   DL613910W<br>Requisition: 0083444<br><br>Collected:   05/15/2020 / 11:25 CDT<br>Received:   05/19/2020 / 04:27 CDT<br>Reported:   05/27/2020 / 12:42 CDT | Client #: 31137   30FW600<br>ROBINSON-BROWN, LATONJIA<br>FMC - CARSWELL<br>J STREET BLDG 3000<br>FT WORTH, TX 76127 |

**COMMENTS:**   136201601

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| | ========================= | | | IG |

CULTURE, ANAEROBIC BACTERIA W/GRAM STAIN

| | |
|---|---|
| Micro Number: | 00679757 |
| Test Status: | Final |
| Specimen Source: | ABSCESS |
| Specimen Quality: | Adequate |
| Gram Stain: | Few White blood cells seen |
| | Few epithelial cells |
| | Few Gram positive cocci |

Result:          A mix of non-predominating organisms of
                 questionable significance was recovered on
                 culture and not further identified.
                 (Note: Growth does not include B.fragilis group
                 or C.perfringens.)
                 ================================                        IG

CULTURE, AEROBIC BACTERIA

| | |
|---|---|
| Micro Number: | 00679758 |
| Test Status: | Final |
| Specimen Source: | VULVA |
| Specimen Quality: | Adequate |
| Result: | **Light growth of Group B Streptococcus isolated** |

Beta-hemolytic Streptococci are predictably
susceptible to penicillin and other beta-lactams.
Susceptibility testing not routinely performed.

COMMENT:         Additional organisms of questionable significance
                 were isolated that normally do not warrant
                 identification and susceptibilities. Please
                 contact the laboratory within three days if
                 identification and susceptibilities are clinically
                 indicated.

**PERFORMING SITE:**

IG     QUEST DIAGNOSTICS-IRVING, 4770 REGENT BLVD., IRVING, TX 75063-2445 Laboratory Director: ROBERT L BRECKENRIDGE, MD, CLIA: 45D0697943

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | 1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 06/02/2020 06:46 | Provider: | Lab Result Receive | Facility: | CRW |

**Cosigned with New Encounter Note by Robinson-Brown, La Tonjia Chelese MD on 06/03/2020 09:55.**



**FMC CARSWELL**
J Street Building 3000
Fort Worth, TX 76127
817-782-4522

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** READ-FORBES, MENDY | **Facility** FMC Carswell | **Collected** 05/05/2020 08:05 |
| **Reg #** 22253-031 | **Order Unit** Z01-109UAD | **Received** 05/05/2020 08:04 |
| **DOB** ▇/1975 | **Provider** Sudha Marri, FNP | **Reported** 05/05/2020 09:27 |
| **Sex** F | | **LIS ID** 111201895 |

| CHEMISTRY | | | |
|---|---|---|---|
| Sodium | 138 | 137-145 | mmol/L |
| Potassium | 4.0 | 3.5-5.1 | mmol/L |
| Chloride | 104 | 98-108 | mmol/L |
| CO2 | 24 | 22-30 | mmol/L |
| BUN | 16 | 7-17 | mg/dL |
| Creatinine | 0.71 | 0.52-1.04 | mg/dL |
| eGFR (IDMS) | >60 | | |

GFR units measured as mL/min/1.73m^2.
If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| | | | |
|---|---|---|---|
| Calcium | 8.8 | 8.4-10.2 | mg/dL |
| Glucose | 93 | 74-106 | mg/dL |
| AST | 31 | 14-36 | U/L |
| ALT | 33 | 9-52 | U/L |
| Alkaline Phosphatase   H | 130 | 38-126 | U/L |
| Bilirubin, Total | 0.3 | 0.2-1.3 | mg/dL |
| Total Protein | 6.4 | 6.3-8.2 | g/dL |
| Albumin | 3.8 | 3.0-5.0 | g/dL |
| Globulin | 2.6 | 2.0-3.7 | g/dL |
| Alb/Glob Ratio | 1.46 | 1.10-2.20 | |
| Anion Gap | 9.5 | 7.0-16.0 | |
| BUN/Creat Ratio | 22.5 | 7.0-25.0 | |

| HEMATOLOGY | | | |
|---|---|---|---|
| WBC | 7.0 | 3.5-10.5 | 10^3/uL |
| RBC | 4.33 | 3.90-5.40 | 10^6/uL |
| Hemoglobin | 12.7 | 12.0-16.0 | g/dL |
| Hematocrit | 37.4 | 34.0-46.0 | % |
| MCV | 86.5 | 80.0-95.0 | fL |
| MCH | 29.4 | 27.0-33.0 | pg |
| MCHC | 34.0 | 32.0-37.0 | g/dL |
| RDW   H | 15.8 | 11.0-15.5 | % |
| Platelet | 272 | 150-450 | 10^3/uL |
| MPV | 8.8 | 7.4-10.4 | fL |
| Neutrophils % | 59.9 | | % |

Therapeutic decision making should be based on absolute values, rather than percentages

| | | | |
|---|---|---|---|
| Lymphocytes % | 29.9 | | % |
| Monocytes % | 6.1 | | % |

**FLAG LEGEND**   L=Low   LI=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical



**Federal Bureau of Prisons**

# FMC CARSWELL
J Street Building 3000
Fort Worth, TX 76127
817-782-4522

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** READ-FORBES, MENDY | **Facility** FMC Carswell | **Collected** 05/05/2020 08:05 |
| **Reg #** 22253-031 | **Order Unit** Z01-109UAD | **Received** 05/05/2020 08:04 |
| **DOB** ▮/1975 | **Provider** Sudha Marri, FNP | **Reported** 05/05/2020 09:27 |
| **Sex** F | | **LIS ID** 111201895 |

| HEMATOLOGY | | | |
|---|---|---|---|
| Eosinophils % | 3.0 | | % |
| Basophils % | 1.1 | | % |
| Neutrophils # | 4.2 | 1.5-7.0 | 10^3/uL |
| Lymphocytes # | 2.1 | 0.8-3.0 | 10^3/uL |
| Monocytes # | 0.4 | 0.2-1.0 | 10^3/uL |
| Eosinophils # | 0.2 | 0.0-0.7 | 10^3/uL |
| Basophils # | 0.1 | 0.0-0.2 | 10^3/uL |

**FLAG LEGEND**   L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | ▉/1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 05/05/2020 09:27 | Provider: | Lab Result Receive | Facility: | CRW |

**Cosigned by Jowdy, James DO on 05/05/2020 13:33.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | ▮▮▮/1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 05/05/2020 09:27 | Provider: | Lab Result Receive | Facility: | CRW |

**Reviewed by Marri, Sudha FNP on 05/06/2020 06:53.**



**FMC CARSWELL**
Federal Bureau of Prisons
J Street Building 3000
Fort Worth, TX 76127
817-782-4522

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** READ-FORBES, MENDY | **Facility** FMC Carswell | **Collected** 04/17/2020 13:47 |
| **Reg #** 22253-031 | **Order Unit** I03-129L | **Received** |
| **DOB** ▮/1975 | **Provider** James  Jowdy, DO | **Reported** 04/17/2020 13:47 |
| **Sex** F | | **LIS ID** 094201422 |

## REFUSAL / REJECT

Inmate refused, the following tests have been canceled:

Culture, Rectal/Stool (VRE screen), Culture, Stool, O & P, stool
Complete

---

**FLAG LEGEND**    L=Low  L!=Low Critical   H=High  H!=High Critical   A=Abnormal  A! =Abnormal Critical

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | ▆▆▆/1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 04/17/2020 13:47 | Provider: | Lab Result Receive | Facility: | CRW |

**Cosigned by Jowdy, James DO on 04/17/2020 14:01.**


**Quest**
Diagnostics™

**Report Status: Final**

**READ-FORBES, MENDY**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **READ-FORBES, MENDY**<br><br>**DOB:** ▮/1975 **AGE:** 45<br>Gender: F<br>Phone: NG<br>Patient ID: 22253-031 | Specimen: DL960329U<br>Requisition: 0081784<br><br>Collected: 03/02/2020 / 11:00 CST<br>Received: 03/03/2020 / 05:11 CST<br>Reported: 03/04/2020 / 12:02 CST | Client #: 31137   30FW600<br>SHACKELFORD, JANET M<br>FMC - CARSWELL<br>J STREET BLDG 3000<br>FT WORTH, TX 76127 |

**COMMENTS:** 062201428

| **CytoComplete™ Pap and/or HPV Results** | **Lab: RGA** | **THINPREP TIS PAP REFLEX HPV mRNA E6/E7, CHLAMYDIA/N.GONORRHOEAE** |
|---|---|---|
| ▶ **Negative for intraepithelial lesion or malignancy.** | | ACOG guideline excerpt (Practice Bulletins 168, 140)<br>(based on current Pap and HPV only; not clinical info or history)<br><br>HPV Screen (preferred) or Repeat Pap in 3 yr (acceptable) |

| **Lower Risk** | **Intermediate Risk** | **Higher Risk** |
|---|---|---|

**Pap: Normal (NILM)**

**Relative Risk color reflects timing of follow-up based on current Pap and HPV only**
(The relative risk correlates current Pap and HPV with management guidelines in ACOG Practice Bulletins 168 and 140 and does not consider clinical information such as history of abnormal Paps, HPV, HIV or risk factors listed on the requisition. A refined relative risk requires clinical correlation which may include prior test results from this or other labs. Green indicates follow-up screen in 3 or more years while Yellow and Red reflect earlier follow-up recommendations.)

| Molecular Test | Result | Reference Range | Endnote | Lab |
|---|---|---|---|---|
| CHLAMYDIA TRACHOMATIS  RNA, TMA, UROGENITAL | NOT DETECTED | NOT DETECTED | 1 | IG |
| NEISSERIA GONORRHOEAE  RNA, TMA, UROGENITAL | NOT DETECTED | NOT DETECTED | 1 | IG |

| ADEQUACY | COMMENTS | CLINICAL INFORMATION |
|---|---|---|
| Satisfactory for evaluation. Endocervical/<br>transformation zone component absent.<br>Age and/or menstrual status not provided<br>**Source:** Vagina | This Pap test has been evaluated with<br>computer assisted technology. | None given<br>**LMP:** NONE GIVEN<br>**prev. Pap:** NONE GIVEN<br>**prev. Bx:** NONE GIVEN |

**Cytotechnologist:** PMT, CT(ASCP) CT screening location: Quest Houston 5850 Rogerdale RD, Houston TX
77072

Endnote 1    The analytical performance characteristics of this assay, when used to test SurePath(TM) specimens have been determined by Quest
Diagnostics. The modifications have not been cleared or approved by the FDA. This assay has been validated pursuant to the CLIA
regulations and is used for clinical purposes.
For additional information, please refer to https://education.questdiagnostics.com/faq/FAQ154 (This link is being provided for information/
educational purposes only.)

**For questions contact Anatomic Pathology Client Services at 972-536-8995 and reference DEPT ID: DC201058490**

EXPLANATORY NOTE: The Pap is a screening test for cervical cancer. It is not a diagnostic test and is subject to false negative and false
positive results. It is most reliable when a satisfactory sample, regularly obtained, is submitted with relevant clinical findings and history, and
when the Pap result is evaluated along with historic and current clinical information.

**PERFORMING SITE:**
IG     QUEST DIAGNOSTICS-IRVING, 4770 REGENT BLVD., IRVING, TX 75063-2445 Laboratory Director: ROBERT L BRECKENRIDGE,MD, CLIA: 45D0697943

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.



**Report Status: Final**

**READ-FORBES, MENDY**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **READ-FORBES, MENDY**<br><br>**DOB:** ▮▮/1975   **AGE: 45**<br>Gender:   F<br>Patient ID: 22253-031 | Specimen:   DL960329U<br>Collected:   03/02/2020 / 11:00 CST<br>Received:   03/03/2020 / 05:11 CST<br>Reported:   03/04/2020 / 12:02 CST | Client #: 31137<br>SHACKELFORD, JANET M |

RGA    QUEST DIAGNOSTICS HOUSTON, 5850 ROGERDALE ROAD, HOUSTON, TX 77072-1602 Laboratory Director: ROBERT L BRECKENRIDGE,MD, CLIA: 45D0660150

Quest, Quest Diagnostic s the associatedlogo and all associated Quest Diagnostic; ma rks are the trademarks o' Quest Di;1gnostcs.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | 1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 03/04/2020 13:27 | Provider: | Lab Result Receive | Facility: | CRW |

**Cosigned by Shackelford, Janet M.D. on 03/09/2020 08:49.**



**FMC CARSWELL**
J Street Building 3000
Fort Worth, TX 76127
817-782-4522

Federal
Bureau of
Prisons

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** READ-FORBES, MENDY | **Facility** FMC Carswell | **Collected** 02/12/2020 06:30 |
| **Reg #** 22253-031 | **Order Unit** I04-234L | **Received** 02/12/2020 06:33 |
| **DOB** ▉▉▉/1975 | **Provider** James  Jowdy, DO | **Reported** 02/12/2020 08:32 |
| **Sex**   F | | **LIS ID**      107192055 |

## URINALYSIS

| | | | | |
|---|---|---|---|---|
| UA Color | | Yellow | Straw - Yellow | |
| UA Appearance | A | Slightly Cloudy | Clear | |
| UA Glucose | | Negative | Negative | |
| UA Bilirubin | A | 1+ | Negative | |
| UA Ketone | | Negative | Negative | |
| UA Specific Gravity | | >=1.030 | <=1.005 - >=1.030 | |
| UA Blood | | Negative | Negative | |
| UA pH | | 6.0 | 5.0 - 8.0 | |
| UA Protein | | Negative | Negative | |
| UA Urobilinogen | | 0.2 | 0.2 - 1.0 | E.U./dL |
| UA Nitrite | | Negative | Negative | |
| UA Leukocyte Esterase | | Negative | Negative | |

---

**FLAG LEGEND**     L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal  A! =Abnormal Critical

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | █████/1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 02/12/2020 08:32 | Provider: | Lab Result Receive | Facility: | CRW |

**Cosigned by Jowdy, James DO on 02/12/2020 08:40.**



**Federal Bureau of Prisons**

**FMC CARSWELL**
J Street Building 3000
Fort Worth, TX 76127
817-782-4522

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** READ-FORBES, MENDY | **Facility** FMC Carswell | **Collected** 02/12/2020 06:30 |
| **Reg #** 22253-031 | **Order Unit** I04-234L | **Received** 02/12/2020 06:33 |
| **DOB** ▮▮▮/1975 | **Provider** James  Jowdy, DO | **Reported** 02/12/2020 08:15 |
| **Sex** F | | **LIS ID** 107192055 |

| CHEMISTRY | | | | |
|---|---|---|---|---|
| Sodium | | 143 | 137-145 | mmol/L |
| Potassium | | 4.5 | 3.5-5.1 | mmol/L |
| Chloride | | 106 | 98-108 | mmol/L |
| CO2 | | 28 | 22-30 | mmol/L |
| BUN | | 13 | 7-17 | mg/dL |
| Creatinine | | 0.71 | 0.52-1.04 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1.73m^2.
If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 8.9 | 8.4-10.2 | mg/dL |
| Glucose | | 82 | 74-106 | mg/dL |
| AST | | 21 | 14-36 | U/L |
| ALT | | 31 | 9-52 | U/L |
| Alkaline Phosphatase | | 100 | 38-126 | U/L |
| Bilirubin, Total | | 0.4 | 0.2-1.3 | mg/dL |
| Total Protein | L | 6.2 | 6.3-8.2 | g/dL |
| Albumin | | 3.6 | 3.0-5.0 | g/dL |
| Globulin | | 2.6 | 2.0-3.7 | g/dL |
| Alb/Glob Ratio | | 1.38 | 1.10-2.20 | |
| Anion Gap | | 9.0 | 7.0-16.0 | |
| BUN/Creat Ratio | | 18.3 | 7.0-25.0 | |
| Cholesterol | | 150 | 0-200 | mg/dL |
| Desirable: < 200 mg/dL | | | | |
| Triglycerides | | 82 | 30-150 | mg/dL |
| Normal: <150 mg/dL | | | | |
| HDL Cholesterol | H | 64 | 40-60 | mg/dL |
| LDL Cholesterol (calc) | | 70 | 0-130 | mg/dL |
| Chol/HDL Ratio | | 2.3 | | |

| HEMATOLOGY | | | |
|---|---|---|---|
| WBC | 7.1 | 3.5-10.5 | 10^3/uL |
| RBC | 4.30 | 3.90-5.40 | 10^6/uL |
| Hemoglobin | 12.1 | 12.0-16.0 | g/dL |
| Hematocrit | 36.6 | 34.0-46.0 | % |
| MCV | 85.3 | 80.0-95.0 | fL |
| MCH | 28.3 | 27.0-33.0 | pg |
| MCHC | 33.2 | 32.0-37.0 | g/dL |

**FLAG LEGEND**   L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical



**Federal Bureau of Prisons**

**FMC CARSWELL**
J Street Building 3000
Fort Worth, TX 76127
817-782-4522

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** READ-FORBES, MENDY | **Facility** FMC Carswell | **Collected** 02/12/2020 06:30 |
| **Reg #** 22253-031 | **Order Unit** I04-234L | **Received** 02/12/2020 06:33 |
| **DOB** ▮▮/1975 | **Provider** James Jowdy, DO | **Reported** 02/12/2020 08:15 |
| **Sex** F | | **LIS ID** 107192055 |

| HEMATOLOGY | | | |
|---|---|---|---|
| RDW | 14.3 | 11.0-15.5 | % |
| Platelet | 259 | 150-450 | 10^3/uL |
| MPV | 8.6 | 7.4-10.4 | fL |

**FLAG LEGEND**   L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | ▆▆▆/1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 02/12/2020 08:15 | Provider: | Lab Result Receive | Facility: | CRW |

**Cosigned by Jowdy, James DO on 02/12/2020 08:30.**

 **Quest**
Diagnostics·

**Report Status: Final**

**READ-FORBES, MENDY**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **READ-FORBES, MENDY**<br><br>**DOB:** ▮▮/1975   **AGE:** 44<br>Gender:   F<br>Phone:   NG<br>Patient ID: 22253-031 | Specimen:   DL052127U<br>Requisition: 0081106<br><br>Collected:   01/29/2020 / 17:00 CST<br>Received:   01/31/2020 / 02:16 CST<br>Reported:   02/03/2020 / 19:55 CST | Client #: 31137       30FW600<br>MARRI, SUDHA F<br>FMC - CARSWELL<br>J STREET BLDG 3000<br>FT WORTH, TX 76127 |

**COMMENTS:**       010202433

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| | ============================== | | | IG |

```
         FECAL LEUKOCYTE STAIN

         Micro Number:      00182038
         Test Status:       Final
         Specimen Source:   STOOL
         Specimen Quality:  Adequate
         Fecal Leukocyte:   Not Detected
                            ==============================
                                                                        IG

         OVA AND PARASITES, CONC AND PERM SMEAR

         Micro Number:      00182039
         Test Status:       Final
         Specimen Source:   STOOL
         Specimen Quality:  Adequate
         CONCENTRATION 1:   No ova or parasites seen
         TRICHROME 1:       No ova or parasites seen

                            Routine Ova and Parasite exam may not detect some
                            parasites that occasionally cause diarrheal
                            illness. Test code(s) 37213 (Cryptosporidium Ag.,
                            DFA) and/or 10018 (Cyclospora and Isospora Exam)
                            may be ordered to detect these parasites. One
                            negative sample does not necessarily rule out
                            the presence of a parasitic infection.

                            For additional information, please refer to
                            https://education.questdiagnostics.com/faq/FAQ203
                            (This link is being provided for informational/
                            educational purposes only.)
```

**PERFORMING SITE:**

IG    QUEST DIAGNOSTICS-IRVING, 4770 REGENT BLVD., IRVING, TX 75063-2445 Laboratory Director: ROBERT L BRECKENRIDGE,MD, CLIA: 45D0697943

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | ▮/1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 02/04/2020 06:34 | Provider: | Lab Result Receive | Facility: | CRW |

**Reviewed by Marri, Sudha FNP on 02/04/2020 09:42.**

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | ████ 1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 02/04/2020 06:34 | Provider: | Lab Result Receive | Facility: | CRW |

**Cosigned by Jowdy, James DO on 02/05/2020 06:57.**



**Report Status: Final**

**READ-FORBES, MENDY**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **READ-FORBES, MENDY**<br><br>**DOB:** ▮▮/1975   **AGE:** 44<br>Gender:   F<br>Phone:   NG<br>Patient ID: 22253-031 | Specimen:   DL049574U<br>Requisition: 0081104<br><br>Collected:   01/29/2020 / 17:00 CST<br>Received:   01/31/2020 / 01:09 CST<br>Reported:   02/01/2020 / 13:39 CST | Client #: 31137      30FW600<br>MARRI, SUDHA F<br>FMC - CARSWELL<br>J STREET BLDG 3000<br>FT WORTH, TX 76127 |

**COMMENTS:**      010202433

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| | ============================= | | | IG |

```
CLOSTRIDIUM DIFFICILE TOXIN/GDH W/REFL TO PCR

Micro Number:        00181084
Test Status:         Final
Specimen Source:     STOOL
Specimen Quality:    Adequate
GDH Antigen:         Not Detected
Toxin A and B:       Not Detected

COMMENT:             No toxigenic C. difficile detected

                     For additional information, please refer to
                     http://education.QuestDiagnostics.com/faq/FAQ136
                     (This link is being provided for
                     informational/educational purposes only.)
                     =============================
```
                                                                              RGA
```
HELICOBACTER PYLORI AG, EIA, STOOL

Micro Number:        00181085
Test Status:         Final
Specimen Source:     STOOL
Specimen Quality:    Adequate
H.pylori Ag:         Not Detected

                     Antimicrobials, proton pump inhibitors, and
                     bismuth preparations inhibit H. pylori and
                     ingestion up to two weeks prior to testing may
                     cause false negative results. If clinically
                     indicated the test should be repeated on a new
                     specimen obtained two weeks after discontinuing
                     treatment.
```

**PERFORMING SITE:**
IG    QUEST DIAGNOSTICS-IRVING, 4770 REGENT BLVD., IRVING, TX 75063-2445 Laboratory Director: ROBERT L BRECKENRIDGE,MD, CLIA: 45D0697943
RGA   QUEST DIAGNOSTICS HOUSTON, 5850 ROGERDALE ROAD, HOUSTON, TX 77072-1602 Laboratory Director: ROBERT L BRECKENRIDGE,MD, CLIA: 45D0660150

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

# Bureau of Prisons
# Health Services
# Cosign/Review

| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|
| Date of Birth: | ▮▮▮/1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 02/03/2020 10:13 | Provider: | Lab Result Receive | Facility: | CRW |

**Cosigned by Jowdy, James DO on 02/03/2020 12:39.**

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | /1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 02/03/2020 10:13 | Provider: | Lab Result Receive | Facility: | CRW |

**Reviewed by Marri, Sudha FNP on 02/03/2020 14:13.**



**Report Status: Final**

**READ-FORBES, MENDY**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **READ-FORBES, MENDY**<br><br>**DOB:** ▮▮/1975    **AGE: 44**<br>Gender:    F<br>Phone:    NG<br>Patient ID: 22253-031 | Specimen:   DL808012S<br>Requisition: 0080932<br><br>Collected:   01/21/2020 / 22:00 CST<br>Received:    01/23/2020 / 02:21 CST<br>Reported:    01/25/2020 / 09:10 CST | Client #: 31137      30FW600<br>MARRI, SUDHA F<br>FMC - CARSWELL<br>J STREET BLDG 3000<br>FT WORTH, TX 76127 |

**COMMENTS:**        010202433

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| | | | | IG |

```
SALMONELLA AND SHIGELLA, CULTURE

Micro Number:       00126374
Test Status:        Final
Specimen Source:    STOOL
Specimen Quality:   Adequate
Result:             No Salmonella or Shigella isolated
```

**PERFORMING SITE:**

IG    QUEST DIAGNOSTICS-IRVING, 4770 REGENT BLVD., IRVING, TX 75063-2445 Laboratory Director: ROBERT L BRECKENRIDGE,MD, CLIA: 45D0697943

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | /1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 01/27/2020 11:58 | Provider: | Lab Result Receive | Facility: | CRW |

**Cosigned by Jowdy, James DO on 01/27/2020 15:04.**

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | 1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 01/27/2020 11:58 | Provider: | Lab Result Receive | Facility: | CRW |

**Reviewed by Marri, Sudha FNP on 01/29/2020 06:34.**



**Report Status: Final**

**READ-FORBES, MENDY**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **READ-FORBES, MENDY**<br><br>**DOB:** ▉▉▉ **1975**   **AGE: 44**<br>Gender:   F<br>Phone:   NG<br>Patient ID: 22253-031 | Specimen:   DL763946S<br>Requisition: 0080898<br><br>Collected:   01/21/2020 / 07:45 CST<br>Received:   01/22/2020 / 00:35 CST<br>Reported:   01/22/2020 / 14:31 CST | Client #: 31137        30FW600<br>SHACKELFORD, JANET M<br>FMC - CARSWELL<br>J STREET BLDG 3000<br>FT WORTH, TX 76127 |

**COMMENTS:**        016201308

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| CA 125 | 8 | | <35 U/mL | IG |

This test was performed using the Beckman Coulter
Chemiluminescent method. Values obtained from
different assay methods cannot be used
interchangeably. CA 125 levels, regardless of
value, should not be interpreted as absolute
evidence of the presence or absence of disease.

**PERFORMING SITE:**

IG     QUEST DIAGNOSTICS-IRVING, 4770 REGENT BLVD., IRVING, TX 75063-2445 Laboratory Director: ROBERT L BRECKENRIDGE,MD, CLIA: 45D0697943

Quest, Quest Dagn ostics, the associated logo and all associated Quest Dagn ostics marks are the trademarks of Quest Diagnostics.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | ███ 1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 01/22/2020 15:51 | Provider: | Lab Result Receive | Facility: | CRW |

**Cosigned by Shackelford, Janet M.D. on 01/24/2020 06:49.**



**Federal Bureau of Prisons**

### FMC Butner
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** READ-FORBES, MENDY | **Facility** FMC Carswell | **Collected** 01/15/2020 09:02 |
| **Reg #** 22253-031 | **Order Unit** I04-233L | **Received** 01/16/2020 10:14 |
| **DOB** ▓/1975 | **Provider** Sudha Marri, FNP | **Reported** 01/16/2020 15:48 |
| **Sex** F | | **LIS ID** 010202433 |

| CHEMISTRY | | | | |
|---|---|---|---|---|
| Sodium | | 141 | 136-145 | mmol/L |
| Potassium | | 3.7 | 3.5-5.1 | mmol/L |
| Chloride | H | 111 | 98-107 | mmol/L |
| CO2 | L | 17 | 21-32 | mmol/L |
| BUN | | 12 | 7-26 | mg/dL |
| Creatinine | | 0.92 | 0.60-1.30 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1.73 m^2. if African American, multiply by 1.210. A calculated GFR <60 suggests a chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 9.3 | 8.4-10.2 | mg/dL |
| Glucose | | 107 | 70-109 | mg/dL |
| AST | | 19 | 5-34 | U/L |
| ALT | | 20 | 8-55 | U/L |
| Alkaline Phosphatase | | 103 | 40-140 | U/L |
| Bilirubin, Total | | 0.6 | 0.2-1.0 | mg/dL |
| Total Protein | | 7.1 | 6.4-8.3 | g/dL |
| Albumin | | 4.2 | 3.5-5.0 | g/dL |
| Globulin | | 2.9 | | g/dL |
| Alb/Glob Ratio | | 1.45 | 1.00-2.30 | |
| Anion Gap | | 13.0 | 9.0-19.0 | |
| BUN/Creat Ratio | | 13.5 | 5.0-30.0 | |

| SPECIAL CHEMISTRY | | | |
|---|---|---|---|
| T4, Free | 0.98 | 0.70-1.80 | ng/dL |
| TSH | 1.622 | 0.350-4.940 | uIU/mL |

| HEMATOLOGY | | | |
|---|---|---|---|
| WBC | 8.2 | 4.0-11.0 | K/uL |
| RBC | 4.66 | 4.00-5.50 | M/uL |
| Hemoglobin | 13.1 | 12.0-16.0 | g/dL |
| Hematocrit | 40.1 | 37.0-47.0 | % |
| MCV | 86.1 | 79.0-98.0 | fL |
| MCH | 28.2 | 25.4-34.6 | pg |
| MCHC | 32.7 | 30.0-36.0 | g/dL |
| RDW | 14.5 | 11.0-15.0 | % |
| Platelet | 308 | 150-400 | K/uL |
| MPV | 9.3 | 7.0-11.0 | fL |
| Neutrophils # | 6.6 | 1.5-7.1 | K/uL |

**FLAG LEGEND**   L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A!=Abnormal Critical



**Federal Bureau of Prisons**

# FMC Butner
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** READ-FORBES, MENDY | **Facility**   FMC Carswell | **Collected** 01/15/2020 09:02 |
| **Reg #** 22253-031 | **Order Unit** I04-233L | **Received** 01/16/2020 10:14 |
| **DOB** ▮▮▮/1975 | **Provider** Sudha  Marri, FNP | **Reported** 01/16/2020 15:48 |
| **Sex**   F | | **LIS ID**      010202433 |

## HEMATOLOGY

| | | | |
|---|---|---|---|
| Lymphocytes # | 1.0 | 0.9-3.3 | K/uL |
| Monocytes # | 0.4 | 0.3-1.1 | K/uL |
| Eosinophils # | 0.1 | 0.0-0.7 | K/uL |
| Basophils # | 0.1 | 0.0-0.2 | K/uL |
| Neutrophils % | 80.4 | | % |
| Therapeutic decision making should be based on absolute values, rather than percentages | | | |
| Lymphocytes % | 11.9 | | % |
| Monocytes % | 5.2 | | % |
| Eosinophils % | 1.4 | | % |
| Basophils % | 1.1 | | % |

**FLAG LEGEND**     L=Low  L!=Low Critical   H=High   H!=High Critical   A=Abnormal  A! =Abnormal Critical

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 | |
| Date of Birth: | /1975 | Sex: | F | Race: | WHITE | |
| Encounter Date: | 01/16/2020 15:53 | Provider: | Lab Result Receive | Facility: | CRW | |

**Cosigned by Jowdy, James DO on 01/17/2020 07:10.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | 1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 01/16/2020 15:53 | Provider: | Lab Result Receive | Facility: | CRW |

**Reviewed by Marri, Sudha FNP on 01/23/2020 06:38.**



**FMC CARSWELL**
J Street Building 3000
Fort Worth, TX 76127
817-782-4522

*** Sensitive But Unclassified ***

| | |
|---|---|
| **Name** READ-FORBES, MENDY | **Facility** FMC Carswell |
| **Reg #** 22253-031 | **Order Unit** I04-234L |
| **DOB** ▉/1975 | **Provider** James Jowdy, DO |
| **Sex** F | |

| |
|---|
| **Collected** 01/10/2020 06:58 |
| **Received** 01/10/2020 06:58 |
| **Reported** 01/10/2020 11:38 |
| **LIS ID**   098191078 |

| HEMOGLOBIN A1C | | | | |
|---|---|---|---|---|
| Hemoglobin A1C | H | 6.3 | 4.0-6.0 | % |

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 | |
| Date of Birth: | 1975 | Sex: | F | Race: | WHITE | |
| Encounter Date: | 01/10/2020 11:38 | Provider: | Lab Result Receive | Facility: | CRW | |

**Cosigned by Jowdy, James DO on 01/10/2020 11:39.**



**Federal Bureau of Prisons**

# FMC CARSWELL
J Street Building 3000
Fort Worth, TX 76127
817-782-4522

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** READ-FORBES, MENDY | **Facility** FMC Carswell | **Collected** 12/09/2019 09:07 |
| **Reg #** 22253-031 | **Order Unit** I04-233L | **Received** 12/09/2019 09:08 |
| **DOB** ▇▇▇/1975 | **Provider** Sudha Marri, FNP | **Reported** 12/09/2019 10:18 |
| **Sex** F | | **LIS ID** 340191072 |

| CHEMISTRY | | | |
|---|---|---|---|
| BUN | 14 | 7-17 | mg/dL |
| Creatinine | 0.96 | 0.52-1.04 | mg/dL |
| eGFR (IDMS) | >60 | | |

GFR units measured as mL/min/1.73m^2.
If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

---

**FLAG LEGEND**    L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|
| Date of Birth: | 1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 12/09/2019 10:22 | Provider: | Lab Result Receive | Facility: | CRW |

**Cosigned by Jowdy, James DO on 12/09/2019 12:24.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | ▇/1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 12/09/2019 10:22 | Provider: | Lab Result Receive | Facility: | CRW |

**Reviewed by Marri, Sudha FNP on 12/10/2019 06:47.**



**Federal Bureau of Prisons**

# FMC CARSWELL
J Street Building 3000
Fort Worth, TX 76127
817-782-4522

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** READ-FORBES, MENDY | **Facility** FMC Carswell | **Collected** 10/04/2019 07:10 |
| **Reg #** 22253-031 | **Order Unit** I04-234L | **Received** 10/04/2019 06:51 |
| **DOB** ██/1975 | **Provider** James Jowdy, DO | **Reported** 10/04/2019 10:10 |
| **Sex** F | | **LIS ID** 098191077 |

| HEMOGLOBIN A1C | | | |
|---|---|---|---|
| Hemoglobin A1C | 5.8 | 4.0-6.0 | % |

---

**FLAG LEGEND**   L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 | |
| Date of Birth: | /1975 | Sex: | F | Race: | WHITE | |
| Encounter Date: | 10/04/2019 10:10 | Provider: | Lab Result Receive | Facility: | CRW | |

**Cosigned by Jowdy, James DO on 10/04/2019 12:30.**



**FMC CARSWELL**
J Street Building 3000
Fort Worth, TX 76127
817-782-4522

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** READ-FORBES, MENDY | **Facility** FMC Carswell | **Collected** 09/09/2019 08:06 |
| **Reg #** 22253-031 | **Order Unit** I04-234L | **Received** 09/09/2019 07:47 |
| **DOB** ▮▮▮/1975 | **Provider** James  Jowdy, DO | **Reported** 09/10/2019 11:21 |
| **Sex** F | | **LIS ID**    107192056 |

| CHEMISTRY | | | |
|---|---|---|---|
| Iron | 75 | 37-170 | ug/dL |
| TIBC | 370 | 265-497 | ug/dL |
| % Saturation | 20 | 11-56 | % |

| SPECIAL CHEMISTRY | | | |
|---|---|---|---|
| Ferritin | 9.3 | 6.3-132.0 | ng/mL |
| Less than 50 years old:  6.3 - 132<br>Greater than 50 years old:  10 - 265 | | | |
| Vitamin B12 | 591 | 240-935 | pg/mL |

| HEMATOLOGY | | | |
|---|---|---|---|
| WBC | 6.3 | 3.5-10.5 | 10^3/uL |
| RBC | 4.48 | 3.90-5.40 | 10^6/uL |
| Hemoglobin | 13.1 | 12.0-16.0 | g/dL |
| Hematocrit | 38.3 | 34.0-46.0 | % |
| MCV | 85.4 | 80.0-95.0 | fL |
| MCH | 29.2 | 27.0-33.0 | pg |
| MCHC | 34.2 | 32.0-37.0 | g/dL |
| RDW | 14.7 | 11.0-15.5 | % |
| Platelet | 298 | 150-450 | 10^3/uL |
| MPV | 8.8 | 7.4-10.4 | fL |

**FLAG LEGEND**    L=Low  L!=Low Critical   H=High   H!=High Critical   A=Abnormal  A! =Abnormal Critical

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | /1975 | Sex: | F | Race: | WHITE |
| Encounter Date: | 09/10/2019 11:21 | Provider: | Lab Result Receive | Facility: | CRW |

Cosigned by Jowdy, James DO on 09/10/2019 13:00.

| | |
|---|---|
| **From:** | ^!"READ-FORBES, ^!MENDY" <22253031@inmatemessage.com> |
| **To:** | |
| **Date:** | 5/24/2020 7:49 AM |
| **Subject:** | ***Request to Staff*** READ-FORBES, MENDY,.Reg# 22253031, CRW-I-S |

To: medical records
Inmate Work Assignment: none

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
9abc5fbd-4abe-407b-af0d-c7021be086ce
Your response must come from the departmental mail box.  Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***


Yes mam I need all my records from carswell the records regarding my hysterectomy in Feb/March 2017 and my first intake of all my medical problems when I first arrived at Waseca in 2015 I do not want to go over the 600 pages so if you can provide these I believe it should be less than 600 pages please and thank you
-----Medical Records on 5/18/2020 10:32 AM wrote:

>

Do want something specific? If not, Your medical records comes out to a total of 1472 pages. You used 118 of your 600 free pages. So you would be charged 5 cents per page for the remaining 990 pages($49.50). Before we can begin printing please get with your counselor to fill out a BP-199 form to get the money deducted from your funds. Total: $49.50

>>> ~^!"READ-FORBES, ~^!MENDY" <22253031@inmatemessage.com> 5/8/2020 6:32 PM >>>
To: medical records
Inmate Work Assignment: none

I need copies of my medical records please and thank you including sick calls etc.

72 pages recd
X *[signature]* 6/25/20

BP-A1123     **INFORMED CONSENT FOR TREATMENT WITH PSYCHIATRIC MEDICATION**
APR 19
**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

I, _Mendy Read-Forbes_ , Reg. # _22253-031_

hereby authorize my provider, M. Mathews, M.D.            at institution: FMC-CRW

or his/her relief (designee), to prescribe me the mental health medication listed below and to continue taking said medication as is recommended for the treatment of my mental health.

1. I understand that this medication is useful because it has been found to be effective in treating one or more psychiatric conditions. I understand that this medication may improve my condition by relieving all or some of the symptoms associated with the mental health condition being treated.

2. My provider counseled me about the benefits and the risks of potential side effects associated with this medication. I was given an opportunity to ask questions and have my concerns addressed. I understand that more information on specific side effects will be provided to me in writing with the medication from the pharmacy. I will read this information and follow up with my pharmacist and/or provider should I have additional questions or concerns.

If any side effects occur, I will notify medical staff at sick call as soon as possible. If I experience a side effect that causes severe discomfort or is life threatening, I will notify the institutional staff immediately.

3. I understand that not taking this medication as prescribed may lead to a worsening of symptoms. I have been made aware that some symptoms of psychiatric conditions may get better or even go away without taking medication. I understand that I may stop taking this medication at any time by contacting my provider. I was made aware that abrupt discontinuation might cause withdrawal effects, affecting my health. Additionally, I am aware that I should contact my provider before starting any new medications due to potential interactions with prescription medications, OTC medications, herbal products, and/or dietary items.

4. I understand that other treatment options may include other medication with similar benefits that may cause some of the same side effects I may experience with this medication and that other non-drug treatments may involve counseling by a psychologist or other medical professional.

---

Medication Consenting to:

Trileptal

---

Other Issues Discussed:

INDICATIONS AND SIDE EFFECTS DISCUSSED

---

I have read and understand the foregoing, or it was explained in a language I understand, and I voluntarily consent to take the medication as prescribed.

Inmate Signature: _____     Date: _6 / 16 / 20_

---

Based upon interview, assessment, and medical record review, it is my opinion that this patient ✓ does    does not have decision-making capacity to give informed consent.

Provider Signature: _____ Lili Melsamy, D.O.  Date: _6/16/20_

**Provider Use for Special Circumstances Only:**

Patient verbally consents to the recommended medication(s), but refuses to sign because:

---

Provider Signature: _____     Date: _____

PDF                                    Prescribed by P6010

BP-A1123
APR 19

**INFORMED CONSENT FOR TREATMENT WITH PSYCHIATRIC MEDICATION**

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

I, _Mendy Read-Forbes_____ , Reg. # ___22293 - 031___

hereby authorize my provider, M. Mathews, M.D.____ at institution: FMC-CRW

or his/her relief (designee), to prescribe me the mental health medication listed below and to continue taking said medication as is recommended for the treatment of my mental health.

1. I understand that this medication is useful because it has been found to be effective in treating one or more psychiatric conditions. I understand that this medication may improve my condition by relieving all or some of the symptoms associated with the mental health condition being treated.

2. My provider counseled me about the benefits and the risks of potential side effects associated with this medication. I was given an opportunity to ask questions and have my concerns addressed. I understand that more information on specific side effects will be provided to me in writing with the medication from the pharmacy. I will read this information and follow up with my pharmacist and/or provider should I have additional questions or concerns.

If any side effects occur, I will notify medical staff at sick call as soon as possible. If I experience a side effect that causes severe discomfort or is life threatening, I will notify the institutional staff immediately.

3. I understand that not taking this medication as prescribed may lead to a worsening of symptoms. I have been made aware that some symptoms of psychiatric conditions may get better or even go away without taking medication. I understand that I may stop taking this medication at any time by contacting my provider. I was made aware that abrupt discontinuation might cause withdrawal effects, affecting my health. Additionally. I am aware that I should contact my provider before starting any new medications due to potential interactions with prescription medications, OTC medications, herbal products, and/or dietary items.

4. I understand that other treatment options may include other medication with similar benefits that may cause some of the same side effects I may experience with this medication and that other non-drug treatments may involve counseling by a psychologist or other medical professional.

| Medication Consenting to: |
| --- |
| Remeron |

| Other Issues Discussed: |
| --- |
| INDICATIONS AND SIDE EFFECTS DISCUSSED |

I have read and understand the foregoing, or it was explained in a language I understand, and I voluntarily consent to take the medication as prescribed.

| Inmate Signature: | X | Date: | 6/16/20 |
| --- | --- | --- | --- |

Based upon interview, assessment, and medical record review, it is my opinion that this patient ✓ does    does not have decision-making capacity to give informed consent.

Provider Signature: _____ LM Maisamy, D.O.____ Date: __6/16/20__

**Provider Use for Special Circumstances Only:**

Patient verbally consents to the recommended medication(s), but refuses to sign because:

_____

Provider Signature: _____ Date: _____

PDF                                    Prescribed by P6010

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                      **FEDERAL BUREAU OF PRISONS**

| TO: _Dental_ | DATE: _5-19-20_ |
| FROM: _Read -FORBES_ | REGISTER NO. _22253031_ |
| WORK ASSIGNMENT: _NONE_ | UNIT: _25_ |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.   Continue
on back, if necessary.   Your failure to be specific may result in no action being taken.
If necessary, you will be interviewed in order to successfully respond to your request.)

_The Pharmacy didn't have Ibuprofen 800_
_for me yesterday Can you please put in_
_an order due to my Surgery yesterday_

_Please 3, Thank You_

(Do not write below this line)

DISPOSITION:

_You already have Ibuprofen from the older prescription. ho to pill line_
_for Tylenol 3._

Signature Staff Member

T. Samuel, DDS
Staff Dentist
FMC Carswell- Fort Worth, TX   _R. Samuel_

Date   _05/19/20_

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
                                              and BP-S148.070 APR 94

FEDERAL BUREAU OF PRISONS
DENTAL SERVICES
INVASIVE DENTAL PROCEDURES

Verified Patient Identification (two required)  __X__ Full Pt Name  __X__ Reg Number  __X__ Photo ID  _____ Armband

Consent Form Explained in:  __X__ English  _____ Spanish  _____ Other Language _____

You have a right to be informed about your diagnosis, the planned treatment, the possible risks involved, and alternatives to treatment so that you may make an informed decision as to consenting to undergo the procedure(s) described below:

Procedure:
**Extraction of teeth #3, 10, 11, 20 due to infection, gross decay, poor prognosis, and pt. request.**

Alternatives to Treatment:
I understand that if this procedure is not performed my condition may worsen resulting in complications including but not limited to:
1. Infection
2. Pain
3. Loss of function
4. Health complications beyond the present problem
5. Other: _____

Possible complications which have been explained to me (circle the number of all that apply):
1. Continued or increased pain.
2. Swelling and infection.
3. Bruising, which may be prolonged, as a result of the procedure or from the injection of local anesthetic.
4. Injury to adjacent teeth, restorations, or soft tissues.
5. Scarring, tissue necrosis or alteration in appearance.
6. Nerve injury, paresthesia, or residual numbness which may be of undeterminable duration or even permanent.
7. Prolonged bleeding which could require further treatment or intervention.
8. Dry socket (alveolitis-pain occuring for a few days after the extraction).
9. Decision to leave a small piece of tooth root in the jaw when its removal would increase the risk of complications.
10. Maxillary sinus involvement due to upper tooth roots, tooth fragments, or instruments going into the sinus possibly resulting in a small opening (fistula).
11. Bone/jaw fractures may rarely occur, particularly with lower third molars.
12. Sharp ridges or bone splinters which may require additional surgery to smoothen the area.
13. Temporomandibular joint disorder (jaw problem), muscle soreness or restricted opening of the mouth.
14. Loss of tooth or teeth and/or restorations.
15. Fracture of tooth or root and/or restorations.
16. Discoloration of tooth.
17. Perforation of the root or the floor of the pulp chamber.
18. Endodontic file breaking or separating in root canal.
19. Inability to locate, access or fill a canal or canals.
20. Adverse drug reactions or allergies.
21. Rare complications may include nerve or blood vessel injury, allergic or unexpected drug reactions, pneumonia, heart attack, stroke and/or death.
22. Other: _____

I MENDY READ-FORBES_____, Register Number 22253-031___, consent to the procedure described above.

I CERTIFY THAT I HAVE READ AND FULLY UNDERSTAND THIS DOCUMENT.
The above information has been explained to me in a language I can understand. Applicable alternative treatment approaches have been explained to me. I am aware of the potential risks and complications associated with the procedure. I understand that the B.O.P. is not obligated to replace any teeth extracted during or as a result of this procedure and that I should follow the dentist's instructions as to post-operative care taking medications as prescribed. I voluntarily give this consent and recognize that I can withdraw it at any time prior to the beginning of the procedure. I have had the opportunity to discuss and ask questions about my treatment and have verified the procedure and site.

| _____ | 5-18-20 | _____ | 05/18/20 1000 |
|---|---|---|---|
| Patient's Signature | Date/Time / 1pm | Dentist's Signature | Date/Time |

| M. Guerrero RDA | 5-18-2020 1000 | Tom A. Samuel DDS/FAGD |
|---|---|---|
| Time-Out Witness Name | Date/Time | Dentist's Name |

TIME OUT TAKEN TO VERIFY TOOTH/TEETH AND/OR TREATMENT AREA
Patient asked to indicate in the mouth and on the chart which tooth/teeth to be treated and/or to verify oral area as stated above.
Patient and team members initial that the Time Out was verified:
Patient _____ Date 5/18/20 Time 101?
Dentist _____ Date 5/18/20 Time 1013
Witness _____ Date 5/18/2020 Time 1013

BP-S358.060
SEP 05

**MEDICAL TREATMENT REFUSAL**

CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

5-15-2020
Date

I, MENDY READ-FORBES        22253-031   , refuse treatment recommended by the Federal
Bureau of Prisons Medical staff for the following condition(s):

**DESCRIBE CONDITION IN LAYMAN'S TERMINOLOGY:**

Irreversible Pulpitis

**The following treatment(s) was/were recommended:**

Extraction #3

**Federal Bureau of Prisons Medical staff members have carefully explained to me that the following
possible consequences and/or complications may result because of my refusal to accept treatment:**

Increase in pain, swelling and abscess formation.

I understand the possible consequences and/or complications, listed above, and still refuse
recommended treatment. I hereby assume all responsibility for my physical and/or mental condition, and
release the Bureau of Prisons and its employees from any and all liability for respecting and following my
expressed wishes and directions.

LARRY, STEPHEN DDS        5-15-2020                           5-15-20
Counseled by              Date              Patient's Signature        Date

                          S-15-20
Signature of Witness      Date              CRW–CARSWELL FMC

**From:** ^I"READ-FORBES, ^IMENDY^<22253031@inmatemessage.com>
**To:**
**Date:** 5/8/2020 6:49 AM
**Subject:** ***Request to Staff*** READ-FORBES, MENDY, Reg# 22253031, CRW-I-S

To: dentist
Inmate Work Assignment: none

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
a4f61692-4851-4f00-bf02-47bea2cccaa9
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***

I have an infection in my tooth that is shooting horrible pain to my jaw and ear need to be seen asap please and thank you

You refused Dental treatment on 5/15/2020.

M. Guerrero RDA
5/15/2020

I-03

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: | DATE: 5-13-20 |
|---|---|
| FROM: Read Forbes | REGISTER NO. 22530377 |
| WORK ASSIGNMENT: None | UNIT: |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.   Continue
on back, if necessary.   Your failure to be specific may result in no action being taken.
If necessary, you will be interviewed in order to successfully respond to your request.)

I have an infection in My tooth need to
be seen please very painful and swollen.

Thank You

I Submitted electronic last week or Monday of this
week not sure but it is on the Computer

(Do not write below this line)

DISPOSITION:   You refused Dental treatment
on 5/15/2020.

Signature Staff Member
M. Guerrero RDA                    Date  5/15/2020

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)        This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-S358.060
SEP 05

**MEDICAL TREATMENT REFUSAL**

CDFRM

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

4-17-20
Date

I, _ Read - Forbes, mendy 22253031 refuse treatment recommended by the Federal
Bureau of Prisons Medical staff for the following condition(s):

DESCRIBE CONDITION IN LAYMAN'S TERMINOLOGY:

READ-FORBES, MENDY
22253-031 02/09/1975 F
CRW 103-129L
James Jowdy, DO
04/07/2020 00:00
094201422
MC26, MC18, O001

Routine laboratory testing ordered by Physician.
Culture . Stool
culture , Rectal /stool (VRE Screen)
O+P, stool

The following treatment(s) was/were recommended:

As above noted.

Federal Bureau of Prisons Medical staff members have carefully explained to me that the following
possible consequences and/or complications may result because of my refusal to accept treatment:

Refusal of laboratory testing may lead to additional medical complications including non-diagnosis of disease,
increase suffering and death.

I understand the possible consequences and/or complications, listed above, and still refuse
recommended treatment. I hereby assume all responsibility for my physical and/or mental condition, and
release the Bureau of Prisons and its employees from any and all liability for respecting and following my
expressed wishes and directions.

_____
Counseled by

_____
Date

_____
Patient's Signature

4/7/20
Date

E. Queoneli
Signature of Witness

4/17/20
Date

CRW--CARSWELL FMC

FEDERAL BUREAU OF PRISONS
DENTAL SERVICES
INVASIVE DENTAL PROCEDURES

Verified Patient Identification (two required)  X  Full Pt Name   X  Reg Number   X  Photo ID ____Armband

Consent Form Explained in:  X  English ____Spanish ___Other Language _____

You have a right to be informed about your diagnosis, the planned treatment, the possible risks involved, and alternatives to treatment so that you may make an informed decision as to consenting to undergo the procedure(s) described below:

Procedure:
**Extraction #2(upper right 2nd molar). Retained roots.**

Alternatives to Treatment:
I understand that if this procedure is not performed my condition may worsen resulting in complications including but not limited to:
1. Infection
2. Pain
3. Loss of function
4. Health complications beyond the present problem
5. Other:

Possible complications which have been explained to me (circle the number of all that apply):

1. Continued or increased pain.
2. Swelling and infection.
3. Bruising, which may be prolonged, as a result of the procedure or from the injection of local anesthetic.
4. Injury to adjacent teeth, restorations, or soft tissues.
5. Scarring, tissue necrosis or alteration in appearance.
6. Nerve injury, paresthesia, or residual numbness which may be of undeterminable duration or even permanent.
7. Prolonged bleeding which could require further treatment or intervention.
8. Dry socket (alveolitis-pain occuring for a few days after the extraction).
9. Decision to leave a small piece of tooth root in the jaw when its removal would increase the risk of complications.
10. Maxillary sinus involvement due to upper tooth roots, tooth fragments, or instruments going into the sinus possibly resulting in a small opening/fistula).
11. Bone/jaw fractures may rarely occur, particularly with lower third molars.
12. Sharp ridges or bone splinters which may require additional surgery to smoothen the area.
13. Temporomandibular joint disorder (jaw problem), muscle soreness or restricted opening of the mouth.
14. Loss of tooth or teeth and/or restorations.
15. Fracture of tooth or root and/or restorations.
16. Discoloration of tooth.
17. Perforation of the root or the floor of the pulp chamber.
18. Endodontic file breaking or separating in root canal.
19. Inability to locate, access or fill a canal or canals.
20. Adverse drug reactions or allergies.
21. Rare complications may include nerve or blood vessel injury, allergic or unexpected drug reactions, pneumonia, heart attack, stroke and/or death.
22. Other: _____

I MENDY READ-FORBES_____, Register Number _22253-031_, consent to the procedure described above.

I CERTIFY THAT I HAVE READ AND FULLY UNDERSTAND THIS DOCUMENT.
The above information has been explained to me in a language I can understand. Applicable alternative treatment approaches have been explained to me. I am aware of the potential risks and complications associated with the procedure. I understand that the B.O.P. is not obligated to replace any teeth extracted during or as a result of this procedure and that I should follow the dentist's instructions as to post-operative care taking medications as prescribed. I voluntarily give this consent and recognize that I can withdraw it at any time prior to the beginning of the procedure. I have had the opportunity to discuss and ask questions about my treatment and have verified the procedure and site.

| _____ | 4-3-20  1:35 M | _____ | 8/3/20  13 3 5 |
|---|---|---|---|
| Patient's Signature | Date/Time | Dentist's Signature | Date/Time |

| M. Guerrero RDTT | 4/3/2020  1335 | Larry, Stephen DDS |
|---|---|---|
| Time-Out Witness Name | Date/Time | Dentist's Name |

**TIME OUT TAKEN TO VERIFY TOOTH/TEETH AND/OR TREATMENT AREA**
Patient asked to indicate in the mouth and on the chart which tooth/teeth to be treated and/or to verify oral area as stated above.
Patient and team members initial that the Time Out was verified:
Patient _____ Date 4/3 Time 1:4
Dentist _____ Date 4/3/20 Time 1345
Witness _____ Date 4/3/2020 Time 1345



rbes, Mendy ID: 22253-031 24-Feb-2020 9:57:17

| | | | |
|---|---|---|---|
| Caucasian | Vent. rate | 68 bpm | Normal sinus rhythm |
| 179lbs | PR interval | 162 ms | Normal ECG |
| | QRS duration | 62 ms | |
| | QT/QTc | 388/412 ms | |
| | P-R-T axes | 52 24 70 | |

Technician:
Test ind:

Referred by: Unconfirmed

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | | Reg #: | 22253-031 |
| Date of Birth: | ▮1975 | Sex: | F | | Race: | WHITE |
| Scanned Date: | 02/26/2020 15:50 EST | | | | Facility: | CRW |

**Reviewed by Jowdy, James DO on 03/02/2020 07:34.**

01/30/20 11:25AM ULTRA537 University of North Texas  8177357724 Pg 2/2



# DIAGNOSTIC IMAGING REPORT

MyRadiologyReports.com

## Pelvic Ultrasound

Location: **TR Diagnostic Radiology Management**          MRN: **22253031** Date of Service: **1/29/2020**
Patient Name: **READ-FORBES, MENDY**          DOB: ████**1975**
Referring Physician: **University of North Texas**          Gender: **F**
Interpreting Physician: **Jack G Brooks, MD**          Age: **44**
Sonographer: **Kimberly Bongiorno**
Indication: **s/p 2017 TVH w/ CIN 2-3 and adenomyosis. endometriosis seen then, CT 12/13/19 4.4x44cm rt adn cystic lesion. u/s to check if ovarian**

Study Quality: **Technically adequate**
Method: **Transabdominal and Transvaginal Ultrasound Examination.**

## Technique

Transverse, sagittal and doppler imaging was performed with a curvilinear transducer through a physiologically distended bladder.

Indications: Check for right ovarian Cysts

## Study Data

Right Ovary: L: **4.7 cm** AP: **2.6 cm** TR: **2.9 cm**

## Physician Review

### Findings

Right/Left Ovaries: Left ovary is surgically absent
    The right ovary measures 4.70cm x 2.60cm x 2.90cm with a 2.6 cm & 1.5cm cm cyst present --FU in 4 months.

    Uterus: The uterus is surgically absent.

Conclusions: 1. The right ovary has a 2.6cm cyst present --FU in 4 months.

    2. The uterus is surgically absent.

    3. Left ovary is surgically absent

    4. Otherwise Normal Pelvic Sonogram

**Electronically signed Jack G Brooks, MD 1/30/20 1:24 PM**

Report for MENDY READ-FORBES 22253031 on 1/29/20

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | /1975 | Sex: | F | Race: | WHITE |
| Scanned Date: | 02/04/2020 10:18 EST | | | Facility: | CRW |

**Reviewed by Shackelford, Janet M.D. on 02/05/2020 09:09.**



# UNT HEALTH
## PATIENT SERVICES

| Inmate Name: **READ-FORBES, MENDY** | Reg #:  22253-031 | Complex:  CRW |
|---|---|---|
| Date of Birth:  ██████/1975 | Sex:  F | Date: 01/22/2020 |

## Report of Consultation:  RADIOLOGY

**Institution:**     CARSWELL FMC
                     NAVAL AIR STATION
                     FORT WORTH, TX 76127

**TITLE OF STUDY:**          CT scan of the abdomen and pelvis with and without contrast.

**CLINICAL HISTORY:**        This is a 44-year-old lady with a liver mass, possible sclerotic hemangioma on recent CT, follow-up study.

**FINDINGS:**                Computerized axial tomograms of the abdomen and pelvis were obtained from the base of the lungs down to the pubic symphysis area before and after IV contrast administration. Reformatted images in the sagittal and coronal planes were also obtained. No abnormality at the base of the lungs is evident. There has been previous surgery with surgical clips noted about the distal esophagus and the gastric fundic region. A bypass procedure or pouch procedure of the stomach seems likely. There is also a small esophageal hiatal hernia. There is very faint delineation of a 13 mm in diameter low-density lesion noted in the liver with a second possible lesion of near 9 mm. They seem to blend together or may represent two separate low-density lesions in the anterior and medial aspect of the right lobe of the liver, not the left lobe. The density measurements are very near 40 Hounsfield units prior to and after IV contrast administration as well as on delayed imaging and during the arterial phase. There is no apparent enhancement. Of consideration would be the possibility of a hepatic adenoma rather than a hemangioma. At any rate, does the patient have a history of prolonged use of birth control pills as this could represent a hepatic adenoma? In addition, from the previous measurements, the lesion may have decreased in size, which would favor the possibility of a hepatic adenoma. A followup CT scan in five to six months is recommended.

The gallbladder is absent with metallic clips noted in the surgical gallbladder bed. No abnormality of the spleen is evident with a 2 cm accessory spleen noted adjacent to the anterior aspect and medial aspect of the spleen. The aorta and vena cava have a normal caliber. No abnormality of the kidneys is evident and the adrenal glands appear to be normal. The pancreas and pancreatic region also present a normal appearance.

There is a small near 2 cm umbilical hernia noted with the hernia filled with fat.

Images of the pelvis demonstrate absence of the uterus and there is no evidence of a cystic process in the right pelvis that was noted on previous studies. Incidental note is made of bilateral breast implants.

**READ-FORBES, MENDY**                                                      01/22/2020

**IMPRESSION:**

1. Previous surgery in and about the region of the distal esophagus and fundic portion of the stomach.

2. A 13 mm and 9 mm low-density lesion in the anterior and medial aspect of the right lobe of the liver as discussed above. A followup study in five to six months is recommended. Is there a history of birth control pill use as a hepatic adenoma seems most likely?

3. The lesion is near the surface of the liver and could possibly be biopsied if necessary.

4. A 1.7 cm umbilical hernia.

5. No cyst noted in the right pelvis.

6. Absent uterus.


Jack Glen Brooks, M.D.

# Bureau of Prisons
# Health Services
# Cosign/Review

| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
|---|---|---|---|---|---|
| Date of Birth: | /1975 | Sex: | F | Race: | WHITE |
| Scanned Date: | 01/30/2020 11:13 EST | | | Facility: | CRW |

**Reviewed with New Encounter Note by Jowdy, James DO on 02/06/2020 09:40.**

BP-S358.060
SEP 05

# MEDICAL TREATMENT REFUSAL

CDFRM

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

1/24/20 Date

I, (Name) _Pearl Folkes_ (Number #) _2225304_ , refuse treatment
recommended by the Federal Bureau of Prisons Medical staff for the following condition(s):

## DESCRIBE CONDITION IN LAYMAN'S TERMINOLOGY:

Female Preventative Health Visit
Pelvic Exam
Pap smear
Breast Exam

## The following treatment(s) was/were recommended:

Delayed discovery and treatment of breast and /or cervical cancer, infection or abnormal cells that can turn into cancer cells. Loss of the ability to have children and DEATH may occur.

If you change your mind and decide at a later date that you would like to have a female preventative health exam, you may request one by sending a cop-out to your provider or signing up through sick call.

**Federal Bureau of Prisons Medical staff members have carefully explained to me that the following possible consequences and/or complications may result because of my refusal to accept treatment:**

Patient declined well woman exam today. Declination signed. Patient will be scheduled in 1 year unless she requests an exam prior to that date. Patient verbalized understanding.

**I understand the possible consequences and/or complications, listed above, and still refuse recommended treatment. I hereby assume all responsibility for my physical and/or mental condition, and release the Bureau of Prisons and its employees from any and all liability for respecting and following my expressed wishes and directions.**

_Cmfunkirbd_ 1/24/20
Counseled by                Date

_[signature]_ 1/24/20
Patient's Signature          Date

_[signature]_ RN 1/24/20
Signature of Witness        Date

CRW—CARSWELL·FMC

01/22/20 03:43PM ULTRA537 University of North Texas  8177357724 Pg 2/3



## DIAGNOSTIC IMAGING REPORT

MyRadiologyReports.com

## Abdominal Ultrasound Report

Location: **TR Diagnostic Radiology Management**
Patient Name: **READ-FORBES, MENDY**
Referring Physician: **University of North Texas**
Interpreting Physician: **Jack G Brooks, MD**
Sonographer: **Kimberly Bongiorno**
Indication: **liver lesions vs. hemangiomas**
Study Quality: **Technically good.**

MRN: **22253031**      Date of Service: **1/22/2020**
DOB: **█/1975**
Gender: **F**
Age: **44**

## Technique

Real-time high-resolution ultrasound evaluation of the abdomen was performed.

## Physician Review

**Conclusions:** 1. Prior cholecystectomy is noted.

2. The liver is hyperechoic consistent with diffuse hepatic fatty infiltration.

3. Otherwise Unremarkable RUQ abdominal ultrasound.

**Findings**

Liver: The liver is hyperechoic consistent with diffuse hepatic fatty infiltration.
No measurable defined masses detected within the resolution of the study.

Gall bladder: Prior cholecystectomy is noted.

Common bile duct: The normal common duct measures 2mm in diameter.

Pancreas: The visualized portions of the pancreas are normal in size and echogenicity without masses.

Inferior vena cava: The inferior vena cava appears unremarkable.

Aorta: The maximum diameter of the aorta measures 2.12cm cm in the infrarenal segment.

Spleen: Not imaged

Right kidney: The right kidney measures 9.9cm x 4.1cm x 4.9cm.
Normal cortical thickness and echogenicity.
There is no evidence of calculus or hydronephrosis.

Left kidney: Not imaged

**Electronically signed Jack G Brooks, MD 1/22/20 5:42 PM**

01/22/20 03:43PM ULTRA537 University of North Texas  8177357724 Pg 3/3

## Study Data

**Gall Bladder**
Structure: **Removed**

**Liver**
Structure: **Normal**
Size: **13.9 cm**
Texture: **fatty**
Ascites: **Not Present**
Portal Vein Profile: **hepatopetal**

**IVC**
Structure: **Normal**

**Common Bile Duct**
Structure: **Normal**
Size: **2 mm**

**Pancreas**
Structure: **Normal**

**Aorta(AP)**
Prox: **2.12 cm**
Mid: **1.43 cm**
Dist: **1.22 cm**

**Spleen**
Structure: **Not Imaged**

**Right Kidney**
Stucture: **Normal**
L: **9.9 cm**
AP: **4.1 cm**
TR: **4.9 cm**
Renal Cortex: **1.4 cm**
Cyst: **Not present**
Stone: **Not present**
Hydronephrosis: **Not present**

**Left Kidney**
Structure: **Not Imaged**

Report for MENDY READ-FORBES 22253031 on 1/22/20

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | 1975 | Sex: | F | Race: | WHITE |
| Scanned Date: | 01/23/2020 11:15 EST | | | Facility: | CRW |

**Reviewed by Jowdy, James DO on 01/23/2020 15:30.**

From Envision Imaging 1.817.885.8714 Fri Dec 13 08:41:06 2019 MST Page 1 of 2

**PATIENT NAME:** Read Forbes, Mendy
**BIRTH DATE:** ███1975
**MPI#:** ENV2891110
**DATE OF EXAM:** 12/13/2019

◯ ENVISION **IMAGING**

**REFERRED BY:** Charles Langham, MD
USPHS-Fed Womens Prison Hospital,J Building
Fort Worth, TX 76127

**EXAM:** CT ABDOMEN AND PELVIS WITH AND WITHOUT CONTRAST

**HISTORY:** Subsequent encounter, chronic, nontraumatic, liver lesion on prior CT, follow-up

**TECHNIQUE:** Axial CT images of the abdomen and pelvis were acquired from the lung base to the symphysis pubis following oral contrast and before and following 100 cc of Omnipaque 350 for IV contrast. All CT scans are performed using dose optimization technique as appropriate to a performed exam including automated exposure control and/or standardized protocols for targeted exams where dose is matched to indication/reason for exam/patient size.

**COMPARISON:** 6/20/2019

**FINDINGS:** Again seen is the low density lesion in the anterior left lobe of the liver on image 10 series 5 measuring 1.9 x 1.3 cm. There is a second lesion in the anterior left lobe of the liver on image 12 series 5 measuring 1.8 x 1 cm. These lesions appear grossly unchanged from prior study although better seen on today's study. The lesions have Hounsfield unit measurements higher than simple cyst on the noncontrast images and show very little enhancement following contrast. No other liver lesions are seen.

The spleen, adrenal glands, pancreas, and kidneys have normal appearance. There are several splenules adjacent to the spleen.

No lymphadenopathy is seen. There is trace amount of ascites in the pelvis. A cystic lesion in the right hemipelvis measures 4.4 x 4 cm and is most likely an ovarian cyst. The uterus is surgically absent.

The bowel appear unremarkable.

There are postsurgical changes in the epigastric region with surgical sutures in the distal esophagus and proximal stomach. Again seen is a small ventral hernia containing fat without bowel involvement.

**PATIENT NAME:** Read Forbes, Mendy
**BIRTH DATE:** 1975
**MPI#:** ENV2891110
**DATE OF EXAM:** 12/13/2019

 ENVISION **IMAGING**

No bony abnormalities are seen.

**IMPRESSION:** 2 low-density lesions in the anterior left lobe of the liver without significant change in appearance from prior study. The lesions are nonspecific and are indeterminate at this time. Atypical hemangioma are considerations. A liver ultrasound may be of benefit.

4.4 cm cystic lesion in the right hemipelvis is most likely an ovarian cyst. Trace free fluid in the pelvis.

No acute findings are otherwise seen.

Report Ends

D. Kim Kuo, MD
This document was electronically signed by D. Kim Kuo, MD on 12/13/2019

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | /1975 | Sex: | F | Race: | WHITE |
| Scanned Date: | 12/18/2019 10:00 EST | | | Facility: | CRW |

**Reviewed by Jowdy, James DO on 12/19/2019 12:04.**

# FMC Carswell

### Acknowledgement of Counseling for Medical Procedure

### NPO (Nothing by Mouth)

I04-233L
25 4363

I, Rezd-Forbes, Mendy ___ Register Number __22253-031__ have been
instructed not to eat or drink anything after 12:01 AM on __12-12-19__
(Date) in preparation for a medical procedure. I understand that the medical
procedure may be cancelled if I eat or drink anything after the time and date
listed above and disciplinary actions will be taken accordingly.

Yo, _____ (nombre), numero de registro _____, he
recibido instrucciones de no comer o beber nada luego de las 12:01 AM en
_____, en preparacion de un procedimiento medico. Yo entiendo que el
procedimiento medico puede ser cancelado si yo como o bebo luego del tiempo
en la fecha indicada arriba y que acciones disciplinarias seran llevadas a cabo.

X _____                                    __12-12-19__

**Signature of Inmate**                                     **Date**

**Firma de la reclusa**                                     **Fecha**


_____                                    __12-12-19__

**Signature of Staff/Print**                                **Date**

**Nombre y firma del empleado**                             **Fecha**

BP-A0807
SEP 11

# INFLUENZA VACCINE CONSENT - INMATES

CDFRM

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

{*Note: CDC Vaccine Information Statements in multiple languages available at: www.cdc.gov/vaccines/pubs/vis/}

I have been provided a copy of the Vaccine Information Statement* for Influenza Vaccine dated _AUG 15 2019_. I have had the opportunity to ask questions about the benefits and risks of vaccination.

☒ I consent to receive the Influenza vaccine at this time

Health Questions Prior to Influenza Vaccination (Check Yes or No)

| Yes | No | Health Questions |
|-----|-----|------------------|
| | ☒ | Are you sick today? (if moderately to severly ill should postpone vaccination) |
| | ☒ | Do you have allergy to eggs? |
| | ☒ | Have you ever had serious reaction to influenza vaccine? If so, describe: |
| | ✓ | Have you had Guillain-Barré syndrome (progressive paralysis)? |

| Inmate Signature | Witness Signature | Date |
|------------------|-------------------|------|
| | | 11-1-19 |

☐ I decline to receive the Influenza vaccine at this time

| Inmate Signature | Witness Signature | Date |
|------------------|-------------------|------|
| | | |

| Name | |
|------|------|
| Read FORBES | |
| Reg. # 22253031 | SSN 487044322 |
| Institution CRW-CARSWELL FMC. | |

Prescribed By P6190

BP-S356 060
SEP 05

## MEDICAL TREATMENT REFUSAL

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

Date

I, _____ Reed Forbes _____ , refuse treatment recommended by the Federal
Bureau of Prisons Medical staff for the following condition(s):

**DESCRIBE CONDITION IN LAYMAN'S TERMINOLOGY:**

EYE EXAM/CLINIC

**The following treatment(s) was/were recommended:**

EYE EXAM AND RECOMMENDED TREATMENT

Federal Bureau of Prisons Medical staff members have carefully explained to me that the following
possible consequences and/or complications may result because of my refusal to accept treatment:

POSSIBLE MISSED DIAGNOSIS AND/OR WORSENING OF VISION.

I understand the possible consequences and/or complications, listed above, and still refuse
recommended treatment. I hereby assume all responsibility for my physical and/or mental condition, and
release the Bureau of Prisons and its employees from any and all liability for respecting and following my
expressed wishes and directions.

_____        _____        _____   8-26-19
Counseled by                   Date                   Patient's Signature          Date

_____  LWN  8-26-F1
Signature of Witness           Date                   CRW--CARSWELL FMC



rbes, Mendy ID: 22253-031 28-Aug-2019 9:06:24 Federal Medical Center Carswell

Caucasian
180lbs

| | | |
|---|---|---|
| Vent. rate | 83 | bpm |
| PR interval | 170 | ms |
| QRS duration | 62 | ms |
| QT/QTc | 354/415 | ms |
| P-R-T axes | 60 25 54 | |

Normal sinus rhythm
Possible Left atrial enlargement
Low voltage QRS
Borderline ECG

Federal Medical Center Carswell
P.O. Box 27066
Fort Worth, TX 76127-0066

History: Hypertension
Technician:

Unconfirmed

Universal™ GE Medical Systems

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | READ-FORBES, MENDY | | | Reg #: | 22253-031 |
| Date of Birth: | ████/1975 | Sex: | F | Race: | WHITE |
| Scanned Date: | 08/29/2019 12:37 EST | | | Facility: | CRW |

**Reviewed by Jowdy, James DO on 08/30/2019 11:35.**

I04                    22253031

**From:**      ^!"READ-FORBES, ^!MENDY" <22253031@inmatemessage.com>
**To:**
**Date:**      8/21/2019 8:20 AM
**Subject:**   ***Request to Staff*** READ-FORBES, MENDY, Reg# 22253031, CRW-I-S

To: dental
Inmate Work Assignment: none

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the
subject line.
0ebd5b40-49f6-4723-91ac-8d6b1c4b8caf
Your response must come from the departmental mail box.  Responses from personal mailboxes WILL
NOT be delivered to the inmate.

***Inmate Message Below***

I wanted to know where I am at on the implant list please I just won my case and will be heading home
and would like to do so with my teeth not in this condition please I was put on the list April of 2016 please
can you let me know if there is anyway to get moved up.  Thank you for your time

/ Everyone is seen in chronological
order, when your name comes
up you will be seen.

8/22/19

D. Escoriya
Dental Hygienist
FMC Carswell, Fort Worth, TX