IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL ACTION |
| v. ) | |
| ) | No. 12-20099-01-KHV |
| MENDY READ-FORBES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MEMORANDUM AND ORDER

On May 28, 2020, the Court dismissed defendant's renewed motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  See Memorandum And Order (Doc. #396).  Defendant appealed.  On November 12, 2020, the Court overruled defendant's Motion For Bond While Waiting For Appeals Court Decision (Doc. #441) filed November 3, 2020.  See Memorandum And Order (Doc. #442).  This matter is before the Court on defendant's Motion To Appoint Attorney For [Motion For] Bond And Hearing And Motion For Hearing On Bond (Doc. #443) filed November 12, 2020.

Because the Court already overruled defendant's motion for release on appeal, the Court overrules as moot defendant's motion to appoint counsel and for a hearing on her motion for release on appeal.[1]

---

[1] Defendant's present motion and her motion for release on appeal intertwine two requests: (1) a request for release pending appeal and (2) a request for release pending this Court's determination of the merits of her Petition For Writ Of Audita Querela Or Other Appropriate Relief Pursuant To The All Writs Act (Doc. #366) filed December 6, 2019.  The Court already appointed counsel on defendant's Petition (Doc. #366).  As explained in the Court's prior order, to the extent that defendant seeks release in whole or in part because of the merit of her pending Petition (Doc. #366), she must raise that request through appointed counsel.  See Memorandum And Order (Doc. #442) at 3–4 n.2.

**IT IS THEREFORE ORDERED** that defendant's Motion To Appoint Attorney For [Motion For] Bond And Hearing And Motion For Hearing On Bond (Doc. #443) filed November 12, 2020 is **OVERRULED as moot**.

Dated this 16th day of November, 2020 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge
