UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

UNITED STATES OF AMERICA,

Case: 12-20099-KHV

v.

Mendy Read-Forbes,
      Movant.

Defendant's Addendum To defendant's Motion For Compassionate Release (Doc # 491).

COMES NOW, Mendy Read-Forbes, Pro-Se defendant and supplies ~~submit~~ this addendum and pertinent information as follows:

On November 1, 2023, the Sentencing Commission makes changes to 1B1.13 - Reduction in Term of Imprisonment under 18 U.S.C. 3582(c)(1)(A).

In making these changes that go into effect the defendant requests this Court to consider the following while reviewing and deciding her Compassionate Release.

1B1.13 Reduction in Term of Imprisonment Under 18 U.S.C. 3582(c)(1)(A)

(a) In general - Upon motion of the Director of the Bureau of Prisons or the defendant under 18 U.S.C. 3582(c)(1)(A), the Court may reduce a term of imprisonment (and may impose a term of supervised release with or without

①

conditions that does not exceed the unserved portion of the original term of imprisonment), if after considering the factors set forth in 18 U.S.C. 3553(a) to the extent that they are applicable, if the Court determines that

. . .

(C) The defendant is suffering from a medical condition that requires long-term or specialized medical care that is not being provided and without which the defendant is at risk of serious deterioration in health or death.

   - Defendant still has not had any dental care now with only 2 teeth left causing severe pain and deterioration. See Doc. 499-2, pg. 12 of 18, picture clearly shows Forbes had all of her teeth now 2 remaining. Due to COVID the BoP only pulled teeth. Forbes has severe pain and deterioration due to lack of dental.

See Doc. 491-1, pg. 4 of 21, Only one of two Carpal Tunnel surgeries has occurred. Right hand experiencing burning, numbness, pain and severe neuropathy.

See Doc 491-1, pg. 5 of 21 - Spinal Stenosis still NOT treated. It is causing deterioration to spine and pain.

The above-referenced items as shown by the Government's Exhibit of 313 medical pages have gone untreated. Some of which have been waiting 7 years and still pending treatment.

(2)

...

(4) Victim of Sexual Abuse

The defendant, while in custody serving the term of imprisonment sought to be reduced, was a victim of:

(A) sexual abuse involving a "sex act" as defined in 18 U.S.C. 2246(2) (including the conduct described in 18 U.S.C. 2246...); or

(B) ...

that was committed by, or at the direction of, a correctional officer...

For the purposes of this provision, the misconduct must be established by a conviction in a criminal case, a finding or admission liability in a civil case, or a finding in an administrative proceeding, unless such proceedings are unduly delayed...

As the government itself pointed out in the filing of 313 pages of medical records only to be redacted weeks after posting on PACER, Forbes was sexually assaulted by Officer Born. Born has already been sentenced once to 90 days for accepting oral sex from an inmate around the same time Forbes was being assaulted. The Bureau of Prisons and Counselor Newman at FPC Pekin provided attachment A-22 showing the sexual assault. Newman may be contacted if you need verification of the form and his dated initials.

③

The Commission also stated if there is undue delay which there is in Forbes case - see attached A-23 letter from Senator Duckworth or email from BoP to Duckworth dated from May 23, 2023 showing undue delay. See A-24 from Andre Matevousian, Regional Director dated June 27, 2023 where it states Forbes will be informed of decision. This is undue delay. Still waiting.

See A-25 where the Agency only has 90 days and when you look at A-23 & A-24 exhibits the 90 days is long gone proving undue delay.

(5) OTHER REASONS. The defendant presents any other circumstance or combination of circumstances that, when considered by themselves or together with any of the reasons described in paragraphs (1) through (4), are similar in gravity to those described in (1) through (4).

(6) UNUSUALLY LONG SENTENCES. If a defendant received an unusually long sentence and has served at least 10 years of the term of imprisonment, a change in law (other than an amendment to the Guidelines Manual that has not been made retroactive) may be considered in determining whether the defendant presents an extraordinary and compelling reason, but only where ④ such change would produce a gross disparity between the sentence

being served and the sentence likely to be imposed at the time the motion is filed, and after full consideration of the defendant's individualized circumstances.

(c) LIMITATION ON CHANGES IN LAW. Except as provided in Subsection (b)(6), a change in the law (including an amendment to the Guidelines Manual that has not been made retroactive) shall not be considered for purposes of determining whether an extra-ordinary and compelling reason exists under this policy statement. However, if a defendant otherwise establishes that extraordinary and compelling reasons warrant a sentence reduction under this policy statement, A CHANGE IN LAW (INCLUDING AN AMENDMENT TO THE GUIDELINES MANUEL THAT HAS NOT BEEN MADE RETROACTIVE) may be considered for purposes of determining the extent of any such reduction.

(d) REHABILITATION OF THE DEFENDANT. Pursuant to 28 U.S.C. 994(t), rehabilitation of the defendant is not, by itself, an extraordinary and compelling reason for purposes of this policy statement. However, rehabilitation of the defendant while serving the sentence may be considered in combination with other circumstances in determining whether and to what extent a reduction in the defendant's term of imprisonment is warranted.

⑤

(e) FORESEEABILITY OF EXTRAORDINARY AND COMPELLING REASONS. For purposes of this policy statement, an extraordinary and compelling reason need not have been unforeseen at the time of sentencing in order to warrant a reduction...

In discussing the new information and criteria I state the following:

Forbes is still not being treated for medical/dental in a timely manner as shown by the 313 Pages of Medical Records filed by the AUSA's office.

- Forbes still needs one Carpal Tunnel Surgery originally found in 2015/2016 nearly 7 years ago now showing futher deterioration if you compare the EMG done 3/23/2016 to 5/26/2021. See Doc. 491-1 pg. 4 of 21 Right Hand Very SEVERE CARPAL TUNNEL SYNDROME. Target Date of Surgery 6/29/21 - Never happened still waiting causing deterioration shown by EMG's. The records also reflect an EMG done in 2023 showing once again futher deterioration. See Doc. 491-1 pg. 6 of 21 - Carpal Tunnel causing Forbes - hand burning, pain, numbness and dropping things.

(6)

Forbes still suffers from Spinal Stenosis in C4-C5 Mild Rt. asymmetric osteophyte results in Mod to Severe Rt and mild to mod Lt. Neural foraminal narrowing with Mild Spinal Canal Stenosis. (See Doc. 491-1 pg. 10 of 21). This was over 2 years ago still waiting to see Neurology. Stenosis is further deteriorating.

Forbes is now suffering from Pre-diabetes, high Cholesterol and a further deficient Vitamin D level as is shown in the medical records filed with this Court.

Forbes is not receiving dental care has been on waiting list since 4-16-16. Dental told her since at one point she was eligible for CARES ACT or appeared that she was they had her sign a waiver so she wouldn't get a dental hold. However, CARES ACT DID NOT SEND FORBES HOME and now she is being told she has to start at the bottom of the list again with only 2 Teeth left and constant abcesses. It is very painful and hard to eat. ⑦

The BOP has failed to treat Ms. Forbes Medical/Dental in a timely manner as shown by the 313 pages of Records causing her pain and further deterioration as they represent extraordinary and Compelling Reasons.

(4) Victim of Abuse - See Attached.

(6) Unusually Long Sentence. See original filing of Compassionate Release both Co-defendants received considerably less. Partee = 60 Months Shoop = 42 Months with Criminal History. Forbes has ZERO Criminal History. Shoop received $234,000 towards laundered funds amount when Forbes received 1.1 million and the AUSA did not subtract the Appraisal Price when they had it in their evidence further misleading this Court like the CCA Calls as they pertained to Forbes.

Since Forbes has established that other extraordinary and compelling reasons warrant a sentence reduction the Guideline Amendment Chage on November 1, 2015 should effect Forbes with a reduction to 168-210 Months instead of 210-240.

⑧

Rehabilitation of Defendant. The Government is correct I have had some disciplinary reports. However, 6 were the 1st year it is hard to adjust-Really it is. I have served NOW 10 years or approximately 3650 days so 10-11 Reports for 3650 days doesn't see like a lot. Also please see attached J-2 where I have 1543 Programming Days. I've earned a year off for FSA Credits. I get 270 days on Second Chance Act and already one year home confinement plus one additional year of FTC Towards Home Confinement. So

  Completed 10 years as of October 2, 2023
  Good Time Credits 32 Months
  1 Year Credit FSA
  12 Months halfway house
  12 Months earned toward FTC Home Confinement. See J-2 and Page 491-1 pg 15 of 21.

This shows Forbes continuous rehabilitation along with J-3 & J-4. Forbes was a 19 Pattern Score on 12-11-20 see J-3 on 2-22-23 see J-4 Now -1 Pattern Score Recidivism.

(9)

Forbes will also be filing under Amendment 821 of the Sentencing Guidelines for Zero Criminal History in a seperate motion.

Forbes has been rehabilitated as shown by the exhibits don't judge her by the 11 disciplinary reports which only represent 11 days of mistakes out of 3650 days Forbes has now served which equals 10 years as of October 23, 2023. Prison is tough it is a totally new world with a different group of people. Not people with our education level usually but people who are street educated, mouthy and like to fight. A lot of inmates simply don't care I'm not one of those. The first year was rough to get used to prison but now as I have for a long time get up each day and try to be better. I have gone nearly 3 years without an incident report 3 years in February 2024. I have worked my way to a camp - so I'm in no way a danger to society. I go on furlough by myself and have always returned to camp and followed all the furlough rules. I have really paid the price for my crime I lost my brother in 2022, I missed both my sons growing up and graduations. They are both in college now Bryce and I video visit every week. He is such a great kid, but Dylan doesn't speak to me or his father so I will very carefully have to try to repair that relationship when I get home,

⑩

father is aging and my biggest support system. I to get home to help him now that he is , and repay him for all he has done so he can happily and peacefully live out his remaining days.

When you sentenced me you would have never have thought that I suffer through 4 COVID-19 outbreaks, have COVID twice personally leaving me hospitalized, loose my teeth due to BOP failing to treat inmates, or that I would be sexually assaulted only to now wonder after this horrible consequense and doing 10 years how much it may or may not impact my future relationships. As you can see by my Unit Team Paper from my Case Manager, I have good rapport with staff and inmates, I have good work evaluations and have had the same job since arriving at ~~ECI~~ FPC-Pekin.

WHEREFORE, I am Requesting taken as a whole everything filed May 24, 2023, My Reply To Government's Response, this addendum along with the Zero Points Amendment 821 Motion that I be given a Second Chance and a Reduction to 135-168 months which is sufficient but not greater than necessary. ~~However,~~ if this Court feels you can't grant the Compassionate

(11)

Release or Sentence Reduction I hereby Request the remainder of my sentence to be served on Supervised Release so I can continue to prove my rehabilitation, pay restitution, and reconnect with my family. At this time with my FSA I get out on 3-1-30. I have 420 FTC days towards Home Confinement and earn 15 days a month due to my Programming. I get Second Chance Act and 1 year half-way house. All of this shows my rehabilitation.

Respectfully Submitted,

Mendy Read-Forbes
22253-031
FPC-Pekin
PO Box 5000
Pekin, IL 61555

(12)

A-22

```
REMEDY ID: 1158086-A1        SUB1: 37AM SUB2:        DATE RCV:    03-29-2023
UNT  RCV..: 6 SCP            QTR RCV.: F03-302L      FACL RCV: PEK
UNT  ORG..: 6 SCP            QTR ORG.: F03-302L      FACL ORG: PEK
EVT FACL.: HAF     ACC LEV:  BOP  1                  RESP DUE:  SUN  05-28-2023
ABSTRACT.: ALLEGES SEXUAL ABUSES BY STAFF IN 2017/2018
STATUS DT: 05-11-2023    STATUS CODE: CLO  STATUS REASON: XPL
INCRPTNO.:             RCT: P EXT: P DATE ENTD: 04-14-2023
REMARKS..:
```

REG NO. 22253-031   NAME: READ-FORBES, MENDY

G0002        MORE PAGES TO FOLLOW . . .

A-23

```
PEKE4                      *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        09-13-202
GE 033                     *                 FULL SCREEN FORMAT          *        14:33:14

GNO: 2253-031  NAME: READ-FORBES, MENDY
 OF..: PEK UNT/LOC/DST: 6 SCP                         QTR.: F03-303L   RCV OFC: BC
EDY ID: 1158086-A1       SUB1: 37AM SUB2:             DATE RCV:  03-29-2023
 RCV..: 6 SCP            QTR RCV: F03-302L            FACL RCV: PEK
 ORG..: 6 SCP            QTR ORG: F03-302L            FACL ORG: PEK
 FACL.: HAF       ACC LEV: BOP-1                      RESP DUE:  SUN  05-28-202
STRACT.: ALLEGES SEXUAL ABUSES BY STAFF IN 2017/2018
TUS DT: 05-11-2023  STATUS CODE: CLO  STATUS REASON: XPL
                        RCT: P  EXT: P  DATE ENTD: 04-14-2023
CRPTNO.:
MARKS..:
```

4 9/13

```
PEKHA   540*23 *              SENTENCE MONITORING              *   02-22-2023
PAGE 001           *           COMPUTATION DATA                *   13:44:44
                                AS OF 02-22-2023

        REGNO..: 22253-031  NAME: READ-FORBES,


   FBI NO............: ####24PD3      DATE OF BIRTH: ####-1975  AGE:  48
   ARS1..............: PEK/A-DES
   UNIT..............: 6 SCP          QUARTERS.....: F03-302L
   DETAINERS.........: NO             NOTIFICATIONS: NO

   FSA ELIGIBILITY STATUS IS: ELIGIBLE

   THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

   HOME DETENTION ELIGIBILITY DATE....: 09-01-2029

   FINAL STATUTORY RELEASE FOR INMATE.: 03-01-2031 VIA GCT REL
            WITH APPLIED FSA CREDITS.: 365  DAYS
   THE INMATE IS PROJECTED FOR RELEASE: 03-01-2030 VIA FSA REL
```

## FSA Time Credit Assessment

Register Number:22253-031, Last Name:READ-FORBES

J-2

**U.S. DEPARTMENT OF JUSTICE**                                **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number....: 22253-031 | Responsible Facility: PEK |
| Inmate Name | Assessment Date.....: 07-30-2023 |
|   Last.............: READ-FORBES | Period Start/Stop...: 12-21-2018 to 07-30-2023 |
|   First............: MENDY | Accrued Pgm Days....: 1543 |
|   Middle...........: | Disallowed Pgm Days.: 139 |
|   Suffix...........: | FTC Towards RRC/HC..: 370 |
| Gender.............: FEMALE | FTC Towards Release.: 365 |
| Start Incarceration: 04-23-2015 | Apply FTC to Release: Yes |

J-2



**Individualized Needs Plan - Program Review   (Inmate Copy)**          SEQUENCE: 01837670
Dept. of Justice / Federal Bureau of Prisons                            Team Date: 08-16-2023
Plan is for inmate: READ-FORBES, MENDY  22253-031

- Offense
- Prisoner
- Court Statement
- Sentencing Commission

Ms. Read-Forbes would be appropriate for a Residential Reentry Center placement with a recommended range of greater than 270 days due to her sentence length and individual reentry needs.

**Comments**

Eligible for the First Step Act with Minimum Pattern score.

Submitted for the CARES Act and denied placement.

◇22253-031◇
Mendy Read-Forbes
Federal Prison Camp
po box 5000
Pekin, IL 61555
United States

RECEIVED
OCT 23 2023
U.S. DISTRICT JUDGE
KANSAS CITY, KANSAS

◇22253-031◇
Us Dist Court
500 State AVE
Attn:Judge Vratil
Kansas CITY, KS 66101
United States

6610132435 CO48

Retail
RDC 99
66101
R2305E125393-12



U.S. POSTAGE PAID
FCM LG ENV
PEKIN, IL 61554
OCT 20, 2023
$0.00