IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL ACTION |
| v. ) | |
| ) | No. 12-20099-01-KHV |
| MENDY READ FORBES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MEMORANDUM AND ORDER

On April 23, 2015, the Court sentenced defendant to 240 months in prison. On October 20, 2023, the Court overruled defendant's Motion For Compassionate Release Under Section 3582(c)(1)(A)(i) (Doc. #491) filed May 24, 2023 and defendant's Emergency Motion For Recusal Of Judge Vratil From Case No. 12-20099-KHV (Doc. # 500) filed August 17, 2023. This matter is before the Court on defendant's Motion To Appeal Without Prepayment Of Fees (Doc. #515) filed December 21, 2023. Because the Court previously appointed counsel for defendant under 18 U.S.C. § 3006A, she may appeal without prepayment of fees and costs or security therefor and without filing the affidavit required by Section 1915(a) of Title 28. See Fed. R. App. P. 24(a)(3); 18 U.S.C. § 3006A(d)(7).[1]

**IT IS THEREFORE ORDERED** that defendant's Motion To Appeal Without Prepayment Of Fees (Doc. #515) filed December 21, 2023 is **OVERRULED as moot**. Pursuant to Fed. R. App. P. 24(a)(3) and 18 U.S.C. § 3006A(d)(7), defendant may proceed on appeal without prepayment of fees. The Clerk is directed to forward a copy of this order to the Clerk of

---

[1] Under Rule 24(a)(3), defendant is permitted to proceed in forma pauperis without further authorization unless the Court certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis. Defendant's appeal appears to be in good faith.

the Tenth Circuit.

Dated this 2nd day of January, 2024 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge
